UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY,        ) <br>         Plaintiff,        ) <br>                                         ) <br>      v.                                ) <br>                                         ) <br> BELL AQUACULTURE, LLC &        ) <br> TCFI BELL SPE III, LLC,        ) <br>         Defendants/Third-Party Plaintiffs.   ) <br>                                         ) <br>      v.                                ) <br>                                         ) <br> EARLY, CASSIDY & SCHILLING, INC.,   ) <br>         Third-Party Defendant.        ) | No. 1:16-cv-02269-TWP-MJD |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON A DISCRETE INSURANCE COVERAGE ISSUE IN ADVANCE OF, AND IN ADDITION TO, OTHER DISPOSITIVE MOTIONS**

This matter, having come before the Court on Plaintiff/Counter-Defendant Westfield Insurance Company, Defendant/Counter-Plaintiff Bell Aquaculture, LLC's, and Defendant TCFI Bell SPE III, LLC's (collectively, the "Moving Parties") Joint Motion for Leave to File Cross-Motions for Partial Summary Judgment on a Discrete Insurance Coverage Issue in Advance of, and in Addition to, Other Dispositive Motions (Dkt. 92), and the Court, being in all things duly advised, hereby finds that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

(a) The Moving Parties' Joint Motion for Leave to File Cross-Motions for Partial Summary Judgment on a Discrete Insurance Coverage Issue in Advance of, and in Addition to, Other Dispositive Motions (Dkt. 92) is GRANTED;

(b) Westfield shall file its Motion for Partial Summary Judgment on the applicability of the EBC Animals Exclusion as soon as practicable, and no later than 28 days from the date of this Order;

(c) The Cross-Motions for Partial Summary Judgment shall be briefed pursuant to the procedure outlined on page 4 of the Court's Courtroom Procedures; and

(d) Following the Court's ruling on those Cross-Motions for Partial Summary Judgment, the parties may file any additional dispositive motions in accordance with the new case management plan (Dkt. 93).

SO ORDERED

Date: 7/26/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

Mark R. Smith at msmith@smithfisher.com
Edward W. Gleason at egleason@skgsmlaw.com
*Counsel for Westfield Insurance Company*

Dustin DeNeal at dustin.deneal@faegrebd.com
Jay Jaffe at jay.jaffe@faegrebd.com
Kevin M. Toner at kevin.toner@faegrebd.com
*Counsel for TCFI Bell SPE III LLC*

Angela Krahulik at Angela.Krahulik@icemiller.com
Jenny Buchheit at Jenny.Buchheit@icemiller.com
Samuel Gardner at Samuel.Gardner@icemiller.com
*Counsel for Bell Aquaculture LLC*

Michael E. Brown at mbrown@k-glaw.com
*Counsel for 3rd Party Def. Early Cassidy & Schilling*

IQ:\WES-1146\Pleadings\Order for Bifurcated SJ Procedure