UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, )<br>      Plaintiff, )<br> )<br>   v. )<br> )<br>BELL AQUACULTURE, LLC & )<br>TCFI BELL SPE III, LLC, )<br>      Defendants/Third-Party Plaintiffs. )<br> )<br>   v. )<br> )<br>EARLY, CASSIDY & SCHILLING, INC., )<br>      Third-Party Defendant. ) | No. 1:16-cv-02269-TWP-MJD |

**BELL'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT/RESPONSE IN OPPOSITION TO WESTFIELD'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Bell Aquaculture, LLC ("Bell"), by counsel and pursuant to Fed. R. Civ. P. 56, Local Rule 56.1, and this Court's Order Granting Joint Motion for Leave to File Cross-Motions for Partial Summary Judgment on a Discrete Insurance Coverage Issue in advance of, and in addition to, Other Dispositive Motions (Dkt. 94), hereby moves for an entry of partial summary judgment in favor of Bell, and against Plaintiff/Counterclaim Defendant Westfield Insurance Company ("Westfield"), as to the applicability of the "animals exclusion" contained in the Policy's EBC Endorsement to Bell's insurance claim for the loss of its fish. As to these claims, there are no genuine issues of material fact, and Bell is entitled to judgment as a matter of law. In support of this Cross-Motion for Partial Summary Judgment and in Opposition to Westfield's Motion for Partial Summary Judgment Regarding Applicability of Animals Exclusion (Dkt. 99), Bell submits the exhibits listed below, as well as a supporting Memorandum which is being filed separately.

| Exhibits | Description |
|---|---|
| 1. | Affidavit of Robert Davis, with exhibits |
| 2. | Westfield Companies Policy Claims History Report, 5 Years plus Current as of 7/17/2013 – Thompson 004770 |
| 3. | Westfield Companies Policy Claims History Report, 5 Years plus Current as of 6/9/2014 – ECS008980 |
| 4. | Declarations Page(s) for Policy No. CAG 4 490 989, effective from 8/15/2010 to 8/15/2011 – Thompson 000552 |
| 5. | August 31, 2015 Letter from Angela P. Krahulik to Mark R. Smith – BELL0003613 |
| 6. | November 18, 2015 Letter from Angela P. Krahulik to N. Mitchell Hancock & Edward W. Gleason – BELL0003856 |
| 7. | August 31, 2015 Letter from Angela P. Krahulik to Steve Smith – BELL0003863 |
| 8. | January 6, 2016 Letter from Angela P. Krahulik to N. Mitchell Hancock & Edward W. Gleason – BELL0003866 |
| 9. | October 14, 2015 Letter from Angela P. Krahulik to Edward W. Gleason – BELL0003871 |
| 10. | August 14, 2015 Letter from Angela P. Krahulik to Timothy C. Call and Steve Smith – BELL0003877 |
| 11. | October 28, 2015 Letter from Angela P. Krahulik to Steve Smith and Edward W. Gleason – BELL0004341 |
| 12. | June 30, 2015 e-mail chain regarding Westfield's visit to Bell – BELL0012176 |

WHEREFORE, Bell respectfully requests that the Court enter judgment as a matter of law in favor of Bell and against Westfield as follows: (1)   The "Animals Exclusion" contained within the Policy's EBC Exclusion does not apply to Bell's claim for the loss of its fish; (2) The loss of Bell's fish is covered under the Policy's EBC Exclusion; and (3)   Judgment is entered in Bell's favor, and against Westfield, in the amount of $1,551,712.00, plus interest.

Dated: September 28, 2017

                                                Respectfully submitted,

                                                ICE MILLER LLP

                                                /s/ Jenny R. Buchheit
                                                Angela P. Krahulik, #23026-49
                                                Jenny R. Buchheit, #26653-49
                                                Samuel B. Gardner, #32825-29
                                                ICE MILLER LLP
                                                One American Square, Suite 2900
                                                Indianapolis, IN 46282-0200
                                                Telephone: (317) 236-2100
                                                Facsimile: (317) 236-2219
                                                Angela.Krahulik@icemiller.com
                                                Jenny.Buchheit@icemiller.com
                                                Samuel.Gardner@icemiller.com

                                                *Attorneys for Defendant/Counterclaim Plaintiff/*
                                                *Third-Party Plaintiff Bell Aquaculture, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2017, a copy of the foregoing was filed electronically through the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Dustin R. DeNeal
Kevin M. Toner
FAEGRE BAKER DANIELS LLC
dustin.deneal@faegrebd.com
kevin.toner@faegrebd.com

*Attorneys for TCFI BELL SPE III LLC*

Michael E. Brown
Casey R. Stafford
KIGHTLINGER & GRAY LLP
mbrown@k-glaw.com
cstafford@k-glaw.com

*Attorney for Early Cassidy &Schilling, Inc.*

Edward W. Gleason
SENAK KEEGAN GLEASON SMITH MICHARUD, LTD.
egleason@skgsmlaw.com

Mark R. Smith
SMITH FISHER MAAS HOWARD & LLOYD, P.C.
msmith@smithfisher.com

*Attorneys for Westfield Insurance Company*

 

/s/ Jenny R. Buchheit
Jenny R. Buchheit

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

I\12350219.1