UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:16-cv-02269-TWP-MJD |
| BELL AQUACULTURE LLC and<br>TCFI BELL SPE III, LLC, | ) |
| Defendants. | ) |
| BELL AQUACULTURE, LLC, | ) |
| Counter-Plaintiff and<br>Third-Party Plaintiff, | ) |
| vs. | ) |
| WESTFIELD INSURANCE COMPANY, | ) |
| Counter-Defendant | ) |
| and | ) |
| EARLY, CASSIDY & SCHILLING, INC., | ) |
| Third-Party Defendant. | ) |

**DEFENDANT TCFI'S MOTION FOR SUMMARY JUDGMENT
<u>ON ITS REQUEST FOR ORDER OF ATTACHMENT</u>**

Defendant TCFI Bell SPE III LLC ("TCFI") respectfully moves the Court to enter summary judgment in its favor recognizing TCFI's continuing lien against any amounts payable or that may become payable by garnishee defendant Westfield Insurance Company ("Westfield") to judgment debtor Bell Aquaculture, LLC ("Bell"). This motion does not concern or affect the merits of the insurance coverage claims asserted by the other parties, whether as claims, counterclaims or third party claims, and the relief requested is authorized and allowed by Fed. R.

US.114677809.02

Civ. P. 69, Indiana Rule of Trial Procedure 69 and Ind. Code §§ 34-55-8-7. TCFI's request presents a pure question of law that does not involve any disputed facts. As a result, and for the reasons set forth in the accompanying memorandum of law, TCFI respectfully requests an Order (1) granting TCFI a continuing attachment lien against any proceeds of the Insurance Claim (as defined in the memorandum), (2) requiring Westfield to pay such proceeds, if any, directly to TCFI to be applied toward satisfaction of the Judgment, and (3) forbidding Bell from transferring its Insurance Claim without written consent of TCFI or order of the Court.

TCFI's supporting Memorandum, filed with this Motion, contains a Statement of Material Facts Not in Dispute as required by Local Rule 56-1(a). A proposed form of Order is tendered for the Court's consideration with this Motion.

WHEREFORE, TCFI requests, pursuant to Rules 56 and 69 of the Federal Rules of Civil Procedure, that summary judgment be entered in TCFI's favor and for all other just and proper relief.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

*/s/ Dustin R. DeNeal*

Jay Jaffe (#5037-98)
Dustin R. DeNeal (#27535-49)
600 East 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegrebd.com
dustin.deneal@faegrebd.com

Kevin M. Toner (#11343-49)
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

2

          kevin.toner@faegrebd.com

          Counsel for TCFI BELL SPEC III LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2017, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Angela Pease Krahulik    krahulik@icemiller.com, holly.minnis@icemiller.com

Dustin R. DeNeal    dustin.deneal@faegrebd.com, rachel.jenkins@faegrebd.com, sarah.herendeen@faegrebd.com

Edward W. Gleason    egleason@skgsmlaw.com

Jenny R. Buchheit    jenny.buchheit@icemiller.com, david.young@icemiller.com

Kevin Morris Toner    kevin.toner@faegrebd.com

Mark R. Smith    msmith@smithfisher.com, ttirro@smithfisher.com

Michael E. Brown    mbrown@k-glaw.com, kbulger@k-glaw.com

Samuel B. Gardner    samuel.gardner@icemiller.com, karen.alley@icemiller.com

          */s/ Dustin R. DeNeal*

US.114677809.02