UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02269-TWP-MJD |
| | ) | |
| BELL AQUACULTURE, LLC & | ) | |
| TCFI BELL SPE III, LLC, | ) | |
| Defendants/Third Party Plaintiffs. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EARLY, CASSIDY & SCHILLING, INC. | ) | |
| Third Party Defendant. | ) | |
| | ) | |

## ORDER ON JOINT MOTION TO EXTEND CERTAIN CASE MANAGEMENT DEADLINES

This matter comes before the Court on the parties' Joint Motion to Extend Certain Case Management Deadlines. [Dkt. 133.] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion, and the approved Case Management Plan as amended [Dkts. 41, 93, 103, & 129] is hereby amended as follows:

### II. Synopsis of Case

F. On or before **March 2, 2018**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

### III. Pretrial Pleadings and Disclosures

F. Any party with the burden of proof on a claim or defense shall disclose the name, address, and vita of all expert witnesses with regard to such claim or defense, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **May 18, 2018**. All parties responding to such claims or defenses shall disclose the name, address, and vita of all responsive expert witnesses, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **June 18, 2018**.

  H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **August 24, 2018**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56-1.

  I. All parties shall file and serve their final witness and exhibit lists on or before **June 18, 2018**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony.

All other requirements of the approved Case Management Plan as amended [Dkts. 41, 93, 103, & 129] remain in effect.

  **No further enlargement of the case management deadlines is anticipated**.

  SO ORDERED.

Dated:  12 FEB 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.