**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| BELL AQUACULTURE, LLC and ) | |
| TCFI BELL SPE III, LLC, ) | |
| ) | **Case No. 1:16-cv-02269-TWP-MJD** |
| Defendants/Counter-Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EARLY, CASSIDY & SCHILLING, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

**WESTFIELD'S AND NON-PARTY HSB'S CROSS-MOTION**
**FOR PROTECTIVE ORDER BARRING OR LIMITING DISCOVERY**
**REGARDING SIMILAR CLAIMS AND RESERVES**

Pursuant to Rules 26(c) and 26(b)(1)of the Federal Rules of Civil Procedure and Southern District of Indiana Local Rule 37-1, Plaintiff/Counter-Defendant, Westfield Insurance Company ("Westfield"), and Non-Party, The Hartford Steam Boiler Inspection and Insurance Company ("HSB") (Westfield's equipment breakdown coverage treaty reinsurer), by counsel, hereby move this Court for entry of a protective order barring or limiting the similar claims and reserves discovery Defendant/Counter-Plaintiff, Bell Aquaculture, LLC ("Bell) seeks in its Motion to Compel Discovery Regarding Similar Claims and Reserves ("Bell's MTC") and the "[Proposed] Order" submitted with Bell's MTC, *Doc. #154 and #154-1*. In further support of this Cross-Motion for Protective Order Barring or Limiting Discovery Regarding Similar Claims and Reserves ("Cross-Motion"), Westfield and HSB state as follows:

1. On March 13, 2018, the parties, through counsel, appeared by telephone for a discovery conference with Magistrate Judge Dinsmore. *See, Doc. #142.*

2. During the conference, the Court and parties briefly discussed Bell's issues with Westfield's and non-party HSB's objections to certain Fed. R. Civ. P. 30(b)(6) deposition topics Bell submitted to those entities, *Id.*, specifically, Topic No. 25 in Bell's Second Amended Notice of Fed. R. Civ. P. 30(b)(6) Deposition of Westfield, and Topic No. 24 in Bell's Amended Notice of Fed. R. Civ. P. 30(b)(6) Deposition of HSB. *See, Bell's Appendix of Exhibits in Support of Bell's MTC ("Appendix"), Exhibits G and H, respectively, Doc. #156-7 and #157-8.*

3. At the conclusion of the conference, the Court authorized Bell to file a motion to compel Westfield and HSB "to produce a witness prepared to testify regarding the topics at issue." *See, Doc. #142.*

4. On April 3, 2018, Bell filed its MTC, as well as a "[Proposed] Order" granting Bell's MTC and a Brief in support of its MTC. *See, Doc. #154, #154-1, and #155.* Bell's MTC and the "[Proposed] Order" submitted with its MTC seek a Court Order compelling Westfield and HSB to re-produce their corporate designees, at Westfield's expense, to testify regarding the two disputed Fed. R. Civ. P. 30(b)(6) topics, which seek other similar claims discovery, and the reserve information Bell seeks, and Westfield to re-produce one of its witnesses (Tim Call) to answer the questions Bell "certified" regarding other similar claims and reserves during the previously conducted deposition of Mr. Call. *See, Bell's "[Proposed] Order," Doc. #154-1, ¶s 1-5.*

5. On April 9, 2018, this Court entered an Order requiring Westfield and HSB to file their response to Bell's MTC on or before April 19, 2018. *See, Doc. #159.*

6. Contemporaneously with the filing of their response to Bell's MTC today, Westfield and HSB are also filing the instant Cross-Motion for purposes of joining the issues raised

by Bell's MTC and seeking a protective order from the Court barring or limiting the similar claims and reserve discovery Bell seeks.

7. The factual and legal bases for the instant Cross-Motion are set forth in Westfield's and HSB's Combined Memorandum in Response to Bell's MTC and in Support of Westfield's and HSB's Cross-Motion ("Combined Memorandum") and the Affidavits of Michael C. Rossander and James E. Hennessey, all of which are being filed contemporaneously herewith.

8. In sum, the scope of the other similar claims discovery requested in Bell's Fed. R. Civ. P. 30(b)(6) deposition topics directed to Westfield and HSB far exceeds the scope of discovery permitted by the Federal Rules of Civil Procedure, and the amount of the reserves set by Westfield and HSB are not relevant and will not make any disputed fact in this case more or less probable than it would be without the evidence.

9. Specifically, the disputed similar claims deposition topics and reserves discovery Bell seeks are not relevant in this case to any allegation or claim at issue, and compliance with the other similar claims discovery Bell seeks would be unduly burdensome and expensive. Additionally, Bell's MTC is untimely, having been filed after the close of liability discovery and at a time when the focus of the case has shifted to damages and expert discovery, and is otherwise broader than that which the Court authorized in its March 13, 2018 Minute Entry *(see, Doc. #142)*.

10. Accordingly, for the reasons that are more fully set forth in the accompanying Combined Brief and Affidavits of Messrs. Rossander and Hennessey, Westfield and HSB respectfully request that the Court grant this Cross-Motion and enter a protective order barring or limiting the other similar claims and reserves discovery Bell seeks.

**WHEREFORE,** Westfield and HSB pray that this Honorable Court grant this Cross-Motion for Protective Order, enter a protective order barring or limiting the other similar claims

and reserves discovery Bell seeks in its Motion to Compel Discovery Regarding Similar Claims and Reserves, *Doc. #154*, which MTC should be denied, and grant any other or further relief the Court deems appropriate.

Dated: April 19, 2018                    Respectfully submitted,

**SMITH FISHER MAAS HOWARD & LLOYD, P.C.**


/s/ Mark R. Smith
MARK R. SMITH, 2115-49

7209 North Shadeland Avenue
Indianapolis Indiana 46250
Telephone: (317) 578-1900
E-mail: msmith@smithfisher.com

-and-

**SENAK KEEGAN GLEASON SMITH & MICHAUD, LTD.**


/s/ Edward W. Gleason
EDWARD W. GLEASON, Ill. Bar 6204438

566 West Adams Street, Suite 750
Chicago, Illinois 60661
Telephone: (312) 214-1400
E-mail: egleason@skgsmlaw.com

*Counsel for Plaintiff and Counter-Defendant, Westfield Insurance Co., and Non-Party, The Hartford Steam Boiler Inspection and Insurance Co.*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 19, 2018, a copy of the foregoing, **"Westfield's and Non-Party HSB's Cross-Motion for Protective Order Barring or Limiting Discovery Regarding Similar Claims and Reserves"** was filed electronically utilizing the Court's electronic filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Angela P. Krahulik
Jenny Buchheit
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Angela.Krahulik@icemiller.com
Jenny.Buchheit@icemiller.com
*Counsel for Defendant/Counter-Plaintiff, Bell Aquaculture, LLC*

Dustin R. DeNeal
Kevin Morris Toner
**FAEGRE BAKER DANIELS LLC**
600 E. 96TH Street, Suite 600
Indianapolis, IN 46240
Dustin.Deneal@FaegreBD.com
*Counsel for Defendant, TCFI BELL SPE III, LLC*

Michael E. Brown
**KIGHTLINGER & GRAY, LLP**
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mbrown@k-glaw.com
*Counsel for Third-Party Defendant, Early, Cassidy & Schilling, Inc.*

    /s/ Mark R. Smith
    Mark R. Smith, 2115-49