**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff/Counter Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BELL AQUACULTURE, LLC and | ) | |
| TCFI BELL SPE III, LLC, | ) | |
| | ) | **Case No. 1:16-cv-02269-TWP-MJD** |
| Defendants/Counter-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EARLY, CASSIDY & SCHILLING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## WESTFIELD'S RESPONSE TO BELL'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS AND PORTIONS OF BRIEF UNDER SEAL

Plaintiff/Counter-Defendant, Westfield Insurance Company ("Westfield"), by counsel, pursuant to S.D. Ind. L.R. 5.11, for its response to "Bell's Motion for Leave to File Certain Exhibits and Portions of Brief Under Seal" (Dkt. 190), hereby notifies the Court that it is no longer necessary to maintain the following documents under seal:  Dkt. 187-1; Dkt. 187-5; Dkt. 187-6; and the portions of Dkt. 189 that refer to Dkt. 187-1, Dkt. 187-5, and Dkt. 187-6.

Dated:  July 18, 2018

Respectfully submitted,

**SMITH FISHER MAAS HOWARD & LLOYD, P.C.**

/s/ Mark R. Smith
MARK R. SMITH, 2115-49
7209 North Shadeland Avenue
Indianapolis Indiana 46250
Telephone: (317) 578-1900
E-mail: msmith@smithfisher.com

1

-and-

**SENAK KEEGAN GLEASON SMITH &
MICHAUD, LTD.**


/s/ Edward W. Gleason
EDWARD W. GLEASON, Ill. Bar 6204438
621 South Plymouth Court, Suite 100
Chicago, Illinois 60605
Telephone: (312) 214-1400
E-mail: egleason@skgsmlaw.com

*Counsel for Plaintiff and Counter-Defendant,
Westfield Insurance Company*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 18, 2018, a copy of the foregoing, **"Westfield's Response to
Bell's Motion for Leave to File Certain Exhibits and Portions of Brief Under Seal",** was filed
electronically utilizing the Court's electronic filing system. Notice of this filing will be sent to the
following parties by operation of the Court's electronic filing system. Parties may access this filing
through the Court's system.

Angela P. Krahulik
Jenny Buchheit
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Angela.Krahulik@icemiller.com
Jenny.Buchheit@icemiller.com
*Counsel for Defendant/Counter-Plaintiff, Bell Aquaculture, LLC*

Dustin R. DeNeal
Kevin Morris Toner
**FAEGRE BAKER DANIELS LLC**
600 E. 96TH Street, Suite 600
Indianapolis, IN 46240
Dustin.Deneal@FaegreBD.com
*Counsel for Defendant, TCFI BELL SPE III, LLC*

Michael E. Brown
**KIGHTLINGER & GRAY, LLP**
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mbrown@k-glaw.com
*Counsel for Third-Party Defendant, Early, Cassidy & Schilling, Inc.*


 /s/ Mark R. Smith
Mark R. Smith, 2115-49


Q:\WES-1146\Summary Judgment – Bad Faith & Punitive Damages\Westfield's Response to Bell's Motion to Maintain Documents Under Seal