# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY,   )<br>      Plaintiff,   )<br>   )<br>v.   )<br>   )<br>BELL AQUACULTURE, LLC &   )<br>TCFI BELL SPE III, LLC,   )<br>      Defendants/Third-Party Plaintiffs.   )<br>   )<br>v.   )<br>   )<br>EARLY, CASSIDY & SCHILLING, INC.,   )<br>      Third-Party Defendant.   )  | No. 1:16-cv-02269-TWP-MJD |

## ORDER GRANTING BELL'S UNOPPOSED MOTION TO BRIEFLY CONTINUE APRIL 1, 2019 TRIAL SETTING

This matter, having come before the Court on Defendant/Counterclaim Plaintiff/Third Party Plaintiff Bell Aquaculture, LLC's ("Bell") Unopposed Motion to Briefly Continue April 1, 2019 Trial Setting, and the Court, being in all things duly advised, hereby finds that said Motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that the Court resets the final pretrial conference set March 6, 2019 is RESCHEDULED to May 15, 2019 at 2:00 p.m. in Room 330, and the jury trial set April 1, 2019 is RESCHEDULED to begin on June 10, 2019 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of this action, including all matters requiring completion preparatory to trial.

Date: 7/26/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF