UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:16-cv-02269-TWP-MJD |
| | ) | |
| BELL AQUACULTURE LLC and | ) | |
| TCFI BELL SPE III, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| BELL AQUACULTURE, LLC, | ) | |
| | ) | |
| Counter-Plaintiff and | ) | |
| Third-Party Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| Counter-Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EARLY, CASSIDY & SCHILLING, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**JOINT MOTION FOR SIXTY (60) DAY EXTENSION OF DEADLINES TO
COMPLETE EXPERT WITNESS/DAMAGES DISCOVERY
AND TO FILE *DAUBERT* MOTIONS**

The parties, by their respective counsel, respectfully request a sixty (60) day extension of

the deadlines to complete expert witness/damages discovery and to file *Daubert* motions.  In

support thereof, the parties state:

1.     This case is scheduled for trial by jury beginning on June 10, 2019.  [Dkt. 198].  In

connection therewith, the parties are currently under the following deadlines:

- November 21, 2018, to complete expert witness discovery and discovery related to damages.  [Dkt. 220]; and

- January 14, 2019, to file objections to limit or preclude expert testimony.  [Dkt. 220].

2.      This case arises out of a loss to an Automatic Transfer Switch (the "ATS") at Bell Aquaculture, LLC's ("Bell") fish farm in Albany, Indiana, Bell's claims under its insurance policy with Westfield Insurance Company ("Westfield"), and Bell's error and omission claim against Early, Cassidy & Schilling, Inc. ("EC&S").   Bell is seeking insurance benefits in excess of $5,000,000, and also asserting bad faith and punitive damage claims.

3.      Bell and Westfield retained several expert witnesses to address, inter alia, the ATS loss, and consistent with the November 21, 2018, expert discovery deadline, those witnesses were deposed and/or scheduled to be deposed as follows:

- October 16, 2018 – deposition of Westfield's expert, Chuck Fricke;

- October 23, 2018 – deposition of Westfield's expert, Rich Marzola;

- October 30, 2018 – deposition of Bell's expert, Don Hoffmann; and

- November 1, 2018 – deposition of Westfield's expert, Elizabeth Buc.

4.      Additionally,  Bell's Fed.R.Civ.Proc. 30(b)(6) designee as to damages, Robert Davis, was scheduled for deposition on November 15, 2018.

5.      Prior to agreeing to and proceeding with the schedule set forth above, Dr. Hoffmann (as expert for Bell) and Mr. Marzola, Mr. Fricke, and Dr. Buc (as experts for Westfield) prepared and issued Rule 26(a)(2) reports based on their understanding as of the date and time of such Rule 26(a)(2) reporting that physical evidence previously collected, shipped to and stored at SEA, Ltd. (Mr. Marzola's employer) had been inadvertently destroyed and was unavailable for testing and further analysis.

6.      On October 22, 2018, however, the parties learned, and Hoffmann, Fricke, and Buc were advised for the first time that certain remnants of the ATS, in particular the pole covers which were covering the three phase contacts and other electrical equipment inside the ATS at the time of the ATS loss, were not destroyed and were available for inspection and testing.

7.      Bell and Westfield conferred with their respective experts, who each confirmed that they needed to inspect and test the pole covers as part of their expert evaluation, and in order to form their opinions and conclusions as to the ATS loss.

8.      While the deposition of Mr. Fricke had been completed, the parties agreed to postpone the depositions of Dr. Hoffmann, Dr. Buc and Mr. Marzola until after the pole cover remnants had been inspected and tested, and these experts could prepare and issue appropriate reports confirming their findings as to the testing of the pole covers and the impact of the same, if any, upon their previously-expressed opinions.  The parties also agreed to defer the completion of expert witness/damages discovery (including depositions) to complete the necessary inspection, testing and reporting.

9.      On October 30, 2018, Bell's and Westfield's experts traveled to Columbus, Ohio, and inspected the pole cover remnants, and samples were split from the same for testing and analysis.  These samples, along with other artifacts, were then federal expressed to the offices of Dr. Hoffmann (Bell's expert) and Dr. Buc (Westfield's expert) for testing, which testing has commenced and should be completed, with results of that testing shared, before the end of November.

