**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-02269-TWP-MJD |
| | ) | |
| BELL AQUACULTURE, LLC & | ) | |
| TCFI BELL SPE III, LLC, | ) | |
| Defendants/Third-Party Plaintiffs. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EARLY, CASSIDY & SCHILLING, INC., | ) | |
| Third-Party Defendant. | ) | |

**[PROPOSED] ORDER GRANTING BELL AQUACULTURE LLC'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

This matter, having come before the Court on Defendant/Counterclaim Plaintiff/Third Party Plaintiff Bell Aquaculture, LLC's ("Bell") Motion for Leave to File Exhibit Under Seal, and the Court, being in all things duly advised, hereby finds that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Dkt. 247-1 is partially and permanently SEALED.   Portions of this document contain Bell's confidential financial information.   The public interest will be served by prohibiting access to this sensitive and proprietary information, and Bell would face a significant risk of substantial harm if the information were disclosed.   A redacted version of this document is publicly available at Dkt. 246-5.

SO ORDERED this _____ day of _____, 2019.

_____
Judge, U.S. District Court
Southern District of Indiana

Distribution to:

Counsel of Record via ECF

I\14056043.1