**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>BELL AQUACULTURE, LLC & )<br>TCFI BELL SPE III, LLC, )<br>    Defendants/Third-Party Plaintiffs. )<br> )<br>v. )<br> )<br>EARLY, CASSIDY & SCHILLING, INC., )<br>    Third-Party Defendant. ) | No. 1:16-cv-02269-TWP-MJD |

**APPENDIX OF EXHIBITS IN SUPPORT OF BELL AQUACULTURE LLC'S
RESPONSE IN OPPOSITION TO WESTFIELD'S *DAUBERT* MOTION TO LIMIT OR
EXCLUDE EXPERT TESTIMONY OF JAMES P. SCHRATZ**

Defendant/Counterclaim Plaintiff/Third Party Plaintiff Bell Aquaculture, LLC ("Bell"), by counsel, submits this Appendix of Exhibits in Support of its Response in Opposition to Westfield's *Daubert* Motion to Limit or Exclude Expert Testimony of James P. Schratz, filed contemporaneously herewith:

| Exhibit | Description |
|---|---|
| A. | Excerpts from the August 29, 2018 Deposition of James P. Schratz |
| B. | Excerpts from March 15, 2018 Deposition of Timothy Call |
| C. | Excerpts from Deposition Exhibit 347 – August 28, 2018 E-mail to Mark Smith from Carol Hibler, attaching list of materials reviewed by Mr. Schratz |
| D. | Excerpts from the March 15, 2018 Rule 30(b)(6) Deposition of Plaintiff/Counter-Defendant Westfield Insurance Company |
| E. | Excerpts from the November 7, 2018 Deposition of Robert Joseph Wesseler |

Respectfully submitted,

ICE MILLER LLP


 /s/ Jenny R. Buchheit
Angela P. Krahulik, #23026-49
Jenny R. Buchheit, #26653-49
Samuel B. Gardner, #32825-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Facsimile: (317) 236-2219
Angela.Krahulik@icemiller.com
Jenny.Buchheit@icemiller.com
Samuel.Gardner@icemiller.com

*Attorneys for Defendant/Counterclaim Plaintiff/*
*Third-Party Plaintiff Bell Aquaculture, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, a copy of the foregoing was filed electronically through the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| Dustin R. DeNeal<br>Kevin M. Toner<br>FAEGRE BAKER DANIELS LLC<br>dustin.deneal@faegrebd.com<br>kevin.toner@faegrebd.com<br><br>*Attorneys for TCFI BELL SPE III LLC* | Edward W. Gleason<br>SENAK KEEGAN GLEASON SMITH MICHARUD, LTD.<br>egleason@skgsmlaw.com<br><br>Rebecca J. Maas<br>Stephen Wheeler<br>Linda Vitone<br>SMITH FISHER MAAS HOWARD & LLOYD, P.C.<br>rmaas@smithfisher.com<br>swheeler@smithfisher.com<br>lvitone@smithfisher.com |
| Michael E. Brown<br>Casey R. Stafford<br>KIGHTLINGER & GRAY LLP<br>mbrown@k-glaw.com<br>cstafford@k-glaw.com<br><br>*Attorney for Early Cassidy & Schilling, Inc.* | *Attorneys for Westfield Insurance Company* |

                                              /s/ Jenny R. Buchheit
                                              Jenny R. Buchheit

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100