**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff/Counter Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BELL AQUACULTURE, LLC and | ) |
| TCFI BELL SPE III, LLC, | ) |
| | ) **Case No. 1:16-cv-02269-TWP-MJD** |
| Defendants/Counter-Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| EARLY, CASSIDY & SCHILLING, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |

**WESTFIELD'S APPENDIX IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO BELL'S MOTION TO LIMIT EXPERT TESTIMONEY OF DR. ELIZABETH BUC, CHARLES FRICKE, and RICHARD MARZOLA**

Plaintiff/Counter-Defendant, Westfield Insurance Company ("Westfield"), by counsel, hereby respectfully submits this Appendix of Exhibits in Support of its Response in Opposition to Bell's Motion to Limit Expert Testimony of Dr. Elizabeth Buc, Charles Fricke, and Richard Marzola. Said Exhibits are being filed contemporaneous with its Brief.

| | |
|---|---|
| Exhibit 1 | Charles Fricke's Second Report dated July 31, 2018 |
| Exhibit 2 | Excerpts from the deposition of Charles Fricke taken October 16, 2018 |
| Exhibit 3 | Excerpts from the deposition of Richard Marzola taken January 17, 2019 |
| Exhibit 4 | Excerpts from the deposition of Deborah Mann taken March 27, 2018 |

Dated: February 20, 2019

    Respectfully submitted,

    **SMITH FISHER MAAS HOWARD & LLOYD, P.C.**

    */s/ Rebecca J. Maas*
    REBECCA J. MAAS, IN Bar #14090-49

    7209 North Shadeland Avenue
    Indianapolis Indiana 46250
    Telephone: (317) 578-1900
    E-mail: rmaas@smithfisher.com

    -and-

    **SENAK KEEGAN GLEASON SMITH & MICHAUD, LTD.**

    */s/ Edward W. Gleason*
    EDWARD W. GLEASON, IL Bar #6204438

    566 West Adams Street, Suite 750
    Chicago, Illinois 60661
    Telephone: (312) 214-1400
    E-mail: egleason@skgsmlaw.com

    *Counsel for Plaintiff/Counter-Defendant, Westfield Insurance Company*

## CERTIFICATE OF FILING AND SERVICE

I, Rebecca J. Maas, hereby certify that on February 6, 2019, a copy of the foregoing, **"Westfield's Appendix to its Response in Opposition to Bell's Motion to Limit Expert Testimony of Elizabeth Buc, Charles Fricke and Richard Marzola"** was filed electronically utilizing the Court's electronic filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system:

Angela P. Krahulik
Jenny Buchheit
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
Angela.Krahulik@icemiller.com
Jenny.Buchheit@icemiller.com
*Counsel for Defendant/Counter-Plaintiff, Bell Aquaculture, LLC*

Dustin R. DeNeal
Kevin Morris Toner
**FAEGRE BAKER DANIELS LLC**
600 E. 96TH Street, Suite 600
Indianapolis, IN 46240
Dustin.Deneal@FaegreBD.com
*Counsel for Defendant, TCFI BELL SPE III, LLC*

Michael E. Brown
Casey R. Stafford
**KIGHTLINGER & GRAY, LLP**
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
mbrown@k-glaw.com
cstafford@k-glaw.com
*Counsel for Third-Party Defendant, Early, Cassidy & Schilling, Inc.*

                                                  /s/ *Rebecca J. Maas*
                                                  Rebecca J. Maas, IN Bar #14090-49