10.     The parties were hopeful to reschedule the four (4) previously-postponed expert and damages depositions in December, but the schedules of the various attorneys and experts, the upcoming Thanksgiving and winter holidays, and previously-scheduled out-of-the-country

business travel of Bell's client representative (and Rule 30(b)(6) witness) make such an endeavor unlikely.  The parties (and their representatives and expert witnesses) believe that such depositions can, however, be completed in the December and January timeframe.

11.     Once these depositions have been completed, the parties will need time to obtain and review the transcripts and prepare appropriate motions and supporting memorandum of law for purposes of anticipated *Daubert* challenges to one or more of the experts' opinions and Bell's damage testimony.

12.     In light of the recent revelation of the existence of the remnant pole covers from the ATS loss, the parties submit that good cause exists for a sixty (60) day extension of the November 21, 2018, deadline to complete expert discovery and discovery concerning damages.

13.     In light of the need to reschedule the expert and damage depositions, the parties submit that good cause also exists for a similar sixty (60) day extension of the January 14, 2019, deadline to file objections to limit or preclude expert testimony.

14.     The proposed extensions of time will not interfere with any other Case Management Plan deadline, and the parties believe that such extensions should not necessitate a continuance of the June 10, 2019, jury trial setting in this matter.

15.     This joint motion for extension of time is made in good faith and is not interposed for purposes of delay or other improper motive.

WHEREFORE, the parties, through their undersigned counsel, respectfully request a sixty (60) day extension of time as follows:

A.     Through and including January 21, 2019, to complete expert witness discovery and discovery related to damages; and

4

B.      Through and including March 15, 2019, to file objections to limit or preclude expert

testimony.

November 15, 2018                                    Respectfully Submitted,


SMITH FISHER MAAS HOWARD &                          ICE MILLER LLP
LLOYD, P.C.

/s/ Mark R. Smith                                   /s/ Angela P. Krahulik
MARK R. SMITH, 2115-49                              ANGELA P. KRAHULIK, 23026-49
7209 North Shadeland Avenue                         One American Square, Suite 2900
Indianapolis Indiana  46250                         Indianapolis, Indiana  46282-0200
Telephone:  (317) 578-1900                          Telephone:  (317) 236-2100
E-mail:  msmith@smithfisher.com                     E-mail:  Angela.Krahulik@icemiller.com
*Counsel for Westfield*                             *Counsel for Bell*


 SENAK KEEGAN GLEASON SMITH                         FAEGRE BAKER DANIELS LLP
& MICHAUD, LTD.

/s/ Edward W. Gleason                               /s/ Dustin R. DeNeal
EDWARD W. GLEASON, Ill. Bar 6204438                 DUSTIN R. DeNEAL, 27535-49
621 South Plymouth Court, Suite 100                 600 East 96th Street, Suite 600
Chicago, Illinois  60605                            Indianapolis, Indiana  46240
Telephone:  (312) 214-1400                          Telephone: (317) 569-9600
E-mail:  egleason@skgsmlaw.com                      E-mail:  dustin.deneal@faegrebd.com
*Counsel for Westfield*                             *Counsel for TCFI*


KIGHTLINGER & GRAY, LLP

/s/ Casey R. Stafford
CASEY R. STAFFORD, 27355-49
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  (317) 638-4521
E-mail:  cstafford@k-glaw.com
*Counsel for EC&S*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2018, a copy of the foregoing "Joint Motion for Sixty (60) Day Extension of Deadlines to Complete Expert Witness/Damages Discovery and to File *Daubert* Motions" was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Edward W. Gleason    at egleason@skgsmlaw.com
*Counsel for Westfield Insurance Company*

Dustin DeNeal          at dustin.deneal@faegrebd.com
Jay Jaffe                  at jay.jaffe@faegrebd.com
Kevin M. Toner         at kevin.toner@faegrebd.com
*Counsel for TCFI Bell SPE III LLC*

Angela Krahulik        at Angela.Krahulik@icemiller.com
Jenny Buchheit         at Jenny.Buchheit@icemiller.com
Samuel Gardner         at Samuel.Gardner@icemiller.com
*Counsel for Bell Aquaculture LLC*

Michael E. Brown      at mbrown@k-glaw.com
Casey R. Stafford      at cstafford@k-glaw.com
*Counsel for 3rd Party Def. Early Cassidy & Schilling*


                                            /s/ Mark R. Smith
                                            Mark R. Smith


Q:\WES-1146\PLEADINGS\Joint Mot 60 Day EOT Expert-Damages Disc & Daubert Motions (final)