# Exhibit A



# Bell Aquaculture, LLC

# Expert Report of Matt Larson Regarding Lost Profits and Certain Property Damages

**May 17, 2018**





I have been asked to prepare an expert report relating to the property damages, business personal property damages, and business interruption damages suffered by Bell Aquaculture, LLC ("Bell") as a direct result of the transfer switch failure the ("Incident") on July 22, 2015 at Bell's Albany, IN fish farm facility.[1]

# I.   <u>Summary of Opinions</u>

The following opinions are submitted concerning the property damage, business personal property damage, and business interruption damages Bell suffered as a direct result of the Incident. The basis and reasons for these opinions, and the data and other information that I considered in forming these opinions, are identified in this report. The opinions expressed herein are based on work performed to date.  The attached damages schedules are intended to supersede prior claim submittals. My opinion may be appropriately modified if additional pertinent information comes to my attention.  The opinions that follow are expressed to a reasonable degree of professional certainty.

1) As a result of the Incident, Bell suffered property damages, business personal property damages, and business interruption damages of **$29,761,858.**[2]

2) The total property damages Bell suffered as a direct result of the Incident are **$19,824,272** and consist of the following four (4) categories of damage:  (a) emergency services & debris removal, (b) building reconstruction, (c) Bell labor, and (d) members' equity.

   a. Bell incurred emergency services and debris removal damages as a direct result of the Incident.  The emergency services and debris removal damages are **$380,534.**

   b. Bell incurred building reconstruction damages as a direct result of the Incident.  The building reconstruction damages are **$470,290.**

   c. Bell incurred labor damages as a direct result of the Incident.  The labor damages are **$300,909.**

---

[1] The damages amounts referenced within the body of this report do not take into account any payments made by or on behalf of Westfield Insurance Company as a result of the Incident.
[2] All damages amounts are rounded to the nearest dollar amount.  Variances are due to rounding.



    d.     As a direct result of the Incident Bell was foreclosed upon and ceased operations in August 2016.  Prior to the Incident, Bell valued its members' equity at $**18,672,539** per its balance sheet[3] as of June 30, 2015.  As a result of the Incident, Bell suffered a loss of $**18,672,539** in members' equity as a result of foreclosure.

3)    The total business personal property damages Bell suffered as a direct result of the Incident are $**1,594,161** and consist of two (2) categories of damages:  The loss of the (a) fish inventory stock, and (b) feed ingredient inventory stock.

    a.     Bell incurred a loss of fish inventory stock as a direct result of the Incident.  The fish inventory stock damages are $**1,496,755**.

    b.     Bell incurred a loss of feed ingredient inventory stock due to spoilage as a direct result of the Incident.  The feed ingredient inventory stock damages are $**97,406**.

4)    The total business interruption damages suffered by Bell as a direct result of this Incident are $**8,343,426** through April 2017.  However, the business interruption policy limit in Bell's insurance policy at the time of the Incident was $**3,514,000**.  As a result, Bell's recovery of business interruption damages arising from the Incident may be limited by the policy limit in Bell's Insurance policy as of the time of Incident.

5)    Bell's property damages, business personal property damages, and business interruption damages recoverable under the Westfield Insurance Company ("Westfield") insurance policy in effect at the time of the Incident (the "Policy") total $**6,249,893**.

The opinions listed above are summarized in Exhibit A.

# II.    Qualifications

I have over ten (10) years of experience measuring property damages, business personal property damages, and business interruption damages.  My qualifications are summarized in my CV attached as Exhibit B.  I have not authored publications within the last ten years, nor have I

---

[3] BELL0002326



testified at trial or been deposed as an expert in the last four years.  My employer is compensated at a rate of $225 per hour for my services.

## III.   Data and Other Information Considered

Shortly after the Incident, Quantum Global Advisors ("Quantum") was retained to assist Bell with the preparation of its insurance claim.  As experts in the field of property damage and business interruption claims, we were asked to assist in the quantification and documentation of Bell's damages as a direct result of the Incident.

I worked with Bell personnel both remotely and on site at the Albany, IN fish farm and the Redkey, IN processing facility to assist Bell in the identification, quantification, and documentation of property damages, business personal property damages, and business interruption damages.

I prepared analyses and spreadsheets that measure and document Bell's property damages, and business interruption damages.  These analyses and spreadsheets represent the basis for my opinions and the measurement of the property damages, business personal property damages, and business interruption damages that Bell suffered as a direct result of the Incident.  In the preparation of this expert report I quantified and documented Bell's property damages, business personal property damages, business interruption damages, and foreclosure damages as a direct result of the Incident to a reasonable degree of professional certainty as set forth in this report.

To reach the opinions that are the subject of this report, I considered the data and other information listed on the attached Exhibit C.  Certain documents I relied upon in the preparation of my analyses and schedules that form the basis of this report include, but are not limited to, the following:

- Invoices – I received and reviewed invoices from third parties which were the primary basis for measuring property damages and feed costs.
- Bell's Bioplan[4] and Tank data reports[5] – These reports contain the operational data Bell used to both record actual fish growth and project future fish growth.  These files served as the primary basis for measuring fish production volumes and fish stock damaged or lost due to the Incident.

---

[4] BELL0002643
[5] BELL0001973, BELL0002103, BELL0003312, BELL0003318,BELL0003325, BELL0003355 (etc.)

3



- Bell's Sales reports[6] – These sales reports frequently included customer names, quantities sold, and sales revenue.  I worked with Bell personnel to understand these reports and the different units of measure used in accounting for revenues.
- Urner Barry Salmon Index[7] – Urner Barry is a market tracking service that specializes in tracking commodity market prices for protein based food ingredients, and their Salmon index tracks a variety of Salmon prices by region.  Seafood prices vary by region based on what fisherman catch, or do not catch.  I utilized the Salmon index in conjunction with Bell's sales reports to measure selling prices on a monthly basis.
- Canadian Aquaculture Systems Report[8] ("CAS Report") – The CAS Report was prepared as part of a potential investor's due diligence study.  This report provided a neutral third party's operational and profitability estimates for Bell's operations.  This report provided benchmark comparisons for the business interruption damages measurement.
- Bell's yield reports and third party processing data – To estimate processing yield, I relied on the three yield reports from Bell's historical records that were prepared at the request of management[9], Bell Fish Company's personnel statements on yields from third party processors, the CAS Report, and publically available yield estimates like Chef's Resources[10].
- Bell's Income Statements[11] – Income statements were prepared monthly and I worked with Bell personnel to understand Bell's accounting methods used for recording and reporting revenues and expenses. These income statements served as the primary basis for measuring Bell's expenses.
- Bell's Balance Sheet[12] – Balance Sheets were updated regularly prior to the Incident.  The June 30, 2015 Balance sheet served as the basis for measuring the amount of Bell's members' equity lost as a result of the Incident

The documents listed above and additional documents included in Exhibit C served as the basis for the schedules and analyses that underpin this report.

---

[6] BELL0001600, BELL0001531, BELL0001533, BELL0003381
[7] BELL0000008
[8] QGA0006701-QGA0006724
[9] QGA0003358, QGA0003359, QGA0003560
[10] Salmon Seafood Yields - Chefs Resources.pdf
[11] BELL0002345, BELL0003297
[12] BELL0002326



## IV.   Executive Summary

Bell suffered **$29,761,858** in property damages, business personal property damages, and business interruption damages as a direct result of the Incident.  Bell's counsel has determined that of these damages, **$6,259,893** is directly compensable under the Policy.  After the Incident, Bell attempted to continue operations and mitigate the damages to its property and business. Westfield, Bell's insurance carrier, disputed Bell's insurance claim seven (7) days after the Incident.  With its stock destroyed, Bell was unable to procure interim funding from its lenders or third party investors to continue operations.  As a result of the Incident and its dispute with its insurer, Bell was unable to meet its financial obligations and in August of 2016 Bell was foreclosed upon, lost all of its members' equity, and ceased operations.  As a result of this chain of events which was caused by the Incident, Bell will never recover from the Incident and the negative impact the Incident had upon its business.

Quantum prepared analyses and spreadsheets that measure Bell's property damage, business personal property damage, and business interruption damages as a direct result of the Incident. The results of these analyses are summarized below:

| Preliminary Claim Category | Claim Amount | |
|---|---|---|
| | Measured Damages | Westfield Coverage |
| Emergency Services & Debris Removal | $           380,534 | $           380,534 |
| Building Reconstruction | 470,290 | 470,290 |
| Bell Labor | 300,909 | 300,909 |
| Members Equity | 18,672,539 | - |
| | | |
| Subtotal Property Damage | 19,824,272 | 1,151,732 |
| | | |
| BPP - Fish Inventory | 1,496,755 | 1,496,755 |
| BPP - Feed Ingredient Inventory | 97,406 | 97,406 |
| | | |
| Subtotal Business Personal Property | 1,594,161 | 1,594,161 |
| | | |
| Business Income Loss | 8,343,426 | 3,514,000 |
| | | |
| Subtotal Time Element | 8,343,426 | 3,514,000 |
| | | |
| Total | $      29,761,858 | 6,259,893 |



As a direct result of the Incident, Bell suffered $**29,761,858** in damages.  Bell's counsel advised me that these damages are not fully compensable under the terms of the Westfield Policy.  The damages measurement totaling $**6,259,893** reflects the scope of damage that counsel has advised me are directly compensable under the terms of the Westfield Policy.

# V.   <u>Pre-Incident Background</u>

Bell was founded around 2005 and initially raised Yellow Perch at their facility in Albany IN.[13] Over the years, Bell grew by adding complementary and environmentally friendly operations. Throughout most of its history Bell's operations emphasized environmental benefits over profitability.

In 2013-2014, Bell made several major strategic shifts.  The first was to make a significant investment to build a fish feed mill that had a projected annual production capacity of approximately 26,000,000 pounds of fish feed.[14]  This facility was designed not only to provide for the approximately 3,000,000 pounds of feed Bell used per year, but primarily to produce and sell feed to outside customers.  Bell also made the strategic shift to move from producing Perch to producing Coho Salmon and Steelhead Trout.[15]  During this transition period, there was a startup period required for fish growth.[16]  This startup period contained minimal fish sales. The lack of revenue during this startup period was exacerbated by losses from the feed mill operation. Furthermore, in October of 2014, Bell's controller stepped down.  ███████████████████ ██████████████.

In January 2015, Bell's shareholders partnered with Robert Davis to improve performance at Bell and serve as an additional conduit to outside investors in an effort to reduce operational losses and bring in additional funding to grow Bell.[17]  Mr. Davis worked to reorient the organization's operations to focus on profitability while searching for new investors to fund Bell's growth plans.  To improve Bell's operating performance Mr. Davis closed down unprofitable divisions and the team members for those groups were either let go or reassigned. Notable closures included eliminating the research team and closing down the feed mill operations.  Mr. Davis worked with the operations team to make significant changes in fish production.[18]

---

[13] QGA0006727- QGA0006750
[14] Bell Aquaculture to Open New Mill in Albany, Indiana, in Spring of 2014.pdf
[15] BELL0000865 - BELL0000932
[16] BELL0000487 - BELL0000496
[17] 30(b)(6) Deposition of Robert Davis March 15, 2018
[18] BELL0005347 - BELL0005358



[19]

By July of 2015, Bell was meeting with potential investors that were considering providing additional capital, the transition period from Perch to Trout was almost complete, and Mr. Davis's immediate operational changes at the fish farm were resulting in notable improvements to fish production times in Bell's Tank data reports.

# VI.   Incident and Immediate Impact

During the early morning on July 22, 2015 the transfer switch that supplied electricity to Bell's row 3 building suffered an electrical event which caused power to be lost to the row 3 production facilities.  The recirculating tanks in the row 3 production facilities used gravity to transfer water from the tanks to the filter system, from which the water was pumped into a cascading waterfall system which added oxygen and then returned the oxygenated filtered water to the tanks.  When power was lost, the tanks drained to the gravity equilibrium but the pumps did not pull the filtered water up to the waterfall system and send it back to the tanks.  This left the fish in a condensed space with less water, no filtration of fecal waste, and without their primary source of oxygen. Power was not restored to the pumps for the recirculating tanks for approximately seven (7) hours.[20]  As a direct result of the Incident and the seven (7) hours without adequate oxygen, a large portion of the fish stock suffocated. The surviving fish stock spent hours in overly contaminated water and suffered permanent damage.  As a direct result of the Incident, the vast majority of the fish stock in row 3 was lost, either through immediate death or through becoming commercially unviable.

Seven (7) days later, on July 29, 2015 Westfield sent Bell a letter stating that payments under the Policy would not be forthcoming, that Westfield was reserving its rights, and that Westfield would not pay for the fish stock lost due to the Incident.[21]  Around this time, investors that had been in active discussion with Bell withdrew from those discussions.  Without funding from these investors, sales from maturing stock, and the funds Bell had expected to be forthcoming from its insurer, Bell's financial position deteriorated.  Bell responded to these events by letting go a substantial number of personnel, among other things.

Bell's remaining personnel worked to recover from the Incident.  Bell was able to restore partial operations of the row 3 tanks in April of 2016,                                        .  In August of 2016, Bell was foreclosed upon, and the value of Bell's

---

[19] QGA0006375- QGA0006602
[20] 1548. 30(b)(6) Deposition of Steven Smith, Vol. I March 07, 2018
[21] QGA0004167- QGA0004170



members' equity was eliminated.  This foreclosure was a direct result of the severe financial deterioration caused by the Incident.

# VII.  Damages Overview and Employed Valuation Methods

Bell suffered **$29,761,858** in property damages, business personal property damages, and business interruption damages as a direct result of the Incident. (Exhibit A) I worked with Bell and my colleagues at Quantum to prepare analyses and spreadsheets that documented the damages suffered by Bell as a direct result of the Incident.  To prepare these analyses, we identified, measured, and allocated the damages suffered into three categories: property, business personal property, and business interruption.  In the sections below, I will describe each of these categories of damages in greater detail, as well as the basis for the methodology employed.

## a.  Property

To prepare the property damages measurement in the amount of **$19,824,272** (Exhibit A) I worked with Bell personnel to gather the supporting documentation for the property damage costs that Bell had submitted up to and within the January 2016 proof of loss, and to update the property damage measurement to include costs that were incurred as a direct result of the Incident but were not included in the January 2016 proof of loss submission.  Costs in the property category were subdivided into four sections: emergency services and debris removal, building reconstruction, labor, and members' equity.

I measured emergency services and debris removal costs at **$380,534.** (Exhibit D)  The emergency services and debris removal costs primarily consist of fuel costs to operate generators and other equipment, equipment rental costs, and other miscellaneous costs arising as a direct result of the Incident.

I measured the building reconstruction costs at **$470,290.** (Exhibit D)  The building reconstruction costs are the costs to repair, replace, or recommission the building and building systems that were damaged as a direct result of the Incident.  The repairs and recommissioning were not complete in August 2016 at the time of foreclosure.  Therefore, I reviewed checks supporting the reconstruction scopes of work for which Bell paid vendors and quantified those expenses.  I also measured the amount for the unpaid reconstruction work which was included in the foreclosure process.

I measured the Bell labor costs at **$300,909.**  These costs consist of the Bell labor costs expended on recovery efforts as a direct result of the Incident that were documented in Bell's proof of loss submission in January 2016.



In June of 2015, Bell recorded members' equity valued at **$18,672,539** (Exhibit E) on its Balance sheet.  As a direct result of the foreclosure caused by the Incident, Bell suffered a complete loss of its members' equity value.

The total property damages Bell suffered as a direct result of the Incident are **$19,824,272.** (Exhibit A)

## b. Business Personal Property

Quantum measured business personal property damages of **$1,594,161** (Exhibit A) as a direct result of the Incident.  For ease of reference, I divided this measurement into two (2) categories: The lost fish stock contained in the Row 3 building was measured at $**1,496,755,** (Exhibit F) and the lost stock of feed mill raw ingredients contained in the silos and feed mill building was measured at $**97,406**.  (Exhibit G)

At the time of the Incident, Bell had fish stock in the recirculating tanks in Row 3.  The volume of fish stock was recorded in the Tank Data reports.  Quantum valued that fish stock at actual cash value.  This was done by calculating the kilograms of lost stock and the cash value per kilogram.  Multiplying these factors together resulted in the measured damage amount of **$1,496,755.** (Exhibit F)

At the time of the Incident, Bell had raw materials for the production of feed stored in the feed mill building.  After the Incident, Bell did not use these raw materials to produce feed, and the raw materials spoiled and were disposed of or salvaged.  I valued these lost raw materials at replacement cost based on invoice support, offset by the salvage revenue received and the disposal costs paid to dispose of these raw materials.  The measured amount of damages under this methodology was **$97,406.** (Exhibit G)

In total I measured $**1,594,161**(Exhibit A) of lost business personal property based on the outlined claim categories above.

## c. Business Income

As a direct result of the Incident, Bell suffered business interruption damages of **$8,343,426** (Exhibit H) through April 2017.  This amount is calculated based on lost revenue of $**24,085,532** (Exhibit H) less non-continuing cost of sales of **$5,290,747**, (Exhibit H) less non-continuing overhead expense of **$10,150,451**(Exhibit H) and less a Labor adjustment of **$300,909**(Exhibit H).

As Bell will never recover from the Incident due to the foreclosure, counsel instructed me to use a theoretical period of indemnity that includes the period of restoration and the extended period of indemnity.  At the direction of counsel, I measured Bell's business interruption losses during



the period of restoration of July 2015 through December 2016.  This period consists of the time it took Bell to restore the initial Row 3 tanks (April 2016), followed by the eight (8) month growth period Bell required to restore its fish stock levels to pre-Incident state of maturity.   I also measured Bell's business interruption losses during January 2017 through April 2017, the period determined by counsel to be the 120 day extended period of indemnity.

**Lost Revenue -** I calculated the lost revenue amount of **$24,085,532** (Exhibit I)  based on expected fish product and fish byproduct sales multiplied by the expected market prices for fish products per the appropriate Urner Barry Index and Bell's historical prices for fish byproducts. To calculate the fish production volume, I used Bell's July 2015 Bioplan.  I then worked with Bell personnel to verify that the volumes and growth rates from the Bioplan were consistent with and substantiated by the volumes and growth rates in Bell's tank data reports.  The Bioplan provided the baseline for kilograms of fish sent to the purge tanks, and thereby the volume of fish processed as well as the feed and oxygen volumes needed to produce the volume of the kilograms of fish projected.

To calculate post processing volumes of salable fish and byproducts, I relied on the three yield reports from Bell's historical records, ███████████████████████████████, the CAS Report and actual yields from third party processors.  Based on this information and discussions with Bell personnel, I determined that ████████████████ was a reasonable estimate and the most likely operational outcome.  (Exhibit J)

To calculate sales prices for fish, I benchmarked Bell's historical sales prices against the Urner Barry Salmon index.  After determining Bell's historical price performance relative to that index for the period prior to the Incident, I applied that ratio to the Urner Barry index for the period of time after the Incident.  Additionally, I measured the ancillary revenue from shipping and offal revenue based on historical records for those products.

Based on these factors, I measured **$24,085,532** (Exhibit I) in lost revenue through April 2017.

**Non-continuing cost of sales -** I measured **$5,290,747** (Exhibit I) in non-continuing cost of sales through April of 2017.  Bell's cost of sales section in its income statement is made up of items Bell labeled standard costs, direct labor, direct labor benefits, freight expenses, packaging expenses, and applied costs.  The methodologies I used for measuring the non-continuing expenses in this category are based on a review of Bell's accounting records and conversations with Bell personnel.

I based my calculation of the non-continuing costs on a historical analysis of the actual incurred costs identified in the relevant accounts in Bell's income statements.  As historically Bell's management had based standard costs and applied costs on forward looking estimates rather than actual costs, I treated costs in these accounts as fixed costs.



I measured **$2,290,812** in non-continuing packaging costs through April of 2017.  I based my calculations for this category on the packaging costs percentage of sales for the second quarter of 2015.

I measured **$1,573,760** in non-continuing direct labor and benefits through April of 2017.  Prior to the Incident, Mr. Davis had been making operational changes that included letting staff go and transferring staff between departments.  After the Incident, Bell let go direct labor employees. To account for these staffing changes, I used a historical monthly average from the three (3) months prior to the Incident to calculate non-continuing labor expenses for all personnel.  I tested these historical monthly average labor cost projections against the CAS report.  Based on this comparison, I concluded my projected costs were reasonable or conservative. ████████████ ████████████████████████████████████████████████, while the monthly average I measured reflects a cost of thirty one (31) cents per pound.  This supports the fact that the projected processing labor was more than sufficient to process the projected production volumes.

I measured **$1,426,174** in non-continuing freight expenses through April of 2017.  For July and August 2015 I calculated these freight costs based on the freight expenses percentage of sales for the second quarter of 2015.  I selected this period as I expected low volume shipments to continue through August 2015.  For September 2015 forward, I calculated the non-continuing freight expenses costs based on the freight expenses percentage of sales in 2014.  I selected this period as it reflected the full production freight costs Bell had previously experienced while operating at full production volumes.

Based on these factors, I measured **$5,290,747** in non-continuing cost of sales through April of 2017.

**Non-continuing overhead expenses -** I measured non-continuing overhead expenses of **$10,150,451** (Exhibit I) through April of 2017.  Bell's overhead expenses section in its income statement captures the costs for feed, aquatic supplies, indirect and salaried labor and benefits, utilities, processing supplies, and administrative expenses.  The methodologies I used for measuring the non-continuing overhead expenses in this category are based on a review of Bell's accounting records and conversations with Bell personnel.

I measured **$3,558,804** in non-continuing feed costs through April of 2017.  As feed prices fluctuate due to agricultural commodity price changes, I used actual feed prices during the loss period to calculate non-continuing feed costs.  I based the volume of feed required on the Bioplan.

I measured **$1,700,029** in non-continuing aquatic supply costs through April of 2017.  Aquatic supply costs primarily consist of Oxygen.  I measured these costs using the budgeted costs in the Bioplan.

I measured **$1,608,682** in non-continuing indirect salaried labor and benefits through April of 2017.  Prior to the Incident Mr. Davis had been making operational changes that included letting



staff go and transferring staff between departments.  After the Incident, Bell let go salaried and indirect employees.  To account for these staffing changes, I used a historical monthly average from the three (3) months prior to the Incident to calculate non-continuing labor expenses for all personnel.

I measured **$1,460,897** in non-continuing utilities through April 2017.  To capture seasonal factors, I measured these costs primarily based on prior year utilities costs.

I measured **$1,151,906** in non-continuing processing supplies through April 2017.  I measured these costs based on the supplies expense percentage of sales during the second quarter of 2015.

I measured **$668,563** in non-continuing Administrative expenses.  This category is a catch all for the remaining accounts Bell included in overhead expenses.  The major components of this category are routine maintenance, insurance, office supplies, postage, and marketing.  I measured most of these costs based on monthly averages. The bulk of non-continuing expenses in this category occurred after the foreclosure in August 2016.

Based on these factors, I measured $**10,150,451** in non-continuing overhead expenses through April of 2017.

**Labor Adjustment -** I measured a labor adjustment of **$300,909,** reducing lost business interruption.   After the Incident, Bell claimed labor costs under the property claim.  As the claimed amount was not deducted from the income statements Bell provided, I deducted this labor cost to avoid duplication between the property and business interruption claim amounts.

Through the process outlined above, I calculated that Bell suffered business interruption damages of **$8,343,426** (Exhibit H) through April 2017.  This amount is calculated based on a calculated lost revenue amount of $**24,085,532** (Exhibit H) less non-continuing cost of sales of **$5,290,747**, less non-continuing overhead expense of **$10,150,451** (Exhibit H) and less a Labor adjustment of **$300,909**. (Exhibit H)

# VIII. <u>Conclusion</u>

In my opinion Bell suffered **$29,761,858** (Exhibit A) in damages as a direct result of the Incident.

In my opinion, the total property damages Bell suffered as a direct result of the Incident are $**19,824,272**.   These damages are documented by the spreadsheets, analyses, and other underlying documentation provided.  Counsel has informed me that **$1,141,732** is the property damages compensable under the Westfield Policy after consideration of the deductible amount of $10,000.



In my opinion, Bell suffered business personal property damages as a direct result of the Incident.  The total Business Personal Property damages Bell suffered as a direct result of the Incident were **$1,594,161**.  These damages are documented by the spreadsheets, analyses, and other underlying documentation provided.  Counsel has informed me that **$1,594,161** is the business personal property damages compensable under the Westfield Policy.

In my opinion, Bell suffered business interruption damages as a direct result of the Incident.  The total business interruption damages suffered by Bell as a direct result of this Incident are **$8,343,426** through April 2017.  As a result of the foreclosure Bell has suffered, and will continue to suffer, business interruption damages beyond April 2017. These damages are documented by the spreadsheets, analyses, and underlying documentation provided.  Counsel has informed me that **$3,514,000** is the business interruption damages compensable under the Westfield Policy.

In my opinion, Bell's property damage, business personal property damages, and business interruption damages total **$29,761,858.**   Counsel has informed me that **$6,249,893** is compensable under the Westfield Policy.

These conclusions are based on work performed to date. My conclusions may be appropriately modified if additional pertinent information comes to my attention and any such modifications would supersede this report.  These conclusions are expressed to a reasonable degree of professional certainty.

Prepared by:

Matt Larson

5-17-2018

Date



**Bell Aquaculture, LLC**
**Expert Report of Matt Larson Regarding Lost Profits and Certain Property Damages**

Date of Loss: July 22, 2015

**Index of Exhibits**

|                                              | Exhibit |
|----------------------------------------------|---------|
| Summary of Measured Damages                  | A       |
| CV of Matt Larson                            | B       |
| Data and Other Information Considered         | C       |
| Detailed Invoices Damages                    | D       |
| Bell Aquaculture, LLC Balance Sheet          | E       |
| Fish Inventory                               | F       |
| Feed Ingredient Inventory                    | G       |
| Business Income Monthly Summary              | H       |
| Business Income Detailed Calculation         | I       |
| Yield Comparison                             | J       |

Claim Summary

**Bell Aquaculture**

Date of Loss: July 22, 2015

Date of Loss: July 21, 2015

**Summary of Damages as of May 17, 2018**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| | | **Claim Amount** | | | | |
| Item No. | **Preliminary Claim Category** | **Measured Damages** | **Westfield Coverage** | **Westfield Measurement** | **Difference [C-D]** | **Comments** |
| 1 | Emergency Services & Debris Removal | $ 380,534 | $ 380,534 | $ 67,413 | $ 313,121 | Exhibit D |
| 2 | Building Reconstruction | 470,290 | 470,290 | 6,526 | 463,763 | Exhibit D |
| 3 | Bell Labor | 300,909 | 300,909 | 300,909 | - | |
| 4 | Members Equity | 18,672,539 | - | - | - | Exhibit E |
| | Subtotal Property Damage | 19,824,272 | 1,151,732 | 374,848 | 776,885 | |
| 5 | BPP - Fish Inventory | 1,496,755 | 1,496,755 | - | 1,496,755 | Exhibit F |
| 6 | BPP - Feed Ingredient Inventory | 97,406 | 97,406 | - | 97,406 | Exhibit G |
| | Subtotal Business Personal Property | 1,594,161 | 1,594,161 | - | 1,594,161 | |
| 7 | Business Income Loss | 8,343,426 | 3,514,000 | - | 3,514,000 | Exhibit H |
| | Subtotal Time Element | 8,343,426 | 3,514,000 | - | 3,514,000 | |
| | Total | $ 29,761,858 | 6,259,893 | 374,848 | $ 5,885,046 | |
| | Deductible | | (10,000) | (10,000) | | |
| | **Net Claim Total** | | **6,249,893** | **364,848** | | |
| | Partial Payments | | (1,000,000) | (1,000,000) | | |
| | **Net Claim Amount Outstanding** | | $ 5,249,893 | $ (635,152) | | |

Q | QUANTUM GLOBAL ADVISORS LLC



**MATTHEW S. LARSON**

**Manager**
**Quantum Global Advisors LLC**

**445 N. LaSalle Street**
**Chicago, IL 60654**
**(312) 467.9111 ext. 216**
**mlarson@quantumglobaladvisors.com**

## EXPERIENCE:

Matt Larson specializes in managing claims preparation and litigation support for complex and/or contentious property damage and business interruption/extra expense claims. He has assisted clients in many industries, including: aquaculture, explosives, food processing, hospitality, human tissue processing, insulation, injection molding, legal, lens manufacturing, marine, petroleum storage, paper, rail, real estate, research, seafood, warehousing and logistics, & wood products.

### Insurance Claims & Litigation Support Consulting:

Matt Larson has assisted many clients with claim preparation and litigation support, including the following:

| | | |
|---|---|---|
| American Realty Advisors | Amsted Industries Incorporated | Austin Powder Company |
| Bell Aquaculture, LCC | BFN Operations LLC | Blackstone Real Estate |
| Conagra | Denenburg Tuffley LLC | Evan's Trailers |
| Filtration Group Corporation | GIC Private Limited | Glatfelter |
| Global Logistics Properties | Global Materials Technologies | Goldberg & Goldberg |
| Gordon Laboratories, Inc. | Grecian Delight Foods LLC | Jupiter Aluminum Corporation |
| LXR Luxury Resorts | Mazzetta Company, LLC | Metal Exchange Corporation |
| Musculoskeletal Transplant Fdn | North American Management Co. | Otto Environmental Systems |
| PMC Biogenix | Rhoads Industries, Inc. | SemLogistics |
| Smithfield Foods | Sun Communities, Inc. | The Boulders Resort & Golden Door Spa |
| The Greenbrier Companies | University of Notre Dame | Ventana Resorts |
| Vision Ease | Walton Street Capital | Wayne Farms/ContiGroup |

Matt Larson co-authored a damages report for the University of Notre Dame.

## EDUCATION:

Masters in Business Administration, University of Bath, Bath U.K.
Bachelor of Arts in History, Ripon College



Exhibit C

# Bell Aquaculture, LLC
# Expert Report of Matt Larson Regarding Lost Profits and Certain Property Damages

Date of Loss: July 22, 2015

## Data and Other Information Considered

1. Expert Report
   1. Exhibit A Summary of Measured Damages
   2. Exhibit B CV of Matt Larson
   3. Exhibit C Data and Other Information Considered
   4. Exhibit D Detailed Invoices Damages
      i. 2018_05_17 Bell Aquaculture_Damages Schedule
   5. Exhibit E Bell Aquaculture Balance Sheet
   6. Exhibit F Fish Inventory
      i. 2018_05_17 Stock Claim
   7. Exhibit G Feed Ingredient Inventory
      i. 2017_02_28 Bell Aquaculture_Feed Ingredient Inventory
   8. Exhibit H Business Income Monthly Summary
   9. Exhibit I Business Income Detailed Calculation
      i. 2018_05_17 Bell Aquaculture BI Claim.pdf
   10. Exhibit J Yield Comparison
2. Data and Other Information Reviewed and Considered
   1. BELL0000001 - BELL0000006, Mink Farm Invoices.pdf
   2. BELL0000007, salmonIndexHistory.xls
   3. BELL0000008, Urnerbarry Historical Salmon Quotes.xlsx
   4. BELL0000009 - BELL0000018, Bell PLs from Sage 1.2015 to 8.2016.pdf
   5. BELL0000019 - BELL0000021, Bonahoom & Bobilya.pdf
   6. BELL0000022, Bell PLs from Sage 1.2015 to 8.2016.xlsx
   7. BELL0000023 - BELL0000025, 2016_01_14 Stock Claim.pdf
   8. BELL0000026 - BELL0000028, 2016_01_14 Stock Claim.pdf
   9. BELL0000029 - BELL0000034, 2017_02_28 Bell Aquaculture_Feed Ingredient Inventory.pdf
   10. BELL0000035, 2016_01_14 Stock Claim.xlsx
   11. BELL0000036 - BELL0000039, Urnerbarry Historical Salmon Quotes.pdf
   12. BELL0000040 - BELL0000105, 2016 01 02 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.pdf
   13. BELL0000106 - BELL0000260, 16 Production Tank Data.pdf
   14. BELL0000261 - BELL0000460, 16 Hatchery Tank Data.pdf
   15. BELL0000461, EG Email 2016 06 15 - 4 Customer ID Cheat Sheet.pdf
   16. BELL0000462, 2017_02_28 Bell Aquaculture_Damages Schedule.xlsx
   17. BELL0000463 - BELL0000466, 2017_02_28 Bell Aquaculture_Damages Schedule.pdf
   18. BELL0000467 - BELL0000486, 2017_02_28 Bell Aquaculture_Damages Summaries.pdf
   19. BELL0000487 - BELL0000496, EG Email 2016 06 15 - 1 Bell rainbow trout bioplan Dec 10 2014.pdf
   20. BELL0000497 - BELL0000503, 2017_02_28 Bell Aquaculture BI Claim.pdf
   21. BELL0000504 - BELL0000516, Bell Aquaculture_Feed Ingredient_Cost per Pound Support.pdf
   22. BELL0000517 - BELL0000525, Bell Aquaculture_Feed Ingredient_Credit and Disposal Support.pdf



Exhibit C

23. BELL0000526 - BELL0000542, EG Letter 2016 05 12 - 1 Culls August 2015.pdf
24. BELL0000543 - BELL0000655, 17 Tank Data.pdf
25. BELL0000656 - BELL0000685, EG Letter 2016 05 12 - 1 Culls July 2015.pdf
26. BELL0000686 - BELL0000691, salmonIndexHistory.pdf
27. BELL0000692 - BELL0000693, 2015 12 31 Payroll Journal 20151231.pdf
28. BELL0000694 - BELL0000697, 2015 11 25 Payroll Journal 20151123 1.pdf
29. BELL0000698 - BELL0000701, 2015 11 12 Payroll Journal 20151110 1.pdf
30. BELL0000702 - BELL0000707, 2015 10 15 Payroll Journal 20151014 1.pdf
31. BELL0000708 - BELL0000711, 2015 12 24 Payroll Journal 20151221 1.pdf
32. BELL0000712 - BELL0000720, 2015 08 20 Payroll Journal 20150819 1.pdf
33. BELL0000721 - BELL0000728, 2015 09 03 Payroll Journal 20150902 1.pdf
34. BELL0000729 - BELL0000740, 2015 08 06 Payroll Journal 20150806 20150805 1.pdf
35. BELL0000741 - BELL0000744, 2015 10 29 Payroll Journal 20151027 1.pdf
36. BELL0000745 - BELL0000747, 2015 12 10 Payroll Journal 20151208 1.pdf
37. BELL0000748 - BELL0000753, 2015 09 18 Payroll Journal 20150917 1.pdf
38. BELL0000754 - BELL0000758, 2015 10 01 Payroll Journal 20150929 1.pdf
39. BELL0000759 - BELL0000767, 2015 07 23 Payroll Journal 20150723 1.pdf
40. BELL0000768 - BELL0000778, 2015 05 28 Payroll Journal 20150527 1.pdf
41. BELL0000779, 16 Production Tank Data.xlsx
42. BELL0000780 - BELL0000790, 2015 05 14 Payroll Journal 20150513 1.pdf
43. BELL0000791 - BELL0000811, 2015 06 25 Payroll Journal 20150623 1.pdf
44. BELL0000812 - BELL0000822, 2015 02 05 Payroll Journal 20150204 1.pdf
45. BELL0000823 - BELL0000833, 2015 03 31 Payroll Journal 20150331 1.pdf
46. BELL0000834 - BELL0000843, 2015 04 16 Payroll Journal 20150415 1.pdf
47. BELL0000844 - BELL0000853, 2015 04 30 Payroll Journal 20150429 1.pdf
48. BELL0000854 - BELL0000864, 2015 03 19 Payroll Journal 20150317 1.pdf
49. BELL0000865 - BELL0000932, EG Letter 2016 05 12 - 3 Bell Aquaculture Investor Presentation - Fall of 2015.pdf
50. BELL0000933 - BELL0000942, 2015 03 05 Payroll Journal 20150304 1.pdf
51. BELL0000943 - BELL0000953, 2015 02 19 Payroll Journal 20150218 1.pdf
52. BELL0000954, 2015 01 22B Payroll Journal 20150121 1.pdf
53. BELL0000955 - BELL0000967, 2015 01 08 Payroll Journal 20150106 1.pdf
54. BELL0000968 - BELL0000980, 2015 01 22 Payroll Journal 20150120 1.pdf
55. BELL0000981 - BELL0000990, 2015 07 09 Payroll Journal 20150709 1.pdf
56. BELL0000991, 17 Tank Data.xlsx
57. BELL0000992, EG Email 2016 06 15 - 2 Rainbow trout growth data compared to freshwater data (v2.2 br 7-15-2014).xlsx
58. BELL0000993, 03-15-2016 ($2435.09).pdf
59. BELL0000994 - BELL0000995, 01-11-2016 ($81,546.10).pdf
60. BELL0000996, 01-11-2016 ($81,546.10) Confirmation.pdf
61. BELL0000997, 03-15-2016 ($2435.09) Confirmation.pdf
62. BELL0000998 - BELL0000999, 09-16-2015 ($281.81).pdf
63. BELL0001000, 09-16-2015 ($6.20).pdf
64. BELL0001002 - BELL0001003, 08-28-2015 ($11.48).pdf
65. BELL0001004 - BELL0001005, 09-16-2015 ($1.75).pdf
66. BELL0001006 - BELL0001007, 08-28-2015 ($1,982.46).pdf
67. BELL0001008, 08-26-2015 ($10,365.12).pdf
68. BELL0001009, 08-25-2015 ($221.73).pdf
69. BELL0001010, 07-28-2015 ($11,504.71).pdf
70. BELL0001011, 08-25-2015 ($56.65).pdf
71. BELL0001012, 07-24-2015 ($51.37).pdf
72. BELL0001013, 03-16-2016 ($80.44).pdf



Exhibit C

73. BELL0001014, 03-16-2016 ($86.88).pdf
74. BELL0001015, 02-23-2016 ($141.61).pdf
75. BELL0001016 - BELL0001017, 02-23-2016 ($74.44).pdf
76. BELL0001018, 02-24-2016 ($1,540.79).pdf
77. BELL0001019 - BELL0001020, 01-26-2016 ($1576.84).pdf
78. BELL0001021 - BELL0001022, 01-26-2016 ($44,712.78).pdf
79. BELL0001023, 07-24-2015 ($290.46).pdf
80. BELL0001024 - BELL0001025, 01-27-2016 ($838.97).pdf
81. BELL0001026, 03-23-2016 ($684.93).pdf
82. BELL0001027 - BELL0001029, 08-28-2015 ($30.27).pdf
83. BELL0001030, 02-15-2016 (7).pdf
84. BELL0001031, 02-15-2016.pdf
85. BELL0001032, 02-15-2016 (6).pdf
86. BELL0001033, In Stock Inventory 09252015.XLS
87. BELL0001034 - BELL0001035, 02-15-2016 (5).pdf
88. BELL0001036 - BELL0001037, 02-15-2016 (4).pdf
89. BELL0001038, 02-15-2016 (3).pdf
90. BELL0001039 - BELL0001040, 04-08-2016 ($7,402.43).pdf
91. BELL0001041 - BELL0001043, 08-04-2015 ($11,905.29).pdf
92. BELL0001044 - BELL0001045, 04-08-2016 ($499.65).pdf
93. BELL0001046 - BELL0001047, 04-08-2016 ($3,844.85).pdf
94. BELL0001048 - BELL0001049, 04-08-2016 ($36.51).pdf
95. BELL0001050 - BELL0001051, 04-08-2016 ($3,360.80).pdf
96. BELL0001052 - BELL0001053, 04-08-2016 ($2,017.73).pdf
97. BELL0001054, 02-15-2016 (2).pdf
98. BELL0001055 - BELL0001058, 02-05-2016 ($10,134.95).pdf
99. BELL0001059 - BELL0001062, 02-05-2016 ($15,000.00).pdf
100. BELL0001063 - BELL0001066, 02-05-2016 ($9,212.95).pdf
101. BELL0001067 - BELL0001166, Bell Aquaculture_Feed Support.PDF
102. BELL0001167 - BELL0001438, Bell Aquaculture_Incurred Cost Support.pdf
103. BELL0001439, 09-23-2015 (Final Bill Notice).pdf
104. BELL0001440 - BELL0001441, 09-21-2015 ($1,751.40).pdf
105. BELL0001442 - BELL0001443, 09-21-2015 ($-249.05).pdf
106. BELL0001444, 09-15-2015 (Final Bill Notice).pdf
107. BELL0001445 - BELL0001447, 08-31-2015 ($-6,471.11).pdf
108. BELL0001448 - BELL0001449, 08-31-2015 ($-12,321.46).pdf
109. BELL0001450 - BELL0001453, 08-21-2015 ($-2,561.06).pdf
110. BELL0001454 - BELL0001456, 08-18-2015 ($51.84).pdf
111. BELL0001457 - BELL0001458, 09-22-2015 ($-472.84).pdf
112. BELL0001459 - BELL0001460, 08-31-2015 ($-7,667.86).pdf
113. BELL0001461 - BELL0001464, 08-18-2015 ($5,276.19).pdf
114. BELL0001465 - BELL0001466, 08-31-2015 ($-13,650.54).pdf
115. BELL0001467 - BELL0001468, 08-17-2015 ($7,081.46).pdf
116. BELL0001469 - BELL0001471, 08-14-2015 ($-56,735.14).pdf
117. BELL0001472 - BELL0001474, 07-28-2015 ($4,158.92).pdf
118. BELL0001475 - BELL0001477, 07-22-2015 ($9,972.33).pdf
119. BELL0001478 - BELL0001479, 03-30-2016 ($3,358.29).pdf
120. BELL0001480 - BELL0001482, 08-17-2015 ($1,688.75).pdf
121. BELL0001483 - BELL0001484, 07-20-2015 ($138.93).pdf
122. BELL0001485 - BELL0001486, 03-28-2016 ($3,597.59).pdf
123. BELL0001487 - BELL0001488, 03-22-2016 ($7,402.43).pdf
124. BELL0001489 - BELL0001490, 02-22-2016 ($247.26).pdf



Exhibit C

125. BELL0001491 - BELL0001493, 07-17-2015 ($5,816.52).pdf
126. BELL0001494, 02-12-2016 ($464.66).pdf
127. BELL0001495, 02-12-2016 ($10,132.00).pdf
128. BELL0001496, ($11,925.29).pdf
129. BELL0001497, 02-19-2016 ($1.38).pdf
130. BELL0001498, 02-11-2016 ($9,210.00).pdf
131. BELL0001499, 02-11-2016 ($15,348.00).pdf
132. BELL0001500, 02-11-2016 ($12,364.00).pdf
133. BELL0001501 - BELL0001502, 03-23-2016 ($459.19).pdf
134. BELL0001503, 02-24-2016 ($2.51).pdf
135. BELL0001504 - BELL0001505, 02-19-2016 ($40.46).pdf
136. BELL0001506 - BELL0001507, 03-21-2016 ($35.13).pdf
137. BELL0001508 - BELL0001509, 08-17-2015 ($5,459.21).pdf
138. BELL0001510 - BELL0001528, 1911_001.pdf
139. BELL0001529, 02-11-2016 ($6,080.00.pdf
140. BELL0001530, 16 Hatchery Tank Data.xlsx
141. BELL0001531, Bell Sales Apr and Sep 2015.xlsx
142. BELL0001532, Bell Ltr to Customers - Post-Fire - clean version.docx
143. BELL0001533, 2014 Sales Monthly.xlsx
144. BELL0001534 - BELL0001540, Piazza 5668.pdf
145. BELL0001541 - BELL0001543, 07-17-2015 ($50,139.01).pdf
146. BELL0001544 - BELL0001595, 1912_001.pdf
147. BELL0001596, May 2015 Fish Count - EDIT.xlsx
148. BELL0001597 - BELL0001598, 07-17-2015 ($4,227.71).pdf
149. BELL0001599, Copy of Customer List.xlsx
150. BELL0001600, 2015 Sales Monthly.xlsx
151. BELL0001601 - BELL0001603, 07-20-2015 ($10,972.93).pdf
152. BELL0001604 - BELL0001613, JJ McDonnell 6265.pdf
153. BELL0001614 - BELL0001627, 1910_001.pdf
154. BELL0001628, June 2015 Fish Count.xlsx
155. BELL0001629, July 2015 Fish Count.xlsx
156. BELL0001630 - BELL0001631, 03-18-2016 ($2,017.73).pdf
157. BELL0001632, October 2014 Fish Count.xlsx
158. BELL0001633, January 2015 Fish Count Completed.xlsx
159. BELL0001634, August 2015 Fish Count.xlsx
160. BELL0001635, April 2015 Fish Count Draft.xlsx
161. BELL0001636 - BELL0001644, 2015 04 Processing Records.pdf
162. BELL0001645 - BELL0001651, 2015 05 Processing Records.pdf
163. BELL0001652, Adjustment records Older PLUs.xls
164. BELL0001653, July 2014 by spec.pdf
165. BELL0001654, Letter for Layoff R Dollar.pdf
166. BELL0001655 - BELL0001664, 2015 03 Processing Records.pdf
167. BELL0001665 - BELL0001672, 2014 12 Processing Records.pdf
168. BELL0001673 - BELL0001680, 2015 02 Processing Records.pdf
169. BELL0001681, Fish Count 2014 06.xlsx
170. BELL0001682, Fish Count 2014 05.xlsx
171. BELL0001683 - BELL0001690, 2015 01 Processing Records.pdf
172. BELL0001691, Fish Count 2014 07.xlsx
173. BELL0001692, BA-VA-907 PLU Codes (2.6 mb 03-10-2015).pdf
174. BELL0001693, November 2014 Fish Count.xlsx
175. BELL0001694 - BELL0001700, 2014 09 Processing Records.pdf
176. BELL0001701 - BELL0001718, 1909_001.pdf



Exhibit C

177. BELL0001719 - BELL0001727, 2015 06 Processing Records.pdf
178. BELL0001728 - BELL0001734, 2014 10 Processing Records.pdf
179. BELL0001735 - BELL0001736, 2015 08 Processing Records.pdf
180. BELL0001737 - BELL0001743, July 2014 by day.pdf
181. BELL0001744, December 2014 Fish Count.xlsx
182. BELL0001745 - BELL0001752, 2014 08 Processing Records.pdf
183. BELL0001753 - BELL0001776, 1908_001.pdf
184. BELL0001777, Completed March 2015 Fish Count.xlsx
185. BELL0001778, Fingerling April(2014).xls
186. BELL0001779 - BELL0001786, 2015 07 Processing Records.pdf
187. BELL0001787, Row 2 April 2014.xls
188. BELL0001788, Fingerling May(2014).xls
189. BELL0001789, Row 3 May(2014) Data.xls
190. BELL0001790, Fingerling February(2014).xls
191. BELL0001791 - BELL0001797, 2014 11 Processing Records.pdf
192. BELL0001798, Row 3 April(2014) Data.xls
193. BELL0001799, Row 3 February(2014) Data.xls
194. BELL0001800, 2017_02_28 Bell Aquaculture BI Claim.xlsx
195. BELL0001801, Fingerling January(2014).xls
196. BELL0001802, February Row 2 East Layout 2014.xlsx
197. BELL0001803, Fingerling December (2013).xls
198. BELL0001804, Row 2 March 2014.xls
199. BELL0001805, Row 2 January 2014.xls
200. BELL0001806, January Row 2 East Layout 2014.xlsx
201. BELL0001807, March Row 2 West Layout 2014.xlsx
202. BELL0001808, Row 2 December 2013.xls
203. BELL0001809, January Row 2 West Layout 2014.xlsx
204. BELL0001810, Row 3 January(2014) Data.xls
205. BELL0001811, Row 2 November 2013.xls
206. BELL0001812, Fingerling October (2013).xls
207. BELL0001813, Row 3 October (2013) Data.xls
208. BELL0001814, Row 2 February 2014.xls
209. BELL0001815, Row 2 October 2013.xls
210. BELL0001816, Row 3 September (2013) Data.xls
211. BELL0001817, Row 3 December (2013) Data.xls
212. BELL0001818, December Row 2 West Layout 2013.xls
213. BELL0001819, February Row 2 West Layout 2014.xlsx
214. BELL0001820, Fingerling September (2013).xls
215. BELL0001821, Fingerling August (2013).xls
216. BELL0001822, Row 2 August  2013 Data compatible.xls
217. BELL0001823, September East Layout 2013.xlsx
218. BELL0001824, November Row 2 East Layout 2013.xlsx
219. BELL0001825, Row 3 August (2013) Data.xls
220. BELL0001826, December Row 2 East Layout 2013.xlsx
221. BELL0001827, Fingerling November (2013).xls
222. BELL0001828, September 15 Hatchery Tank Data.xlsx
223. BELL0001829, Fingerling March(2014).xls
224. BELL0001830, January Row 3 Layout 2014.xlsx
225. BELL0001831 - BELL0001832, FINGERLING Mortality Feb-15.pdf
226. BELL0001833 - BELL0001834, FINGERLING Mortality Apr-15.pdf
227. BELL0001835 - BELL0001842, PRODUCTION Mortality May-15.pdf
228. BELL0001843, Row 2 September  2013.xls



Exhibit C

229. BELL0001844 - BELL0001845, FINGERLING Mortality Jan-15.pdf
230. BELL0001846 - BELL0001853, PRODUCTION Mortality June-15.pdf
231. BELL0001854 - BELL0001861, Mortality Mar-15.pdf
232. BELL0001862 - BELL0001873, EGGS Water Quality Apr-15.pdf
233. BELL0001874 - BELL0001889, FRY Water Quality Apr-15.pdf
234. BELL0001890, COHO Mortality Jan-15.pdf
235. BELL0001891 - BELL0001892, COHO Mortality Apr-15.pdf
236. BELL0001893, Bell Cohort Growth.xlsx
237. BELL0001894, Adjustments Records 09252015.XLS
238. BELL0001895 - BELL0001900, EGGS Stocking and Mortality Mar-15.pdf
239. BELL0001901 - BELL0001906, COHO Water Quality Feb-15.pdf
240. BELL0001907 - BELL0001912, COHO Water Quality Jan-15.pdf
241. BELL0001913 - BELL0001914, Bell pod schematic.msg
242. BELL0001915, image003.jpg
243. BELL0001916, February Row 3 Layout 2014.xlsx
244. BELL0001917 - BELL0001922, EGGS Stocking and Mortality Apr-15.pdf
245. BELL0001923 - BELL0001934, EGGS Water Quality June-15.pdf
246. BELL0001935 - BELL0001958, FRY Water Quality May-15.pdf
247. BELL0001959, August East Layout 2013 compatible.xlsx
248. BELL0001960 - BELL0001972, FINGERLING Water Quality Jan-15.pdf
249. BELL0001973, 15 Production Tank Data.xlsx
250. BELL0001974 - BELL0002008, TROUT Water Quality Apr-15.pdf
251. BELL0002009, Production Tank Data Sep 2015.xlsx
252. BELL0002010 - BELL0002011, FINGERLING Mortality Mar-15.pdf
253. BELL0002012 - BELL0002043, FRY Water Quality June-15.pdf
254. BELL0002044 - BELL0002087, PRODUCTION Water Quality May-15.pdf
255. BELL0002088, April Row 2 West Layout 2014.xlsx
256. BELL0002089, October Row 2 East Layout 2013 revised.xlsx
257. BELL0002090, September West Layout 2013.xls
258. BELL0002091 - BELL0002102, FINGERLING Water Quality Apr-15.pdf
259. BELL0002103, 15 Hatchery Tank Data.xlsx
260. BELL0002104, 2- Fish Sales Journal as of February 1, 2014.xls
261. BELL0002105, 3- Fish Sales Journal as of March 01, 2014.xls
262. BELL0002106 - BELL0002107, FINGERLING Mortality May-15.pdf
263. BELL0002108, 12 - December 2014 Production, Sales, Promo, Spoilage GL Entries.xlsx
264. BELL0002109, 12 - December 2014 Mortalities GL Entries.xlsx
265. BELL0002110 - BELL0002111, General Journal Ledger Applied Costs.pdf
266. BELL0002112 - BELL0002114, General Journal Ledger WIP and Finished Goods.pdf
267. BELL0002115, September Row 3 Layout (March 2013-present).xls
268. BELL0002116 - BELL0002127, COHO Water Quality Apr-15.pdf
269. BELL0002128 - BELL0002135, Mortality Feb-15.pdf
270. BELL0002136, 6- Fish Sales Journal as of June 01,2014.xls
271. BELL0002137, 11 - November 2014 Production, Sales, Promo, Spoilage GL Entries.xlsx
272. BELL0002138 - BELL0002143, TROUT Mortality Apr-15.pdf
273. BELL0002144, 06 - June 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
274. BELL0002145, 04 - April 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
275. BELL0002146, 2015 Items Sold to Customers ME Close Jan- Mar.xlsx
276. BELL0002147, 4- Fish Sales Journal as of April 01, 2014.xls
277. BELL0002148 - BELL0002153, EGGS Stocking and Mortality May-15.pdf
278. BELL0002154 - BELL0002201, Water Quality Mar-15.pdf
279. BELL0002202, September Row 3 Layout 2013.xls
280. BELL0002203, 07 - July 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx



Exhibit C

281. BELL0002204, 05 - May 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
282. BELL0002205, 5- Fish Sales Journal as of May 01,2014.xls
283. BELL0002206, 03 - March 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
284. BELL0002207, 10 - October 2014 Production, Sales, Promo, Spoilage GL Entries.xlsx
285. BELL0002208, August West Layout 2013.xls
286. BELL0002209, Bluegill Sold - 2014.xlsx
287. BELL0002210, 10- Fish Sales Journal as of October  01,2014 - Copy.xls
288. BELL0002211, 09 - September 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
289. BELL0002212, 10 - October 2014 Mortalities GL Entries.xlsx
290. BELL0002213, 01 - January 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
291. BELL0002214, Row 3 November (2013) Data.xls
292. BELL0002215, Copy of 15 Production Tank Data - 2nd Qtr 2015.xlsx
293. BELL0002216 - BELL0002227, FINGERLING Water Quality Feb-15.pdf
294. BELL0002228, Bell Fish Production Standard Costs -per Bob Davis 3-26-15.xls
295. BELL0002229, Samples out to Customers by month 2014 - Fish (2).xlsx
296. BELL0002230, 11 - November 2014 Mortalities GL Entries.xlsx
297. BELL0002231, 02 - February 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
298. BELL0002232, Chart of Accounts Payroll Items.xlsx
299. BELL0002233, 2013 Monthly P & L.xlsx
300. BELL0002234, Bell Aquacutlure LLC - Financial Statements Fiscal year 2012 through June 30 2015.xlsx
301. BELL0002235 - BELL0002245, FINGERLING Water Quality May-15.pdf
302. BELL0002246, 2013 08 - 2015 07 Monthly P & L.xlsx
303. BELL0002247, Row 3 March(2014) Data.xls
304. BELL0002248, 08 - August 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
305. BELL0002249, Transfer Switch Quote.pdf
306. BELL0002250, 11- Fish Sales Journal as of November  01,2014.xls
307. BELL0002251 - BELL0002262, FINGERLING Water Quality Mar-15.pdf
308. BELL0002263 - BELL0002264, Disposal.pdf
309. BELL0002265 - BELL0002266, Gas.pdf
310. BELL0002267 - BELL0002325, 2014 Partnership Tax Return V2.pdf
311. BELL0002326, Balance Sheets Monthly 2015.xlsx
312. BELL0002327, Copy of 15 Production Tank Data - 3rd Qtr 2015.xlsx
313. BELL0002328, J & J Electric.pdf
314. BELL0002329 - BELL0002330, Bell - 1400 Metric Ton Budgeted Income Statement 07-2015 through 12-2016.pdf
315. BELL0002331, 14 Tank Data.xlsm
316. BELL0002332, Bell P & L Oct 15-Apr 16.xlsx
317. BELL0002333, 2015 12 31 P and L.xlsx
318. BELL0002334 - BELL0002340, Electric.pdf
319. BELL0002341, 8- Fish Sales Journal as of August  01,2014.xls
320. BELL0002342, 7- Fish Sales Journal as of July  01,2014.xls
321. BELL0002343, 2013 08 - 2015 08 Monthly P & L closed through March 2015.xlsx
322. BELL0002344, October Row 3 Layout 2013 (March 2013-present).xlsx
323. BELL0002345, 2015 12 31 P and L as of May 2016.xlsx
324. BELL0002346, April Row 3 Layout 2014.xlsx
325. BELL0002347, 2013 08 - 2015 09 Monthly P & L closed through Sept 2015.xlsx
326. BELL0002348 - BELL0002349, Equipment Rental.pdf
327. BELL0002350 - BELL0002358, Maintenance.pdf
328. BELL0002359, 12- Fish Sales Journal as of December  01,2014.xls
329. BELL0002360, Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule as of 2015-08-31.xlsx



Exhibit C

330. BELL0002361 - BELL0002372, EGGS Water Quality Mar-15.pdf
331. BELL0002373, October Row 2 West Layout 2013 revised.xls
332. BELL0002374 - BELL0002424, Diesel Receipts.pdf
333. BELL0002425, Copy of 15 Production Tank Data  - 1st Qtr 2015.xlsx
334. BELL0002426, 2015 10 03 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.xlsx
335. BELL0002427 - BELL0002438, EGGS Water Quality May-15.pdf
336. BELL0002439 - BELL0002449, Clean Up Supplies.pdf
337. BELL0002450, 1- Fish Sales Journal as of January 1, 2014.xls
338. BELL0002451 - BELL0002456, EGGS Stocking and Mortality June-15.pdf
339. BELL0002457, 2016 01 02 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.xlsx
340. BELL0002458, December Row 3 Layout 2013 (March 2013-present).xlsx
341. BELL0002459, May Row 3 Layout 2014.xlsx
342. BELL0002460, 9- Fish Sales Journal as of September  01,2014.xls
343. BELL0002461, November Row 2 West Layout 2013.xls
344. BELL0002462 - BELL0002470, Oxygen-Linde.pdf
345. BELL0002471 - BELL0002556, 2016_01_14 BI Claim (through Dec 2015).pdf
346. BELL0002557 - BELL0002593, Diesel.pdf
347. BELL0002594, 2016_01_14 BI Claim (through Dec 2015).xlsx
348. BELL0002595 - BELL0002642, PRODUCTION Water Quality June-15.pdf
349. BELL0002643, Bell 2015 07 09 Projection Timer (1400 metric tonnes).xlsx
350. BELL0002644, 2016_05_13 Bell Aquaculture BI Claim (through April 2016).xlsx
351. BELL0002645 - BELL0002705, 2013 Partnership Tax Return V1.pdf
352. BELL0002706, March Row 3 Layout 2014 (Repaired).xlsx
353. BELL0002707 - BELL0002746, TROUT Water Quality Feb-15.pdf
354. BELL0002747, August Row 3 Layout 2013.xls
355. BELL0002748, August Row 3 Layout 2013 Revised.xls
356. BELL0002749, March Row 3 Layout 2014.xlsx
357. BELL0002750 - BELL0002789, TROUT Water Quality Jan-15.pdf
358. BELL0002790 - BELL0002893, 2016_05_13 Bell Aquaculture BI Claim (through April 2016).pdf
359. BELL0002894, September Row 3 Layout 2013 (March 2013-present) Revised.xlsx
360. BELL0002895, November Row 3 Layout 2013 (March 2013-present).xlsx
361. BELL0003217, 07 - Deposits General Ledger.pdf
362. BELL0003218 - BELL0003220, 03 - Vectren Purchase Journal.pdf
363. BELL0003221, 01 - Vectren Vendor Ledger.pdf
364. BELL0003222 - BELL0003230, 05 - Utilities Expense General Ledger.pdf
365. BELL0003231, 04 - Vectren Cash Disbursements Journal.pdf
366. BELL0003232 - BELL0003234, 02 - Vectren Transaction History.pdf
367. BELL0003235 - BELL0003238, 06 - Vendor Finance Charges General Ledger.pdf
368. BELL0003239, 08-05-2015 ($58,517.33).pdf
369. BELL0003240, 07-30-2015 ($8,583.06).pdf
370. BELL0003241, 06-24-2015 ($18,791.08).pdf
371. BELL0003242, 08-13-2015 ($282.07).pdf
372. BELL0003243 - BELL0003250, 04 - IMP-AEP Cash Disbursements Journal.pdf
373. BELL0003251 - BELL0003254, 06 - Vendor Finance Charges General Ledger.pdf
374. BELL0003255 - BELL0003259, 03 - IMP-AEP Purchase Journal.pdf
375. BELL0003260, 07 - Deposits General Ledger.pdf
376. BELL0003261 - BELL0003262, 01 - IMP-AEP Vendor Ledger.pdf
377. BELL0003263, Invoices Spreadsheet.xlsx
378. BELL0003264 - BELL0003268, 02 - IMP-AEP Transaction History.pdf
379. BELL0003269 - BELL0003277, 05 - Utilities Expense General Ledger.pdf



Exhibit C

380. BELL0003278 - BELL0003282, Jacob Bartlett Invoice 2016 07 18.pdf
381. BELL0003283 - BELL0003287, Leslie's Pool Invoices_001.pdf
382. BELL0003288, A Rental Statement.pdf
383. BELL0003289, Feed Ingredient Inventory 2016 01 15.xlsx
384. BELL0003290 - BELL0003293, Aqua Blast Invoice_001.pdf
385. BELL0003294, salmonIndexHistory.xls
386. BELL0003295, Prepaid Expenses - Bob Davis.xlsx
387. BELL0003296, Urnerbarry Historical Salmon Quotes.xlsx
388. BELL0003297, 2016 07 31 P and L.xlsx
389. BELL0003298, 16 Production Tank Data.xlsx
390. BELL0003299 - BELL0003302, Payroll Journal 20160121 20160120 1.pdf
391. BELL0003303 - BELL0003307, Payroll Journal 20160107 20160107 1.pdf
392. BELL0003308, Bell PLs from Sage 1.2015 to 8.2016.xlsx
393. BELL0003309, 2017 01 - Electric & Gas Bill Analysis.xlsx
394. BELL0003310, Fingerling March(2014).xls
395. BELL0003311, Fingerling February(2014).xls
396. BELL0003312, 16 Production Tank Data.xlsx
397. BELL0003313 - BELL0003315, A Rental Invoice.pdf
398. BELL0003316, 2017_02_17 Bell Aquaculture_Feed Ingredient Inventory.xlsx
399. BELL0003317, 17 Tank Data.xlsx
400. BELL0003318, 17 Tank Data.xlsx
401. BELL0003319, Fingerling May(2014).xls
402. BELL0003320, Bell PLU Codes.pdf
403. BELL0003321, Production Tank Data Sep 2015.xlsx
404. BELL0003322, Fingerling August (2013).xls
405. BELL0003323, Fish Count 2014 05 (2).xlsx
406. BELL0003324, Row 3 August (2013) Data.xlsx
407. BELL0003325, 15 Hatchery Tank Data.xlsx
408. BELL0003326 - BELL0003353, National Oil Invoices _001.pdf
409. BELL0003354, 2017_02_17 Bell Aquaculture BI Claim.xlsx
410. BELL0003355, 16 Hatchery Tank Data.xlsx
411. BELL0003356, Hatchery Tank Data Sep-Dec 2015.xlsx
412. BELL0002896, IMG_5681.JPG
413. BELL0002897, IMG_5680.JPG
414. BELL0002898, IMG_5684.JPG
415. BELL0002899, IMG_5679.JPG
416. BELL0002900, IMG_5817.JPG
417. BELL0002901, IMG_5685.JPG
418. BELL0002902, IMG_5827.JPG
419. BELL0002903, IMG_5678.JPG
420. BELL0002904, IMG_5826.JPG
421. BELL0002905, IMG_5828.JPG
422. BELL0002906, IMG_5812.JPG
423. BELL0002907, IMG_5814.JPG
424. BELL0002908, IMG_5815.JPG
425. BELL0002909, IMG_5677.JPG
426. BELL0002910, IMG_5813.JPG
427. BELL0002911, IMG_5833.JPG
428. BELL0002912, IMG_5830.JPG
429. BELL0002913, IMG_5832.JPG
430. BELL0002914, IMG_5831.JPG
431. BELL0002915, IMG_5811.JPG



Exhibit C

432. BELL0002916, IMG_5809.JPG
433. BELL0002917, IMG_5810.JPG
434. BELL0002918, IMG_5683.JPG
435. BELL0002919, IMG_5808.JPG
436. BELL0002920, IMG_5807.JPG
437. BELL0002921, IMG_5816.JPG
438. BELL0002922, IMG_5824.JPG
439. BELL0002923, IMG_5825.JPG
440. BELL0002924, IMG_5821.JPG
441. BELL0002925, IMG_5823.JPG
442. BELL0002926, IMG_5838.JPG
443. BELL0002927, IMG_5835.JPG
444. BELL0002928, IMG_5836.JPG
445. BELL0002929, IMG_5834.JPG
446. BELL0002930, IMG_5820.JPG
447. BELL0002931, IMG_5851.JPG
448. BELL0002932, IMG_5843.JPG
449. BELL0002933, IMG_5837.JPG
450. BELL0002934, IMG_5845.JPG
451. BELL0002935, IMG_5850.JPG
452. BELL0002936, IMG_5844.JPG
453. BELL0002937, IMG_5846.JPG
454. BELL0002938, IMG_5840.JPG
455. BELL0002939, IMG_5849.JPG
456. BELL0002940, IMG_5829.JPG
457. BELL0002941, IMG_5841.JPG
458. BELL0002942, IMG_5847.JPG
459. BELL0002943, IMG_5876.JPG
460. BELL0003357, 16 Hatchery Tank Data.xlsx
461. BELL0002944, IMG_5875.JPG
462. BELL0002945, IMG_5819.JPG
463. BELL0002946, IMG_5883.JPG
464. BELL0002947, IMG_5842.JPG
465. BELL0002948, IMG_5884.JPG
466. BELL0002949, IMG_5880.JPG
467. BELL0002950, IMG_5878.JPG
468. BELL0002951, IMG_5874.JPG
469. BELL0002952, IMG_5879.JPG
470. BELL0002953, IMG_5848.JPG
471. BELL0002954, IMG_5839.JPG
472. BELL0002955, IMG_5806.JPG
473. BELL0002956, IMG_5818.JPG
474. BELL0002957, IMG_5822.JPG
475. BELL0002958, IMG_5877.JPG
476. BELL0002959, IMG_5882.JPG
477. BELL0002960, IMG_5787.JPG
478. BELL0002961, IMG_5792.JPG
479. BELL0002962, IMG_5788.JPG
480. BELL0002963, IMG_5786.JPG
481. BELL0002964, IMG_5785.JPG
482. BELL0002965, IMG_5784.JPG
483. BELL0002966, IMG_5783.JPG



Exhibit C

484. BELL0002967, IMG_5790.JPG
485. BELL0002968, IMG_5793.JPG
486. BELL0002969, IMG_5881.JPG
487. BELL0002970, IMG_5781.JPG
488. BELL0002971, IMG_5791.JPG
489. BELL0002972, IMG_5780.JPG
490. BELL0002973, IMG_5782.JPG
491. BELL0002974, IMG_5778.JPG
492. BELL0002975, IMG_5779.JPG
493. BELL0002976, IMG_5777.JPG
494. BELL0002977, IMG_5772.JPG
495. BELL0002978, IMG_5776.JPG
496. BELL0002979, IMG_5774.JPG
497. BELL0002980, IMG_5768.JPG
498. BELL0002981, IMG_5767.JPG
499. BELL0002982, IMG_5770.JPG
500. BELL0002983, IMG_5769.JPG
501. BELL0002984, IMG_5775.JPG
502. BELL0002985, IMG_5771.JPG
503. BELL0002986, IMG_5773.JPG
504. BELL0002987, IMG_5766.JPG
505. BELL0002988, IMG_5762.JPG
506. BELL0002989, IMG_5763.JPG
507. BELL0002990, IMG_5789.JPG
508. BELL0002991, IMG_5757.JPG
509. BELL0002992, IMG_5759.JPG
510. BELL0002993, IMG_5754.JPG
511. BELL0002994, IMG_5756.JPG
512. BELL0002995, IMG_5764.JPG
513. BELL0002996, IMG_5761.JPG
514. BELL0002997, IMG_5765.JPG
515. BELL0002998, IMG_5755.JPG
516. BELL0002999, IMG_5758.JPG
517. BELL0003000, IMG_5760.JPG
518. BELL0003001, IMG_5753.JPG
519. BELL0003002, IMG_5752.JPG
520. BELL0003003, IMG_5750.JPG
521. BELL0003004, IMG_5745.JPG
522. BELL0003005, IMG_5743.JPG
523. BELL0003006, IMG_5747.JPG
524. BELL0003007, IMG_5744.JPG
525. BELL0003008, IMG_5748.JPG
526. BELL0003009, IMG_5740.JPG
527. BELL0003010, IMG_5742.JPG
528. BELL0003011, IMG_5746.JPG
529. BELL0003012, IMG_5751.JPG
530. BELL0003013, IMG_5749.JPG
531. BELL0003014, IMG_5739.JPG
532. BELL0003015, IMG_5738.JPG
533. BELL0003016, IMG_5737.JPG
534. BELL0003017, IMG_5732.JPG
535. BELL0003018, IMG_5735.JPG



Exhibit C

536. BELL0003019, IMG_5733.JPG
537. BELL0003020, IMG_5731.JPG
538. BELL0003021, IMG_5730.JPG
539. BELL0003022, IMG_5728.JPG
540. BELL0003023, IMG_5729.JPG
541. BELL0003024, IMG_5736.JPG
542. BELL0003025, IMG_5741.JPG
543. BELL0003026, IMG_5726.JPG
544. BELL0003027, IMG_5725.JPG
545. BELL0003028, IMG_5727.JPG
546. BELL0003029, IMG_5722.JPG
547. BELL0003030, IMG_5715.JPG
548. BELL0003031, IMG_5686.JPG
549. BELL0003032, IMG_5716.JPG
550. BELL0003033, IMG_5724.JPG
551. BELL0003034, IMG_5717.JPG
552. BELL0003035, IMG_5718.JPG
553. BELL0003036, IMG_5713.JPG
554. BELL0003037, IMG_5714.JPG
555. BELL0003038, IMG_5711.JPG
556. BELL0003039, IMG_5710.JPG
557. BELL0003040, IMG_5712.JPG
558. BELL0003041, IMG_5707.JPG
559. BELL0003042, IMG_5709.JPG
560. BELL0003043, IMG_5706.JPG
561. BELL0003044, IMG_5708.JPG
562. BELL0003045, IMG_5705.JPG
563. BELL0003046, IMG_5734.JPG
564. BELL0003047, IMG_5704.JPG
565. BELL0003048, IMG_5703.JPG
566. BELL0003049, IMG_5801.JPG
567. BELL0003050, IMG_5803.JPG
568. BELL0003051, IMG_5796.JPG
569. BELL0003052, IMG_5797.JPG
570. BELL0003053, IMG_5795.JPG
571. BELL0003054, IMG_5794.JPG
572. BELL0003055, IMG_5702.JPG
573. BELL0003056, IMG_5701.JPG
574. BELL0003057, IMG_5694.JPG
575. BELL0003058, IMG_5700.JPG
576. BELL0003059, IMG_5699.JPG
577. BELL0003060, IMG_5697.JPG
578. BELL0003061, IMG_5698.JPG
579. BELL0003062, IMG_5695.JPG
580. BELL0003063, IMG_5696.JPG
581. BELL0003064, IMG_5693.JPG
582. BELL0003065, IMG_5688.JPG
583. BELL0003066, IMG_5691.JPG
584. BELL0003067, IMG_5692.JPG
585. BELL0003068, IMG_5689.JPG
586. BELL0003069, IMG_5690.JPG
587. BELL0003070, IMG_5805.JPG



Exhibit C

588. BELL0003071, IMG_5681.JPG
589. BELL0003072, IMG_5685.JPG
590. BELL0003073, IMG_5804.JPG
591. BELL0003074, IMG_5679.JPG
592. BELL0003075, IMG_5868.JPG
593. BELL0003076, IMG_5866.JPG
594. BELL0003077, IMG_5871.JPG
595. BELL0003078, IMG_5863.JPG
596. BELL0003079, IMG_5865.JPG
597. BELL0003080, IMG_5680.JPG
598. BELL0003081, IMG_5870.JPG
599. BELL0003082, IMG_5864.JPG
600. BELL0003083, IMG_5869.JPG
601. BELL0003084, IMG_5867.JPG
602. BELL0003085, IMG_5659.JPG
603. BELL0003086, IMG_5657.JPG
604. BELL0003087, IMG_5660.JPG
605. BELL0003088, IMG_5647.JPG
606. BELL0003089, IMG_5654.JPG
607. BELL0003090, IMG_5602.JPG
608. BELL0003091, IMG_5645.JPG
609. BELL0003092, IMG_5658.JPG
610. BELL0003093, IMG_5649.JPG
611. BELL0003094, IMG_5650.JPG
612. BELL0003095, IMG_5648.JPG
613. BELL0003096, IMG_5646.JPG
614. BELL0003097, IMG_5643.JPG
615. BELL0003098, IMG_5599.JPG
616. BELL0003099, IMG_5597.JPG
617. BELL0003100, IMG_5644.JPG
618. BELL0003101, IMG_5590.JPG
619. BELL0003102, IMG_5592.JPG
620. BELL0003103, IMG_5601.JPG
621. BELL0003104, IMG_5594.JPG
622. BELL0003105, IMG_5600.JPG
623. BELL0003106, IMG_5593.JPG
624. BELL0003107, IMG_5598.JPG
625. BELL0003108, IMG_5596.JPG
626. BELL0003109, IMG_5656.JPG
627. BELL0003110, IMG_5595.JPG
628. BELL0003111, IMG_5548.JPG
629. BELL0003112, IMG_5546.JPG
630. BELL0003113, IMG_5545.JPG
631. BELL0003114, IMG_5544.JPG
632. BELL0003115, IMG_5547.JPG
633. BELL0003116, IMG_5540.JPG
634. BELL0003117, IMG_5541.JPG
635. BELL0003118, IMG_5543.JPG
636. BELL0003119, IMG_5539.JPG
637. BELL0003120, IMG_5538.JPG
638. BELL0003121, IMG_5535.JPG
639. BELL0003122, IMG_5537.JPG



Exhibit C

640. BELL0003123, IMG_5536.JPG
641. BELL0003124, IMG_5638.JPG
642. BELL0003125, IMG_5641.JPG
643. BELL0003126, IMG_5642.JPG
644. BELL0003127, IMG_5635.JPG
645. BELL0003128, IMG_5639.JPG
646. BELL0003129, IMG_5640.JPG
647. BELL0003130, IMG_5631.JPG
648. BELL0003131, IMG_5623.JPG
649. BELL0003132, IMG_5637.JPG
650. BELL0003133, IMG_5624.JPG
651. BELL0003134, IMG_5622.JPG
652. BELL0003135, IMG_5629.JPG
653. BELL0003136, IMG_5627.JPG
654. BELL0003137, IMG_5625.JPG
655. BELL0003138, IMG_5621.JPG
656. BELL0003139, IMG_5630.JPG
657. BELL0003140, IMG_5626.JPG
658. BELL0003141, IMG_5628.JPG
659. BELL0003142, IMG_5557.JPG
660. BELL0003143, IMG_5562.JPG
661. BELL0003144, IMG_5561.JPG
662. BELL0003145, IMG_5563.JPG
663. BELL0003146, IMG_5556.JPG
664. BELL0003147, IMG_5560.JPG
665. BELL0003148, IMG_5558.JPG
666. BELL0003149, IMG_5559.JPG
667. BELL0003150, IMG_5570.JPG
668. BELL0003151, IMG_5571.JPG
669. BELL0003152, IMG_5569.JPG
670. BELL0003153, IMG_5568.JPG
671. BELL0003154, IMG_5576.JPG
672. BELL0003155, IMG_5572.JPG
673. BELL0003156, IMG_5566.JPG
674. BELL0003157, IMG_5567.JPG
675. BELL0003158, IMG_5564.JPG
676. BELL0003159, IMG_5565.JPG
677. BELL0003358, 2016 01 01 Year Projections.xlsm
678. BELL0003160, IMG_5673.JPG
679. BELL0003161, IMG_5675.JPG
680. BELL0003162, IMG_5676.JPG
681. BELL0003163, IMG_5672.JPG
682. BELL0003164, IMG_5674.JPG
683. BELL0003165, IMG_5671.JPG
684. BELL0003166, IMG_5665.JPG
685. BELL0003167, IMG_5668.JPG
686. BELL0003168, IMG_5669.JPG
687. BELL0003169, IMG_5661.JPG
688. BELL0003170, IMG_5670.JPG
689. BELL0003171, IMG_5667.JPG
690. BELL0003172, IMG_5589.JPG
691. BELL0003173, IMG_5585.JPG



Exhibit C

692. BELL0003174, IMG_5584.JPG
693. BELL0003175, IMG_5582.JPG
694. BELL0003176, IMG_5588.JPG
695. BELL0003177, IMG_5579.JPG
696. BELL0003178, IMG_5586.JPG
697. BELL0003179, IMG_5587.JPG
698. BELL0003180, IMG_5581.JPG
699. BELL0003181, IMG_5583.JPG
700. BELL0003182, IMG_5578.JPG
701. BELL0003183, IMG_5577.JPG
702. BELL0003359, IMG_20160815_0001_NEW.pdf
703. BELL0003184, IMG_5580.JPG
704. BELL0003360 - BELL0003362, 2015 11 21 Diesel Receipts.pdf
705. BELL0003363 - BELL0003370, Maintenance Receipts.pdf
706. BELL0003371, 1- Fish Sales Journal as of January 1, 2014.xls
707. BELL0003372, 2015 10 24 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule v 1.0 ljb 10-28-2015.xlsx
708. BELL0003373, 2015 11 Balance Sheet.xlsx
709. BELL0003374, Bell -HARVEST SELECT Inventory for Feburay and March 2015.xlsx
710. BELL0003375, 2015 11 P and L.xlsx
711. BELL0003376, 2015 11 P and L v1.1 ljb.xlsx
712. BELL0003377, BA-RP-516  Processing Fish Count (09.01.2014).xlsx
713. BELL0003378, BA-RP-516  Processing Fish Count (08.01.2014).xlsx
714. BELL0003379, 2016 01 02 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule ljb.xlsx
715. BELL0003380, Forecast 2014 Fish-Fert-Feed Mill (ver 1.2) 2-19-14.xlsx
716. BELL0003381, 2015 April Sales.xlsx
717. BELL0003382, Copy of 2016 01 01 Year Projections.xlsm
718. BELL0003383 - BELL0003390, Bell Financial Model 6 months 2015.pdf
719. BELL0003391, 2015 11 21 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule v 1.1 ljb 11-23-2015.xlsx
720. BELL0003392 - BELL0003398, Bell Financial Model 12 months 2016.pdf
721. BELL0003399 - BELL0003413, Bell Financial Model 18 months 2015-2016.pdf
722. BELL0003414, 2016 03 11 Year Projections.xlsm
723. BELL0003185, IMG_5720.JPG
724. BELL0003186, IMG_5799.JPG
725. BELL0003187, IMG_5652.JPG
726. BELL0003188, IMG_5723.JPG
727. BELL0003189, IMG_5683.JPG
728. BELL0003190, IMG_5719.JPG
729. BELL0003191, IMG_5721.JPG
730. BELL0003192, IMG_5802.JPG
731. BELL0003193, IMG_5550.JPG
732. BELL0003194, IMG_5687.JPG
733. BELL0003195, IMG_5633.JPG
734. BELL0003196, IMG_5800.JPG
735. BELL0003197, IMG_5798.JPG
736. BELL0003198, IMG_5591.JPG
737. BELL0003199, IMG_5574.JPG
738. BELL0003200, IMG_5655.JPG
739. BELL0003201, IMG_5682.JPG
740. BELL0003202, IMG_5653.JPG



Exhibit C

741. BELL0003203, IMG_5684.JPG
742. BELL0003204, IMG_5663.JPG
743. BELL0003205, IMG_5636.JPG
744. BELL0003206, IMG_5555.JPG
745. BELL0003207, IMG_5651.JPG
746. BELL0003208, IMG_5666.JPG
747. BELL0003209, IMG_5549.JPG
748. BELL0003415 - BELL0003420, 2015 11 14 Diesel Receipts.pdf
749. BELL0003210, IMG_5551.JPG
750. BELL0003211, IMG_5632.JPG
751. BELL0003212, IMG_5573.JPG
752. BELL0003213, IMG_5662.JPG
753. BELL0003214, IMG_5634.JPG
754. BELL0003215, IMG_5575.JPG
755. BELL0003421, 2015 10 24 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule v 1.1 ljb 11-17-2015.xlsx
756. BELL0003422, 2015 11 14 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule v 1.2 ljb 11-18-2015.xlsx
757. BELL0003216, IMG_5664.JPG
758. BELL0003423, 12- Fish Sales Journal as of December  01,2014.xls
759. BELL0003424 - BELL0003433, Diesel Receipts.pdf
760. BELL0003434 - BELL0003435, RE Insurance.msg
761. BELL0003436 - BELL0003610, INDY-#10778906-v1-Bell_Aquaculture___2015_Insurance_Claim_-_Examination_Under_Oath_(EUO)_&_Errata_Sheet_of_LAURA_BALDWIN_6-8-16.PDF
762. BELL0003611, INDY-#5841930-v1-Bell_Aquaculture___Follow_up_ltr_to_Eastlack__Westfield_Ins__re_investigation_8_19_15.PDF
763. BELL0003612, INDY-#11091749-v1-Westfield___Bell_Aquaculture_-_Letter_to_Smith_&_Gleason_Requesting_Documents_11-3-16.PDF
764. BELL0003613 - BELL0003616, INDY-#6078097-v1-Bell_Aquaculture___Response_ltr_to_Mark_Smith_8_31_15.PDF
765. BELL0003617 - BELL0003618, INDY-#6078096-v1-Bell_Aquaculture___Follow_up_ltr_to_Eastlack_re_completing_investigation_9_1_15.PDF
766. BELL0003619 - BELL0003620, INDY-#9711680-v1-Bell_Aquaculture_2015_Insurance_Claim_-_Letter_to_Gleason_re_Transfer_Switch_Issues_2_26_16.PDF
767. BELL0003621 - BELL0003625, INDY-#11774418-v1-Westfield_Bell_-_Letter_to_Westfield_re_New_RFIs_&_Discovery.PDF
768. BELL0003626 - BELL0003853, INDY-#10778796-v1-Bell_Aquaculture___2015_Insurance_Claim_-_Examination_Under_Oath_(EUO)_&_Errata_Sheet_of_DAVID_WHITEHAIR_6-7-16.PDF
769. BELL0003854 - BELL0003855, INDY-#10796285-v1-Bell_Aquaculture___2015_Insurance_Claim_-_Response_Letter_to_Gleason_re_Additional_Information_&_Insurers__Reqeusts__8_12_16.PDF
770. BELL0003856 - BELL0003857, INDY-#7513616-v1-Bell_Aquaculture_2015_Insurance_Claim_-_Response_ltr_to_HSB_re_postponing_EUOs_11_18_15.PDF
771. BELL0003858 - BELL0003862, INDY-#10662986-v1-Bell_Aquaculture___2015_Insurance_Claim_-_Response_letter_to_Gleason_re_outstanding_issues_7_18_16.PDF
772. BELL0003863 - BELL0003865, INDY-#6078098-v1-Bell_Aquaculture___Response_ltr_to_Steve_Smith_8_31_15.PDF
773. BELL0003866 - BELL0003867, INDY-#8293992-v1-Bell_Aquaculture_2015_Insurance_Claim_-_Response_Letter_to_Hancock_&_Gleason_1_5_16.PDF



Exhibit C

774. BELL0003868 - BELL0003870, INDY-#7279574-v1-Bell_Aquaculture_2015_Insurance_Claim___Proof_of_Loss_10_19_15.PDF
775. BELL0003871 - BELL0003873, INDY-#6893539-v1-Bell_Aquaculture_2015_Insurance_Claim___Follow_up_ltr_to_Gleason_10_14_15.PDF
776. BELL0003874 - BELL0003876, INDY-#5702157-v1-Bell_Aquaculture_-_Response_Ltr_to_Insurers_8_10_15.PDF
777. BELL0003877 - BELL0003886, INDY-#5798427-v1-Bell_Aquaculture___Follow_up_ltr_to_insurers_8_14_15.PDF
778. BELL0003887 - BELL0003910, INDY-#11632249-v1-Westfield_v__Bell_-_Letter_to_Smith_&_Gleason_encl_Pro....pdf
779. BELL0003911 - BELL0003933, INDY-#11632270-v1-Westfield_v__Bell_-_Bell_s_Proof_of_Loss_and_Supporting_Schedules_3_1_17.PDF
780. BELL0003934 - BELL0004340, INDY-#10663232-v1-Bell_Aquaculture___2015_Insurance_Claim_-_Davis_Examination_Under_Oath_(EUO)_2-29-16.PDF
781. BELL0004341 - BELL0004505, INDY-#7279552-v1-Bell_Aquaculture_2015_Insurance_Claim___Response_ltr_to_Gleason_&_Smith_(HSB)_re_Proof_of_Loss_10_28_15.PDF
782. BELL0004506 - BELL0004859, INDY-#10663002-v1-Bell_Aquaculture_-_Davis_Examination_Under_Oath_(EUO)_3-1-16.PDF
783. BELL0004860 - BELL0005009, INDY-#7279571-v1-Bell_Aquaculture_2015_Insurance_Claim_-_Amended_Proof_of_Loss_10_28_15.PDF
784. BELL0005010 - BELL0005346, INDY-#9712342-v1-Bell_Aquaculture_2015_Insurance_Claim_-__Amended_and_Restated_Proof_of_Loss_2016-01-15_.PDF
785. BELL0005347 - BELL0005358, Bell-Westfield David Whitehair Interview.PDF
786. BELL0005359 - BELL0005375, Bell-Westfield 8-4-15 Brad Benadum Interview.PDF
787. BELL0005376 - BELL0005391, Bell-Westfield 8-4-15 Robert Davis Interview.PDF
788. BELL0005392 - BELL0005415, Bell-Westfield 8-4-15 Zach Ylovchan Interview.PDF
789. BELL0005416 - BELL0005423, 2017_04_07 Quantum Letter to IceMiller -c.pdf
790. BELL0005424 - BELL0005427, FW Bell Aquaculture - Property Loss 72215.msg
791. BELL0033301-BELL003304,
792. QGA0006603 - QGA0006604, 01 - IMP-AEP Vendor Ledger.pdf
793. QGA0003182 - QGA0003182, 01 - January 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
794. QGA0006605 - QGA0006605, 01 - Vectren Vendor Ledger.pdf
795. QGA0003183 - QGA0003183, 02 - February 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
796. QGA0006606 - QGA0006610, 02 - IMP-AEP Transaction History.pdf
797. QGA0006611 - QGA0006613, 02 - Vectren Transaction History.pdf
798. QGA0006614 - QGA0006618, 03 - IMP-AEP Purchase Journal.pdf
799. QGA0003184 - QGA0003184, 03 - March 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
800. QGA0006619 - QGA0006621, 03 - Vectren Purchase Journal.pdf
801. QGA0003185 - QGA0003185, 04 - April 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
802. QGA0006622 - QGA0006629, 04 - IMP-AEP Cash Disbursements Journal.pdf
803. QGA0006630 - QGA0006630, 04 - Vectren Cash Disbursements Journal.pdf
804. QGA0003186 - QGA0003186, 05 - May 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
805. QGA0006631 - QGA0006639, 05 - Utilities Expense General Ledger.pdf
806. QGA0006640 - QGA0006648, 05 - Utilities Expense General Ledger.pdf
807. QGA0003187 - QGA0003187, 06 - June 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
808. QGA0006649 - QGA0006649, 07 - Deposits General Ledger.pdf
809. QGA0006650 - QGA0006650, 07 - Deposits General Ledger.pdf
810. QGA0003188 - QGA0003188, 07 - July 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx



Exhibit C

811. QGA0006651 - QGA0006651, 07-Electric & Gas Bill Analysis for Albany and Redkey Jan 10 thru July 2015.xlsx
812. QGA0003189 - QGA0003189, 08 - August 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
813. QGA0003190 - QGA0003190, 09 - September 2015 Production, Sales, Promo, Spoilage GL Entries.xlsx
814. QGA0003191 - QGA0003191, 1 cohort projection timer.xlsx
815. QGA0003192 - QGA0003192, 1- Fish Sales Journal as of January 1, 2014.xls
816. QGA0003193 - QGA0003193, 10 - October 2014 Mortalities GL Entries.xlsx
817. QGA0003194 - QGA0003194, 10 - October 2014 Production, Sales, Promo, Spoilage GL Entries.xlsx
818. QGA0003195 - QGA0003195, 10- Fish Sales Journal as of October 01,2014 - Copy.xls
819. QGA0003196 - QGA0003196, 11 - November 2014 Mortalities GL Entries.xlsx
820. QGA0003197 - QGA0003197, 11 - November 2014 Production, Sales, Promo, Spoilage GL Entries.xlsx
821. QGA0003198 - QGA0003198, 12 - December 2014 Mortalities GL Entries.xlsx
822. QGA0003199 - QGA0003199, 12 - December 2014 Production, Sales, Promo, Spoilage GL Entries.xlsx
823. QGA0003200 - QGA0003200, 12- Fish Sales Journal as of December 01,2014.xls
824. QGA0003201 - QGA0003201, 14.Transfer Switch Quote.pdf
825. QGA0004444 - QGA0004801, 14-15 Package Policy CAG 4490989 - Insured Copy.pdf
826. QGA0006751 - QGA0006751, 15 Hatchery Tank Data (2).xlsx
827. QGA0003256 - QGA0003256, 15 Hatchery Tank Data.xlsx
828. QGA0003202 - QGA0003202, 15 Production Tank Data notes.xlsx
829. QGA0003257 - QGA0003257, 15 Production Tank Data.xlsx
830. QGA0006752 - QGA0006752, 16 Hatchery Tank Data (3).xlsx
831. QGA0003583 - QGA0003782, 16 Hatchery Tank Data.pdf
832. QGA0003203 - QGA0003203, 16 Hatchery Tank Data.xlsx
833. QGA0003783 - QGA0003783, 16 Hatchery Tank Data.xlsx
834. QGA0003784 - QGA0003932, 16 Production Tank Data.pdf
835. QGA0003204 - QGA0003204, 16 Production Tank Data.xlsx
836. QGA0003933 - QGA0003933, 16 Production Tank Data.xlsx
837. QGA0006753 - QGA0006753, 16 Production Tank Data.xlsx
838. QGA0003934 - QGA0004046, 17 Tank Data.pdf
839. QGA0003205 - QGA0003205, 17 Tank Data.xlsx
840. QGA0004047 - QGA0004047, 17 Tank Data.xlsx
841. QGA0007357 - QGA0007417, 185-206.DOC.PDF
842. QGA0003206 - QGA0003206, 2- Fish Sales Journal as of February 1, 2014.xls
843. QGA0003207 - QGA0003207, 2013 08 - 2015 07 Monthly P & L comp 2.xlsx
844. QGA0003208 - QGA0003208, 2013 08 - 2015 07 Monthly P & L comp.xlsx
845. QGA0003209 - QGA0003209, 2013 08 - 2015 07 Monthly P & L rev 09-22-2015 - notes.xlsx
846. QGA0004802 - QGA0004802, 2013 08 - 2015 07 Monthly P & L rev 09-22-2015.xlsx
847. QGA0003210 - QGA0003210, 2013 08 - 2015 07 Monthly P & L.xlsx
848. QGA0004803 - QGA0004803, 2013 08 - 2015 08 Monthly P & L closed through March 2015.xlsx
849. QGA0004804 - QGA0004804, 2013 08 - 2015 09 Monthly P & L closed through Sept 2015.xlsx
850. QGA0003211 - QGA0003211, 2013 08 - 2015 09 Monthly P & L v1.0 ljb - notes.xlsx
851. QGA0003258 - QGA0003265, 2014 08 Processing Records.pdf
852. QGA0003266 - QGA0003272, 2014 09 Processing Records.pdf
853. QGA0003273 - QGA0003279, 2014 10 Processing Records.pdf
854. QGA0003280 - QGA0003286, 2014 11 Processing Records.pdf
855. QGA0003287 - QGA0003294, 2014 12 Processing Records.pdf
856. QGA0003365 - QGA0003365, 2014 Sales Monthly.xlsx
857. QGA0003295 - QGA0003302, 2015 01 Processing Records.pdf



Exhibit C

858. QGA0003303 - QGA0003310, 2015 02 Processing Records.pdf
859. QGA0003311 - QGA0003320, 2015 03 Processing Records.pdf
860. QGA0003321 - QGA0003329, 2015 04 Processing Records.pdf
861. QGA0003330 - QGA0003336, 2015 05 Processing Records.pdf
862. QGA0003337 - QGA0003345, 2015 06 Processing Records.pdf
863. QGA0003346 - QGA0003353, 2015 07 Processing Records.pdf
864. QGA0003354 - QGA0003355, 2015 08 Processing Records.pdf
865. QGA0006693 - QGA0006693, 2015 10 03 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.xlsx
866. QGA0004805 - QGA0004805, 2015 11 Balance Sheet.xlsx
867. QGA0004806 - QGA0004806, 2015 11 P and L.xlsx
868. QGA0003212 - QGA0003212, 2015 12 31 P and L (3) - Notes.xlsx
869. QGA0003366 - QGA0003366, 2015 12 31 P and L as of May 2016.xlsx
870. QGA0003213 - QGA0003213, 2015 12 31 P and L Final Final - edited for column matching.xlsx
871. QGA0004807 - QGA0004807, 2015 12 31 P and L Final Final.xlsx
872. QGA0006652 - QGA0006652, 2015 April Sales (3).xlsx
873. QGA0003214 - QGA0003214, 2015 Items Sold to Customers ME Close Jan- Mar.xlsx
874. QGA0003215 - QGA0003215, 2015 Sales Analysis.xlsx
875. QGA0003216 - QGA0003216, 2015 Sales Monthly.xlsx
876. QGA0003052 - QGA0003052, 2015_08_20 ShareFile Contacts List.xlsx
877. QGA0003367 - QGA0003368, Bell Aquaculture - Expense Reimbursement Claim and supporting schedules, 2015_09_01 Claim Submission (from Bob).msg
878. QGA0003217 - QGA0003217, 2015_09_11 Bell Aquaculture Inventory data.xlsx
879. QGA0002427 - QGA0002428, 2015-09-18 - Bell File - Letter to Angela Krahulik-c.pdf
880. QGA0004048 - QGA0004049, 2015-09-18 - Bell File - Letter to Angela Krahulik-c.pdf
881. QGA0007089 - QGA0007090, 2015-09-18 - Bell File - Letter to Angela Krahulik-c.pdf
882. QGA0007638 - QGA0007638, 2015-4134 5_16_2016 Statement.PDF
883. QGA0007633 - QGA0007637, 2015-4134 Invoice No 11260 6_1_2016.PDF
884. QGA0004808 - QGA0004808, 2016 01 01 Year Projections.xlsm
885. QGA0003218 - QGA0003218, 2016 01 02 Bell - Expense Reconciliation Schedule (EDITED).xlsx
886. QGA0003219 - QGA0003219, 2016 01 02 Bell Aqua Expense Claim MSL Notes.xlsx
887. QGA0004050 - QGA0004115, 2016 01 02 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.pdf
888. QGA0003451 - QGA0003451, 2016 01 02 Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.xlsx
889. QGA0004809 - QGA0004809, 2016 03 11 Year Projections.xlsm
890. QGA0003220 - QGA0003220, 2016 03 31 P and L edited.xlsx
891. QGA0003221 - QGA0003221, 2016 03 31 P and L Notes .xlsx
892. QGA0004810 - QGA0004810, 2016 07 31 P and L.xlsx
893. QGA0004811 - QGA0004811, 2016_001.pdf
894. QGA0003452 - QGA0003555, 2016_05_13 Bell Aquaculture BI Claim (through April 2016).pdf
895. QGA0002667 - QGA0002670, 2016-01-29 Letter to Angela Krahulik.pdf
896. QGA0004116 - QGA0004119, 2016-01-29 Letter to Angela Krahulik.pdf
897. QGA0004120 - QGA0004120, 20160718094409441-c.pdf
898. QGA0006883 - QGA0006883, 20160718094409441-c.pdf
899. QGA0007110 - QGA0007110, 20160718094409441-c.pdf
900. QGA0006885 - QGA0006889, 2016-07-28 Ltr to Angela Krahulik-c.pdf
901. QGA0007115 - QGA0007119, 2016-07-28 Ltr to Angela Krahulik-c.pdf
902. QGA0006754 - QGA0006754, 2017 01 - Electric & Gas Bill Analysis.xlsx
903. QGA0004121 - QGA0004121, 2017_02_17 Bell Aquaculture_Damages Schedule.pdf
904. QGA0004122 - QGA0004128, 2017_02_28 Bell Aquaculture BI Claim.pdf
905. QGA0004129 - QGA0004129, 2017_02_28 Bell Aquaculture BI Claim.xlsx



Exhibit C

906. QGA0004130 - QGA0004133, 2017_02_28 Bell Aquaculture_Damages Schedule.pdf
907. QGA0004134 - QGA0004153, 2017_02_28 Bell Aquaculture_Damages Summaries.pdf
908. QGA0006954 - QGA0006961, 2017_04_07 Quantum Letter to IceMiller -c-c.pdf
909. QGA0004154 - QGA0004161, 2017_07_21 Signature Pages.pdf
910. QGA0004230 - QGA0004247, 2017_07_31 QGA_Bell Subpoena.PDF
911. QGA0004162 - QGA0004164, 2170_001.pdf
912. QGA0004165 - QGA0004166, 2171_001.pdf
913. QGA0006755 - QGA0006755, 2nd Q 2015 Prod Summary (2).xlsx
914. QGA0006949 - QGA0006951, 3-31-17 Letter Acknowledging Bell 3-7-17 POL.pdf
915. QGA0007127 - QGA0007129, 3-31-17 Letter Acknowledging Bell 3-7-17 POL.pdf
916. QGA0003356 - QGA0003356, 6.2 July 14.pdf
917. QGA0003556 - QGA0003557, 6.2 June2014 10.03.2014 MB BA-RP-511 Production Schedule - 2014 (v2.0).pdf
918. QGA0003558 - QGA0003559, 6.2 May2014 10.03.2014 MB BA-RP-511 Production Schedule - 2014 (v2.0).pdf
919. QGA0003357 - QGA0003357, 7.1 August 2014.pdf
920. QGA0003358 - QGA0003358, 7.1 Lauras Numbers 1.18.2015.pdf
921. QGA0003560 - QGA0003560, 7.1 Lauras Numbers 2.14.2015.pdf
922. QGA0003359 - QGA0003359, 7.1 Lauras Numbers 2.7.2015.pdf
923. QGA0003561 - QGA0003561, 7.1 Lauras Numbers 4.18.2015.pdf
924. QGA0003360 - QGA0003360, 7.1 November 2014.pdf
925. QGA0003562 - QGA0003562, 7.1 October 2014.pdf
926. QGA0003361 - QGA0003361, 7.1 September 2014.pdf
927. QGA0004167 - QGA0004170, 7-29-2015 Bell Aqua ROR Duties letter.pdf
928. QGA0006983 - QGA0007002, 8-1-17 Re-Service of Westfield Subpoena to Quantum-c.pdf
929. QGA0006756 - QGA0006756, Adjustment records Older PLUs.xls
930. QGA0006757 - QGA0006757, Adjustments Records 09252015.XLS
931. QGA0003245 - QGA0003245, April Row 2 West Layout 2014.xlsx
932. QGA0003246 - QGA0003246, April Row 3 Layout 2014.xlsx
933. QGA0002417 - QGA0002417, ATT00001.htm
934. QGA0006917 - QGA0006918, ATT00001.txt
935. QGA0002418 - QGA0002418, ATT00002.htm
936. QGA0004171 - QGA0004183, Atty for Insured L03 MRS reply L01 & L02 8-19-15-c.pdf
937. QGA0003222 - QGA0003222, Balance Sheets Monthly 2015.xlsx
938. QGA0004812 - QGA0004986, Baldwin EUO 6-8-16.pdf
939. QGA0006653 - QGA0006654, Bell - 1400 Metric Ton Budgeted Income Statement 07-2015 through 12-2016.pdf
940. QGA0006655 - QGA0006669, Image, Bell - 1400 Metric Ton Monthly Financial Forecast 07-2015 through 12-2016.pdf
941. QGA0002390 - QGA0002402, Bell - 8-19-15 Letter Smith to Krahulik-c.pdf
942. QGA0007060 - QGA0007072, Bell - 8-19-15 Letter Smith to Krahulik-c.pdf
943. QGA0004987 - QGA0004987, Bell - Property Claim with Schedules through 2016-01-02.xlsx
944. QGA0004184 - QGA0004198, Bell 11-10-15.pdf
945. QGA0002689 - QGA0002703, Bell 11-10-15-c.pdf
946. QGA0002683 - QGA0002686, Bell 11-17-15-c.pdf
947. QGA0004988 - QGA0004988, Bell 2015 06 24 Projection Timer (1090 metric tonnes).xlsx
948. QGA0004989 - QGA0004989, Bell 2015 06 30 Projection Timer CONSERVATIVE).xlsx
949. QGA0006670 - QGA0006670, Bell 2015 07 09 Projection Timer (1400 metric tonnes).xlsx
950. QGA0006726 - QGA0006726, Bell 2015 07 09 Projection Timer (1400 metric tonnes).xlsx
951. QGA0004990 - QGA0004992, Bell Amended and Restated Proof of Loss 2016-01-15 .pdf
952. QGA0004248 - QGA0004339, Bell Aquaculture 2015 Insurance Claim - Letter from Westfield 8-24-16.PDF



Exhibit C

953. QGA0002386 - QGA0002389, Bell Aquaculture ATS Replacement Q62302-c.pdf
954. QGA0007056 - QGA0007059, Bell Aquaculture ATS Replacement Q62302-c.pdf
955. QGA0004993 - QGA0005060, Bell Aquaculture Investor Presentation - Fall of 2015 v18.pdf
956. QGA0004340 - QGA0004407, Bell Aquaculture Investor Presentation - Fall of 2015 v19-c.pdf
957. QGA0005061 - QGA0005066, Bell Aquaculture LLC - CAG 4490989 - Endt 08-15.pdf
958. QGA0003223 - QGA0003223, Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule as of 2015-08-31.xlsx
959. QGA0003450 - QGA0003450, Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule as of 2015-08-31.xlsx
960. QGA0003563 - QGA0003563, Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule as of 2015-08-31.xlsx
961. QGA0006694 - QGA0006697, Bell Aquaculture Redkey IN, 47373 Manta.pdf
962. QGA0002687 - QGA0002688, Bell Aquaculture, LLC - HSB Claim No. 000435743-c.pdf
963. QGA0003224 - QGA0003224, Bell Aquacutlure LLC - Financial Statements Fiscal year 2012 through June 30 2015.xlsx
964. QGA0005067 - QGA0005067, Bell BioPlan 2016 10 26.xlsm
965. QGA0006698 - QGA0006698, Bell Business Personal Property Claim Schedule 1 Inventory Claim.xlsx
966. QGA0005068 - QGA0005074, Bell Financial Model 12 months 2016.pdf
967. QGA0005075 - QGA0005089, Bell Financial Model 18 months 2015-2016.pdf
968. QGA0006671 - QGA0006677, Bell Financial Model 2015-2018 v1.2-1.pdf
969. QGA0005090 - QGA0005095, Bell Financial Model 2015-2019.pdf
970. QGA0006678 - QGA0006685, Bell Financial Model 6 months 2015 (2).pdf
971. QGA0003225 - QGA0003225, Bell Fish Production Standard Costs -per Bob Davis 3-26-15.xlsx
972. QGA0006686 - QGA0006686, Bell Fish Production Standard Costs Projected 2016.xlsx
973. QGA0006699 - QGA0006699, Bell -HARVEST SELECT Inventory for Feburay and March 2015.xlsx
974. QGA0003362 - QGA0003363, Bell Ltr to Customers - Post-Fire - clean version.docx
975. QGA0003564 - QGA0003564, Bell P & L Oct 15-Apr 16.xlsx
976. QGA0003226 - QGA0003226, Bell PLs from Sage 1.2015 to 8.2016 (EDITED).xlsx
977. QGA0004199 - QGA0004208, Bell PLs from Sage 1.2015 to 8.2016.xlsx
978. QGA0003227 - QGA0003227, Bell PLs from Sage 1.2015 to 8.2016.xlsx
979. QGA0004209 - QGA0004209, Bell PLs from Sage 1.2015 to 8.2016.xlsx
980. QGA0006758 - QGA0006767, Bell Rainbow Trout Bioplan (Final Dec 2014) .pdf
981. QGA0003228 - QGA0003228, Bell Sales Apr and Sep 2015.xlsx
982. QGA0002419 - QGA0002419, Bell Sand Replace Quote.pdf
983. QGA0006700 - QGA0006700, Bell Sand Replace Quote.pdf
984. QGA0006727 - QGA0006750, bell-aquaculture_norman-mccowan.pdf
985. QGA0003229 - QGA0003229, Bluegill Sold - 2014.xlsx
986. QGA0005096 - QGA0005096, Book1.xlsx
987. QGA0006922 - QGA0006922, BOOK1.xlsx
988. QGA0006687 - QGA0006689, Budget 2015 to 2019.pdf
989. QGA0006701 - QGA0006724, CAS Report.PDF
990. QGA0002444 - QGA0002446, Claim Letter.docx
991. QGA0006857 - QGA0006862, Claim Letter.docx
992. QGA0007097 - QGA0007102, Claim Letter.docx
993. QGA0003388 - QGA0003398, Clean Up Supplies.pdf
994. QGA0002381 - QGA0002381, Computation of Lost Fish Inventory - Preliminary - 2015-10-05.pdf
995. QGA0003173 - QGA0003173, Computation of Lost Fish Inventory - Preliminary - 2015-10-05.pdf
996. QGA0003179 - QGA0003179, Computation of Lost Fish Inventory - Preliminary - 2015-10-05.pdf
997. QGA0004408 - QGA0004408, Computation of Lost Fish Inventory - Preliminary - 2015-10-05.pdf
998. QGA0007043 - QGA0007043, Computation of Lost Fish Inventory - Preliminary - 2015-10-05.pdf



Exhibit C

999. QGA0007049 - QGA0007049, Computation of Lost Fish Inventory - Preliminary - 2015-10-05.pdf
1000. QGA0003230 - QGA0003230, Copy of 15 Production Tank Data - 1st Qtr 2015.xlsx
1001. QGA0003231 - QGA0003231, Copy of 15 Production Tank Data - 2nd Qtr 2015.xlsx
1002. QGA0006768 - QGA0006768, Copy of 15 Production Tank Data - 2nd Qtr 2015.xlsx
1003. QGA0003232 - QGA0003232, Copy of 15 Production Tank Data - 3rd Qtr 2015.xlsx
1004. QGA0006769 - QGA0006769, Copy of 15 Production Tank Data - 3rd Qtr 2015.xlsx
1005. QGA0003233 - QGA0003233, Copy of 2015 11 P and L v1 1 ljb.xlsx
1006. QGA0003234 - QGA0003234, Copy of 2015 12 31 P and L.xlsx
1007. QGA0005097 - QGA0005097, Copy of 2016 01 01 Year Projections.xlsm
1008. QGA0003565 - QGA0003565, Copy of Customer List.xlsx
1009. QGA0005098 - QGA0005503, Davis EUO 2-29-16.pdf
1010. QGA0005504 - QGA0005856, Davis EUO 3-1-16.pdf
1011. QGA0003399 - QGA0003435, Diesel.pdf
1012. QGA0003436 - QGA0003437, Disposal.pdf
1013. QGA0006869 - QGA0006877, Dr. Theis Report.pdf
1014. QGA0004210 - QGA0004210, Ed Gleason E-Mail 6-15-16-c.pdf
1015. QGA0004409 - QGA0004411, Ed Gleason Letter 5-12-16-c.pdf
1016. QGA0005857 - QGA0005857, EG Email 2016 06 15 - 2 Rainbow trout growth data compared to freshwater data (v2.2 br 7-15-2014).xlsx
1017. QGA0006770 - QGA0006786, EG Letter 2016 05 12 - 1 Culls August 2015.pdf
1018. QGA0006787 - QGA0006816, EG Letter 2016 05 12 - 1 Culls July 2015.pdf
1019. QGA0003438 - QGA0003444, Electric.pdf
1020. QGA0003445 - QGA0003446, Equipment Rental.pdf
1021. QGA0007246 - QGA0007295, Examination Under Oath 2-29-16 Part 2-2.pdf
1022. QGA0004412 - QGA0004412, Excel Spreadsheets - WN Loss of Income Computation-c.xlsx
1023. QGA0006906 - QGA0006906, Excel Spreadsheets - WN Loss of Income Computation-c.xlsx
1024. QGA0004211 - QGA0004224, Exhibit A to Westfield Subpoena To Quantum-c.docx
1025. QGA0003235 - QGA0003235, Expense Allocation Schedule.xlsx
1026. QGA0003247 - QGA0003247, February Row 2 West Layout 2014.xlsx
1027. QGA0003248 - QGA0003248, February Row 3 Layout 2014.xlsx
1028. QGA0006690 - QGA0006690, Fertilizer Cost Calculation v1.1 BD 02-06-15.xlsx
1029. QGA0003249 - QGA0003249, Fingerling February(2014).xls
1030. QGA0003250 - QGA0003250, Fingerling March(2014).xls
1031. QGA0003251 - QGA0003251, Fingerling May(2014).xls
1032. QGA0003447 - QGA0003448, Gas.pdf
1033. QGA0007537 - QGA0007544, Great Lakes v Stephens Gardens.doc
1034. QGA0003236 - QGA0003236, Hatchery Food Basis.xlsx
1035. QGA0003237 - QGA0003240, Huston Electric.pdf
1036. QGA0006864 - QGA0006866, img-608112941-0001.pdf
1037. QGA0003241 - QGA0003241, In Stock Inventory 09252015 - Age Notes.xls
1038. QGA0006817 - QGA0006817, In Stock Inventory 09252015.XLS
1039. QGA0006818 - QGA0006818, In Stock Inventory for Insurance 09252015 with rework noted.xls
1040. QGA0004225 - QGA0004229, INDY-#11861879-v1-Westfield_v__Bell_-_ECS_First_Set_of_Request_for_Production_of_Documents_to_Bell_5_2_17.PDF
1041. QGA0002735 - QGA0002739, INDY-#7145628-v1-Bell_Aquaculture_-_Letter_to_HSB_(Smith).DOCX
1042. QGA0005858 - QGA0006007, INDY-#7279571-v1-Bell_Aquaculture_2015_Insurance_Claim_-_Amended_Proof_o...-c.pdf
1043. QGA0006008 - QGA0006010, INDY-#7279574-v1-Bell_Aquaculture_2015_Insurance_Claim___Proof_of_Loss_1...-c.pdf
1044. QGA0006910 - QGA0006912, INDY-#7279574-v1-Bell_Aquaculture_2015_Insurance_Claim___Proof_of_Loss_1...-c-c.pdf



Exhibit C

1045. QGA0006011 - QGA0006347, INDY-#9712342-v1-Bell_Aquaculture_2015_Insurance_Claim_-__Amended_and_Re...-c.pdf
1046. QGA0007418 - QGA0007536, Invoice Support.pdf
1047. QGA0007549 - QGA0007609, Invoices - New PD.PDF
1048. QGA0006691 - QGA0006691, Invoices Spreadsheet.xlsx
1049. QGA0003449 - QGA0003449, J & J Electric.pdf
1050. QGA0003566 - QGA0003575, JJ McDonnell 6265.pdf
1051. QGA0006819 - QGA0006825, July 2014 by day.pdf
1052. QGA0006826 - QGA0006826, July 2014 by spec.pdf
1053. QGA0002424 - QGA0002424, Lauras Numbers 2015.xlsx
1054. QGA0006827 - QGA0006827, Lauras Numbers 2015.xlsx
1055. QGA0004413 - QGA0004415, Letter to Bob Davis 5-12-2016.pdf
1056. QGA0004416 - QGA0004417, Letter to Call & Smith 8-14-15.pdf
1057. QGA0004418 - QGA0004419, Letter to Gleason 9-16-15.pdf
1058. QGA0004420 - QGA0004422, Letter to Insurers 8- 10-15.PDF
1059. QGA0004423 - QGA0004424, Letter to Steve Smith 8-31-15.pdf
1060. QGA0003369 - QGA0003377, Maintenance.pdf
1061. QGA0003252 - QGA0003252, March Row 2 West Layout 2014.xlsx
1062. QGA0003253 - QGA0003253, March Row 3 Layout 2014 (Repaired).xlsx
1063. QGA0003254 - QGA0003254, March Row 3 Layout 2014.xlsx
1064. QGA0003255 - QGA0003255, May Row 3 Layout 2014.xlsx
1065. QGA0006879 - QGA0006882, Microsoft Word - INDY-#10662443-v1-INDY-#10651072-v1-Bell_Aquaculture_-_Letter_to_Ed_Gleason_-c-c.pdf
1066. QGA0007106 - QGA0007109, Microsoft Word - INDY-#10662443-v1-INDY-#10651072-v1-Bell_Aquaculture_-_Letter_to_Ed_Gleason_-c-c.pdf
1067. QGA0007545 - QGA0007548, Microsoft Word - INDY-#10662443-v1-INDY-#10651072-v1-Bell_Aquaculture_-_Letter_to_Ed_Gleason_-c-c.pdf
1068. QGA0006830 - QGA0006835, Mink Farm Invoices.pdf
1069. QGA0006692 - QGA0006692, Monthly P and L Aug 2013 to July 2015.xlsx
1070. QGA0006348 - QGA0006349, MUTUAL CONFIDENTIALITY AGREEMENT - BELL Insurance Claim 2015-09-01.pdf
1071. QGA0006836 - QGA0006840, NOT CLAIMED_Jacob Bartlett Invoice 2016 07 18.pdf
1072. QGA0003378 - QGA0003386, Oxygen-Linde.pdf
1073. QGA0003242 - QGA0003243, Personal Property Inventory Form- Bell.pdf
1074. QGA0006350 - QGA0006351, Personal Property Inventory Form-c.pdf
1075. QGA0004425 - QGA0004426, Personal Property Inventory Instruction Sheet-c.pdf
1076. QGA0003576 - QGA0003582, Piazza 5668.pdf
1077. QGA0006725 - QGA0006725, Prepaid Expenses - Bob Davis.xlsx
1078. QGA0006841 - QGA0006841, Prepaid Expenses - Bob Davis.xlsx
1079. QGA0006828 - QGA0006828, Processing Records - excel.csv
1080. QGA0006829 - QGA0006829, Production Tank Data Sep 2015.xlsx
1081. QGA0006352 - QGA0006354, Property Proof of Loss-c (2015_10_16).pdf
1082. QGA0006355 - QGA0006357, Property Proof of Loss-c (2015_10_28) .pdf
1083. QGA0006358 - QGA0006360, Property Proof of Loss-c (2015_10_28) .pdf
1084. QGA0004427 - QGA0004429, Property Proof of Loss-c.pdf
1085. QGA0006361 - QGA0006366, QGA PREFERRED (Aquaculture Signed contract).PDF
1086. QGA0006367 - QGA0006372, QGA PREFERRED Contract (Aquaculture & fire) 2015 07 28.doc
1087. QGA0003152 - QGA0003161, Bell Aquaculture, RFI Response (2015_11_03).pdf
1088. QGA0007028 - QGA0007037, Bell Aquaculture, RFI Response (2015_11_03).pdf
1089. QGA0003244 - QGA0003244, Sales page with notes.xlsx
1090. QGA0003364 - QGA0003364, September 15 Hatchery Tank Data.xlsx



Exhibit C

1091. QGA0006373 - QGA0006374, SES Bell APPOL claimed - DRAFT FOR DISCUSSION PURPOSES.pdf
1092. QGA0002704 - QGA0002705, SES Bell APPOL claimed - DRAFT FOR DISCUSSION PURPOSES-c.PDF
1093. QGA0004430 - QGA0004434, Steve Smith Letter 4-28-16-c.pdf
1094. QGA0004435 - QGA0004440, Steve Smith Letter 6-1-16-c.pdf
1095. QGA0004441 - QGA0004443, Subpoena Directed to Quantum-c.pdf
1096. QGA0003387 - QGA0003387, Transfer Switch Quote.pdf
1097. QGA0006916 - QGA0006916, trout_yield_trend.xlsx
1098. QGA0002607 - QGA0002607, voice.wav
1099. QGA0002609 - QGA0002609, voice.wav
1100. QGA0007313 - QGA0007313, voice.wav
1101. QGA0007640 - QGA0007640, voice.wav
1102. QGA0007648 - QGA0007648, voice.wav
1103. QGA0007679 - QGA0007679, voice.wav
1104. QGA0006375 - QGA0006602, Whitehair EUO 6-7-16.pdf
1105. QGA0002375 - QGA0002376, FW: touching base
1106. QGA0002377 - QGA0002380, Bell Aquaculture, LLC - HSB Claim No. 000435743
1107. QGA0002406 - QGA0002408, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1108. QGA0002416 - QGA0002416, FW: URGENT-Sand Quote
1109. QGA0002420 - QGA0002420, Laura Baldwin has downloaded a file from the folder 'Monthly Reports'
1110. QGA0002421 - QGA0002421, Laura Baldwin has downloaded a file from the folder 'Monthly Reports'
1111. QGA0002422 - QGA0002423, FW: Lauras Numbers 2015.xlsx
1112. QGA0002429 - QGA0002429, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1113. QGA0002430 - QGA0002437, Ed Gleason has downloaded files from the folder 'Expenses'
1114. QGA0002438 - QGA0002440, Linda Wood has downloaded files from the folder '1 - Taxes'
1115. QGA0002441 - QGA0002442, FW: IMMEDIATE RELEASE
1116. QGA0002443 - QGA0002443, FW: Bell Aquaculture, HSB Claim 435743
1117. QGA0002449 - QGA0002450, RE: Bell Aqua - Sharefile update
1118. QGA0002451 - QGA0002451, Joe Lothschutz has downloaded files from the folder 'Property Claim Schedule'
1119. QGA0002452 - QGA0002452, Joe Lothschutz has downloaded files from the folder 'Property Claim Schedule'
1120. QGA0002453 - QGA0002453, Joe Lothschutz has downloaded files from the folder 'Property Claim Schedule'
1121. QGA0002454 - QGA0002454, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1122. QGA0002455 - QGA0002455, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1123. QGA0002456 - QGA0002456, Steve Smith has downloaded files from the folder 'Utilities'
1124. QGA0002457 - QGA0002457, Steve Smith has downloaded files from the folder 'Sales'
1125. QGA0002458 - QGA0002458, Steve Smith has downloaded files from the folder 'Processing'
1126. QGA0002459 - QGA0002459, Steve Smith has downloaded files from the folder 'Inventory'
1127. QGA0002460 - QGA0002460, Steve Smith has downloaded files from the folder 'Fish Farm'
1128. QGA0002461 - QGA0002461, Steve Smith has downloaded files from the folder 'Financials'
1129. QGA0002462 - QGA0002463, Steve Smith has downloaded files from the folder 'Expenses'
1130. QGA0002464 - QGA0002464, Timothy Call has downloaded a file from the folder 'Property Claim Schedule'



Exhibit C

1131. QGA0002465 - QGA0002465, Timothy Call has downloaded a file from the folder 'Property Claim Schedule'
1132. QGA0002466 - QGA0002466, Laura Baldwin has downloaded a file from the folder 'Reports'
1133. QGA0002467 - QGA0002467, Laura Baldwin has downloaded a file from the folder 'Reports'
1134. QGA0002468 - QGA0002468, Ed Gleason has downloaded a file from the folder 'Utilities'
1135. QGA0002469 - QGA0002469, Ed Gleason has downloaded a file from the folder 'Utilities'
1136. QGA0002470 - QGA0002470, Linda Wood has downloaded a file from the folder '8 - Monthly Sales by Customer'
1137. QGA0002471 - QGA0002471, Linda Wood has downloaded files from the folder '2015 09 09 Requests for Claim Documentation - Quantum List'
1138. QGA0002472 - QGA0002472, Ed Gleason has downloaded a file from the folder 'Expenses'
1139. QGA0002473 - QGA0002473, Steve Smith has downloaded a file from the folder 'Utilities'
1140. QGA0002474 - QGA0002474, Steve Smith has downloaded a file from the folder 'Inventory'
1141. QGA0002475 - QGA0002475, Steve Smith has downloaded a file from the folder 'Income Statements'
1142. QGA0002476 - QGA0002476, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1143. QGA0002477 - QGA0002477, Joe Lothschutz has downloaded files from the folder 'Inventory'
1144. QGA0002478 - QGA0002478, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1145. QGA0002479 - QGA0002479, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1146. QGA0002480 - QGA0002480, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1147. QGA0002481 - QGA0002481, Joe Lothschutz has downloaded files from the folder 'Monthly Reports'
1148. QGA0002482 - QGA0002482, Steve Smith has downloaded a file from the folder 'Processing'
1149. QGA0002483 - QGA0002483, Steve Smith has downloaded a file from the folder 'Monthly Reports'
1150. QGA0002484 - QGA0002484, Steve Smith has downloaded a file from the folder 'Monthly Reports'
1151. QGA0002485 - QGA0002485, Steve Smith has downloaded a file from the folder 'Fish Farm'
1152. QGA0002486 - QGA0002486, Steve Smith has downloaded a file from the folder 'Processing'
1153. QGA0002487 - QGA0002487, Steve Smith has downloaded a file from the folder 'Inventory'
1154. QGA0002488 - QGA0002488, Steve Smith has downloaded a file from the folder 'Inventory'
1155. QGA0002489 - QGA0002489, Steve Smith has downloaded a file from the folder 'Inventory'
1156. QGA0002490 - QGA0002490, Steve Smith has downloaded a file from the folder 'Inventory'
1157. QGA0002491 - QGA0002491, Steve Smith has downloaded a file from the folder 'Fish Farm'
1158. QGA0002492 - QGA0002492, Timothy Call has downloaded a file from the folder 'Processing'
1159. QGA0002493 - QGA0002493, Steve Smith has downloaded a file from the folder 'Inventory'
1160. QGA0002494 - QGA0002494, Steve Smith has downloaded a file from the folder 'Inventory'
1161. QGA0002495 - QGA0002495, Steve Smith has downloaded a file from the folder 'Inventory'
1162. QGA0002496 - QGA0002496, Timothy Call has downloaded a file from the folder 'Inventory'
1163. QGA0002497 - QGA0002497, Timothy Call has downloaded a file from the folder 'Inventory'
1164. QGA0002498 - QGA0002498, Timothy Call has downloaded a file from the folder 'Income Statements'
1165. QGA0002499 - QGA0002499, Ed Gleason has downloaded a file from the folder 'Correspondence'
1166. QGA0002500 - QGA0002500, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1167. QGA0002501 - QGA0002501, Joe Lothschutz has downloaded files from the folder 'RFI Responses'
1168. QGA0002502 - QGA0002502, Ed Gleason has downloaded a file from the folder 'Processing'
1169. QGA0002503 - QGA0002503, Ed Gleason has downloaded a file from the folder 'Inventory'
1170. QGA0002504 - QGA0002504, Ed Gleason has downloaded a file from the folder 'Inventory'



Exhibit C

1171. QGA0002505 - QGA0002505, Ed Gleason has downloaded a file from the folder 'Inventory'
1172. QGA0002506 - QGA0002506, Ed Gleason has downloaded a file from the folder 'Inventory'
1173. QGA0002507 - QGA0002507, Joe Lothschutz has downloaded a file from the folder 'Processing'
1174. QGA0002508 - QGA0002508, Joe Lothschutz has downloaded a file from the folder 'Production Reports'
1175. QGA0002509 - QGA0002509, Joe Lothschutz has downloaded a file from the folder 'Monthly Reports'
1176. QGA0002510 - QGA0002510, Joe Lothschutz has downloaded a file from the folder 'Daily Reports'
1177. QGA0002511 - QGA0002511, Joe Lothschutz has downloaded a file from the folder 'Daily Reports'
1178. QGA0002512 - QGA0002512, Timothy Call has downloaded a file from the folder 'Income Statements'
1179. QGA0002513 - QGA0002513, Timothy Call has downloaded a file from the folder 'Income Statements'
1180. QGA0002514 - QGA0002514, Timothy Call has downloaded a file from the folder 'Expenses'
1181. QGA0002515 - QGA0002515, Timothy Call has downloaded a file from the folder 'Expenses'
1182. QGA0002516 - QGA0002516, Timothy Call has downloaded a file from the folder 'Expenses'
1183. QGA0002517 - QGA0002517, Timothy Call has downloaded a file from the folder 'Expenses'
1184. QGA0002518 - QGA0002518, Timothy Call has downloaded a file from the folder 'Expenses'
1185. QGA0002519 - QGA0002519, Timothy Call has downloaded a file from the folder 'Expenses'
1186. QGA0002520 - QGA0002520, Timothy Call has downloaded a file from the folder 'Expenses'
1187. QGA0002521 - QGA0002521, Timothy Call has downloaded a file from the folder 'Expenses'
1188. QGA0002522 - QGA0002522, Timothy Call has downloaded a file from the folder 'Expenses'
1189. QGA0002523 - QGA0002523, Timothy Call has downloaded a file from the folder 'Expenses'
1190. QGA0002524 - QGA0002524, Joe Lothschutz has downloaded a file from the folder 'Reports'
1191. QGA0002525 - QGA0002525, Joe Lothschutz has downloaded a file from the folder 'Reports'
1192. QGA0002526 - QGA0002526, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1193. QGA0002527 - QGA0002527, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1194. QGA0002528 - QGA0002528, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1195. QGA0002529 - QGA0002529, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1196. QGA0002530 - QGA0002530, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1197. QGA0002531 - QGA0002531, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1198. QGA0002532 - QGA0002532, Laura Baldwin has downloaded a file from the folder 'Income Statements'
1199. QGA0002533 - QGA0002533, Ed Gleason has downloaded a file from the folder 'Processing'
1200. QGA0002534 - QGA0002534, Ed Gleason has downloaded a file from the folder 'Fish Farm'
1201. QGA0002535 - QGA0002535, Ed Gleason has downloaded a file from the folder 'Fish Farm'
1202. QGA0002536 - QGA0002536, Ed Gleason has downloaded a file from the folder 'Expenses'
1203. QGA0002537 - QGA0002537, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1204. QGA0002538 - QGA0002538, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1205. QGA0002539 - QGA0002539, Steve Smith has downloaded a file from the folder 'Income Statements'
1206. QGA0002540 - QGA0002540, Joe Lothschutz has downloaded a file from the folder 'Income Statements'



Exhibit C

1207. QGA0002541 - QGA0002541, Steve Smith has downloaded a file from the folder 'Income Statements'
1208. QGA0002542 - QGA0002542, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1209. QGA0002543 - QGA0002543, Steve Smith has downloaded a file from the folder 'Reports'
1210. QGA0002544 - QGA0002544, Steve Smith has downloaded a file from the folder 'Monthly Reports'
1211. QGA0002545 - QGA0002545, Steve Smith has downloaded a file from the folder 'Fish Farm'
1212. QGA0002546 - QGA0002546, Steve Smith has downloaded a file from the folder 'Income Statements'
1213. QGA0002547 - QGA0002547, Steve Smith has downloaded a file from the folder 'Income Statements'
1214. QGA0002548 - QGA0002549, Joe Lothschutz has downloaded files from the folder 'RFI Responses'
1215. QGA0002550 - QGA0002550, Steve Smith has downloaded a file from the folder 'Income Statements'
1216. QGA0002551 - QGA0002551, Steve Smith has downloaded a file from the folder 'Fish Farm'
1217. QGA0002552 - QGA0002552, Steve Smith has downloaded a file from the folder 'Correspondence'
1218. QGA0002553 - QGA0002553, Steve Smith has downloaded a file from the folder 'Reports'
1219. QGA0002554 - QGA0002554, Steve Smith has downloaded a file from the folder 'Reports'
1220. QGA0002555 - QGA0002555, Steve Smith has downloaded a file from the folder 'Utilities'
1221. QGA0002556 - QGA0002556, Joe Lothschutz has downloaded a file from the folder 'Processing'
1222. QGA0002606 - QGA0002606, You have a new message from WALWORTH NAYH ,6165751122.
1223. QGA0002608 - QGA0002608, You have a new message from WALWORTH NAYH ,6165751122.
1224. QGA0002610 - QGA0002614, RE: Bell Aquaculture - Telephone Conference
1225. QGA0002615 - QGA0002616, RE: Bell Aquaculture - Telephone Conference
1226. QGA0002617 - QGA0002618, Bell Aquaculture - Telephone Conference
1227. QGA0002619 - QGA0002620, Bell Aquaculture - Outstanding Items
1228. QGA0002621 - QGA0002623, RE: Bell Aquaculture, LLC - HSB Claim No. 000435743
1229. QGA0002624 - QGA0002625, RE: Bell Aquaculture, LLC - HSB Claim No. 000435743
1230. QGA0002626 - QGA0002627, Bell Aquaculture, LLC - HSB Claim No. 000435743
1231. QGA0002733 - QGA0002734, FW: Bell - draft letter
1232. QGA0002740 - QGA0002741, RE: Bell Aquaculture
1233. QGA0002747 - QGA0002752, RE: Bell Aquaculture - Telephone Conference
1234. QGA0002753 - QGA0002758, RE: Bell Aquaculture - Telephone Conference
1235. QGA0002759 - QGA0002761, RE: Bell Aquaculture - Telephone Conference
1236. QGA0002807 - QGA0002809, RE: Bell Aquaculture, LLC - HSB Claim No. 000435743
1237. QGA0002810 - QGA0002811, FW: Bell Aquaculture, LLC - HSB Claim No. 000435743
1238. QGA0002812 - QGA0002812, Bell Aquaculture, LLC - HSB Claim No. 000435743
1239. QGA0002818 - QGA0002825, RE: Bell Aquaculture - Telephone Conference
1240. QGA0002858 - QGA0002864, RE: Bell Aquaculture - Telephone Conference
1241. QGA0002873 - QGA0002873, Steve Smith has downloaded a file from the folder 'BI Claim'
1242. QGA0002874 - QGA0002874, Steve Smith has downloaded a file from the folder 'BPP Claim'
1243. QGA0002875 - QGA0002875, Steve Smith has downloaded a file from the folder 'BI Claim'
1244. QGA0002876 - QGA0002876, Steve Smith has downloaded a file from the folder 'BPP Claim'
1245. QGA0002877 - QGA0002877, Steve Smith has downloaded a file from the folder 'BPP Claim'
1246. QGA0002878 - QGA0002878, Steve Smith has downloaded a file from the folder 'BPP Claim'
1247. QGA0002879 - QGA0002879, Steve Smith has downloaded a file from the folder 'BPP Claim'
1248. QGA0002880 - QGA0002880, Steve Smith has downloaded a file from the folder 'BPP Claim'
1249. QGA0002881 - QGA0002881, Steve Smith has downloaded a file from the folder 'BPP Claim'
1250. QGA0002882 - QGA0002882, Steve Smith has downloaded a file from the folder 'BPP Claim'
1251. QGA0002883 - QGA0002883, Steve Smith has downloaded a file from the folder 'BPP Claim'
1252. QGA0002884 - QGA0002884, Steve Smith has downloaded a file from the folder 'BI Claim'



Exhibit C

1253. QGA0002885 - QGA0002885, Steve Smith has downloaded a file from the folder 'BPP Claim'
1254. QGA0002886 - QGA0002886, Steve Smith has downloaded a file from the folder 'BI Claim'
1255. QGA0002887 - QGA0002887, Steve Smith has downloaded a file from the folder 'BPP Claim'
1256. QGA0002888 - QGA0002888, Timothy Call has downloaded files from the folder 'Production Reports'
1257. QGA0002889 - QGA0002889, Timothy Call has downloaded a file from the folder 'Property Claim Schedule'
1258. QGA0002890 - QGA0002890, Timothy Call has downloaded files from the folder 'BPP Claim'
1259. QGA0002891 - QGA0002891, Timothy Call has downloaded a file from the folder 'Property Claim Schedule'
1260. QGA0002892 - QGA0002892, Timothy Call has downloaded a file from the folder 'Income Statements'
1261. QGA0002893 - QGA0002893, Timothy Call has downloaded a file from the folder 'BI Claim'
1262. QGA0002894 - QGA0002894, Timothy Call has downloaded files from the folder 'BI Claim'
1263. QGA0002895 - QGA0002895, Timothy Call has downloaded a file from the folder 'BI Claim'
1264. QGA0002896 - QGA0002896, Timothy Call has downloaded a file from the folder 'BI Claim'
1265. QGA0002897 - QGA0002897, Mark Smith has downloaded files from the folder 'BI Claim'
1266. QGA0002898 - QGA0002898, Mark Smith has downloaded files from the folder 'BI Claim'
1267. QGA0002899 - QGA0002899, Mark Smith has downloaded files from the folder 'BI Claim'
1268. QGA0002900 - QGA0002900, Ed Gleason has downloaded files from the folder 'BPP Claim'
1269. QGA0002901 - QGA0002901, Ed Gleason has downloaded files from the folder 'Production Reports'
1270. QGA0002902 - QGA0002902, Ed Gleason has downloaded a file from the folder 'Property Claim Schedule'
1271. QGA0002903 - QGA0002903, Ed Gleason has downloaded a file from the folder 'Property Claim Schedule'
1272. QGA0002904 - QGA0002904, Ed Gleason has downloaded files from the folder 'BI Claim'
1273. QGA0002905 - QGA0002905, Ed Gleason has downloaded a file from the folder 'Income Statements'
1274. QGA0002906 - QGA0002906, Steve Smith has downloaded a file from the folder 'BI Claim'
1275. QGA0002907 - QGA0002907, Steve Smith has downloaded a file from the folder 'BPP Claim'
1276. QGA0002908 - QGA0002908, Steve Smith has downloaded a file from the folder 'BI Claim'
1277. QGA0002909 - QGA0002909, Joe Lothschutz has downloaded files from the folder 'Production Reports'
1278. QGA0002910 - QGA0002910, Joe Lothschutz has downloaded a file from the folder 'Income Statements'
1279. QGA0002911 - QGA0002911, Joe Lothschutz has downloaded files from the folder 'Property Claim Schedule'
1280. QGA0002912 - QGA0002912, Joe Lothschutz has downloaded files from the folder 'Insurer Exchange'
1281. QGA0002913 - QGA0002913, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1282. QGA0002914 - QGA0002914, Laura Baldwin has downloaded a file from the folder 'Expenses'
1283. QGA0002915 - QGA0002915, Laura Baldwin has downloaded a file from the folder 'Expenses'
1284. QGA0002916 - QGA0002916, Laura Baldwin has downloaded a file from the folder 'Expenses'
1285. QGA0002917 - QGA0002917, Joe Lothschutz has downloaded a file from the folder 'Workpapers from Accountant'
1286. QGA0002918 - QGA0002918, Joe Lothschutz has downloaded a file from the folder 'Financials'
1287. QGA0002919 - QGA0002919, Steve Smith has downloaded a file from the folder 'Fish Sales Journal 2014'
1288. QGA0002920 - QGA0002920, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'



Exhibit C

1289. QGA0002921 - QGA0002921, Steve Smith has downloaded a file from the folder 'Workpapers from Accountant'
1290. QGA0002922 - QGA0002922, Ed Gleason has downloaded a file from the folder 'Workpapers from Accountant'
1291. QGA0002923 - QGA0002923, Ed Gleason has downloaded a file from the folder 'Workpapers from Accountant'
1292. QGA0002924 - QGA0002924, Ed Gleason has downloaded a file from the folder 'Fish Sales Journal 2014'
1293. QGA0002925 - QGA0002925, Joe Lothschutz has downloaded files from the folder 'Processing'
1294. QGA0002926 - QGA0002926, Joe Lothschutz has downloaded files from the folder 'Financials'
1295. QGA0002927 - QGA0002927, Timothy Call has downloaded files from the folder 'Property Claim Schedule'
1296. QGA0002928 - QGA0002928, Timothy Call has downloaded files from the folder 'RFI Responses'
1297. QGA0002929 - QGA0002929, Joe Lothschutz has downloaded a file from the folder 'Processing'
1298. QGA0002930 - QGA0002930, Timothy Call has downloaded a file from the folder 'Property Claim Schedule'
1299. QGA0002931 - QGA0002931, Timothy Call has downloaded a file from the folder 'Processing'
1300. QGA0002932 - QGA0002932, Timothy Call has downloaded a file from the folder 'Income Statements'
1301. QGA0002933 - QGA0002933, Timothy Call has downloaded a file from the folder 'Property Claim Schedule'
1302. QGA0002934 - QGA0002935, Linda Wood has downloaded files from the folder 'RFI - Westfield'
1303. QGA0002936 - QGA0002936, Linda Wood has downloaded a file from the folder 'Property Claim Schedule'
1304. QGA0002937 - QGA0002942, RE: Bell Aquaculture, LLC - HSB Claim No. 000435743
1305. QGA0002943 - QGA0002943, Ed Gleason has downloaded a file from the folder 'Utilities'
1306. QGA0002944 - QGA0002944, Ed Gleason has downloaded a file from the folder 'Utilities'
1307. QGA0002945 - QGA0002945, Ed Gleason has downloaded a file from the folder 'Utilities'
1308. QGA0002946 - QGA0002946, Ed Gleason has downloaded a file from the folder 'Utilities'
1309. QGA0002947 - QGA0002947, Ed Gleason has downloaded a file from the folder 'Utilities'
1310. QGA0002948 - QGA0002948, Ed Gleason has downloaded a file from the folder 'Expenses'
1311. QGA0002949 - QGA0002949, Ed Gleason has downloaded a file from the folder 'Correspondence'
1312. QGA0002950 - QGA0002950, Ed Gleason has downloaded a file from the folder 'Processing'
1313. QGA0002951 - QGA0002951, Joe Lothschutz has downloaded a file from the folder 'Processing'
1314. QGA0002952 - QGA0002952, Laura Baldwin has downloaded a file from the folder 'Inventory'
1315. QGA0002953 - QGA0002953, Laura Baldwin has downloaded a file from the folder 'Inventory'
1316. QGA0002954 - QGA0002954, Laura Baldwin has downloaded a file from the folder 'Reports'
1317. QGA0002955 - QGA0002955, Joe Lothschutz has downloaded files from the folder 'Payroll'
1318. QGA0002956 - QGA0002956, Joe Lothschutz has downloaded files from the folder 'Fish Farm'
1319. QGA0002957 - QGA0002957, Joe Lothschutz has downloaded a file from the folder 'Daily Reports'
1320. QGA0002958 - QGA0002958, Joe Lothschutz has downloaded a file from the folder 'Monthly Reports'
1321. QGA0002959 - QGA0002959, Joe Lothschutz has downloaded a file from the folder 'Reports'
1322. QGA0002960 - QGA0002960, Joe Lothschutz has downloaded files from the folder 'Correspondence'
1323. QGA0002961 - QGA0002961, Joe Lothschutz has downloaded a file from the folder 'Financials'
1324. QGA0002962 - QGA0002962, Joe Lothschutz has downloaded a file from the folder 'Processing'
1325. QGA0002963 - QGA0002963, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1326. QGA0002964 - QGA0002964, Steve Smith has downloaded a file from the folder 'BPP Claim'
1327. QGA0002965 - QGA0002965, Steve Smith has downloaded a file from the folder 'BPP Claim'



Exhibit C

1328. QGA0002966 - QGA0002966, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1329. QGA0002967 - QGA0002967, Steve Smith has downloaded a file from the folder 'BI Claim'
1330. QGA0002968 - QGA0002968, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1331. QGA0002969 - QGA0002969, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1332. QGA0002970 - QGA0002970, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1333. QGA0002971 - QGA0002971, Joe Lothschutz has downloaded a file from the folder 'BPP Claim'
1334. QGA0002972 - QGA0002972, Ed Gleason has downloaded a file from the folder 'Correspondence'
1335. QGA0002973 - QGA0002973, Joe Lothschutz has downloaded a file from the folder 'Property Claim Schedule'
1336. QGA0002974 - QGA0002974, Joe Lothschutz has downloaded a file from the folder 'BPP Claim'
1337. QGA0002975 - QGA0002975, Steve Smith has downloaded a file from the folder 'BPP Claim'
1338. QGA0002976 - QGA0002976, Steve Smith has downloaded a file from the folder 'BI Claim'
1339. QGA0002977 - QGA0002977, Steve Smith has downloaded a file from the folder 'BI Claim'
1340. QGA0002978 - QGA0002978, Steve Smith has downloaded a file from the folder 'BI Claim'
1341. QGA0002979 - QGA0002979, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1342. QGA0002980 - QGA0002980, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1343. QGA0002981 - QGA0002981, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1344. QGA0002982 - QGA0002982, Steve Smith has downloaded a file from the folder 'Expenses'
1345. QGA0002983 - QGA0002983, Steve Smith has downloaded a file from the folder 'Expenses'
1346. QGA0002984 - QGA0002984, Steve Smith has downloaded a file from the folder 'Expenses'
1347. QGA0002985 - QGA0002985, Steve Smith has downloaded a file from the folder 'Expenses'
1348. QGA0002986 - QGA0002986, Steve Smith has downloaded a file from the folder 'Expenses'
1349. QGA0002987 - QGA0002987, Steve Smith has downloaded a file from the folder 'Expenses'
1350. QGA0002988 - QGA0002988, Steve Smith has downloaded a file from the folder 'Expenses'
1351. QGA0002989 - QGA0002989, Steve Smith has downloaded a file from the folder 'Expenses'
1352. QGA0002990 - QGA0002990, Steve Smith has downloaded a file from the folder 'Expenses'
1353. QGA0002991 - QGA0002991, Steve Smith has downloaded a file from the folder 'Expenses'
1354. QGA0002992 - QGA0002992, Steve Smith has downloaded a file from the folder 'Expenses'
1355. QGA0002993 - QGA0002993, Steve Smith has downloaded a file from the folder 'Expenses'
1356. QGA0002994 - QGA0002994, Steve Smith has downloaded a file from the folder 'Expenses'
1357. QGA0002995 - QGA0002995, Steve Smith has downloaded a file from the folder 'Expenses'
1358. QGA0002996 - QGA0002996, Steve Smith has downloaded a file from the folder '05 May'
1359. QGA0002997 - QGA0002999, Steve Smith has downloaded files from the folder 'Payroll'
1360. QGA0003000 - QGA0003000, Steve Smith has downloaded a file from the folder 'Payroll'
1361. QGA0003001 - QGA0003001, Steve Smith has downloaded a file from the folder 'Utilities'
1362. QGA0003002 - QGA0003002, Steve Smith has downloaded a file from the folder 'Utilities'
1363. QGA0003003 - QGA0003003, Steve Smith has downloaded a file from the folder 'Utilities'
1364. QGA0003004 - QGA0003004, Steve Smith has downloaded a file from the folder 'Utilities'
1365. QGA0003005 - QGA0003005, Steve Smith has downloaded a file from the folder 'Utilities'
1366. QGA0003006 - QGA0003006, Steve Smith has downloaded files from the folder 'Utilities'
1367. QGA0003007 - QGA0003007, Steve Smith has downloaded a file from the folder 'Utilities'
1368. QGA0003008 - QGA0003008, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1369. QGA0003009 - QGA0003009, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'



Exhibit C

1370. QGA0003010 - QGA0003010, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1371. QGA0003011 - QGA0003011, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1372. QGA0003012 - QGA0003012, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1373. QGA0003013 - QGA0003013, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1374. QGA0003014 - QGA0003014, Steve Smith has downloaded a file from the folder 'BPP Claim'
1375. QGA0003015 - QGA0003015, Steve Smith has downloaded a file from the folder 'BPP Claim'
1376. QGA0003016 - QGA0003016, Ed Gleason has downloaded a file from the folder 'Production Summaries (Laura's Numbers)'
1377. QGA0003017 - QGA0003017, Ed Gleason has downloaded a file from the folder 'Production Summaries (Laura's Numbers)'
1378. QGA0003018 - QGA0003018, Ed Gleason has downloaded a file from the folder 'Production Summaries (Laura's Numbers)'
1379. QGA0003019 - QGA0003019, Ed Gleason has downloaded a file from the folder 'Utilities'
1380. QGA0003020 - QGA0003020, Ed Gleason has downloaded a file from the folder 'Reports'
1381. QGA0003021 - QGA0003021, Ed Gleason has downloaded a file from the folder 'Reports'
1382. QGA0003022 - QGA0003022, Ed Gleason has downloaded a file from the folder 'Correspondence'
1383. QGA0003023 - QGA0003023, Ed Gleason has downloaded a file from the folder 'Correspondence'
1384. QGA0003024 - QGA0003024, Ed Gleason has downloaded a file from the folder 'Correspondence'
1385. QGA0003025 - QGA0003025, Ed Gleason has downloaded a file from the folder 'Correspondence'
1386. QGA0003026 - QGA0003026, Ed Gleason has downloaded a file from the folder 'Processing'
1387. QGA0003027 - QGA0003027, Ed Gleason has downloaded a file from the folder 'Production Summaries (Laura's Numbers)'
1388. QGA0003028 - QGA0003028, Ed Gleason has downloaded a file from the folder 'Production Summaries (Laura's Numbers)'
1389. QGA0003029 - QGA0003029, Ed Gleason has downloaded a file from the folder 'Fish Count'
1390. QGA0003030 - QGA0003030, Ed Gleason has downloaded a file from the folder 'Fish Count'
1391. QGA0003031 - QGA0003031, Ed Gleason has downloaded a file from the folder '08 August'
1392. QGA0003032 - QGA0003032, Ed Gleason has downloaded a file from the folder 'Fish Farm'
1393. QGA0003033 - QGA0003033, Ed Gleason has downloaded a file from the folder 'Fish Farm'
1394. QGA0003034 - QGA0003034, Ed Gleason has downloaded a file from the folder 'Fish Farm'
1395. QGA0003035 - QGA0003035, Ed Gleason has downloaded a file from the folder 'Expenses'
1396. QGA0003036 - QGA0003036, Ed Gleason has downloaded a file from the folder 'Monthly Reports'
1397. QGA0003037 - QGA0003037, Ed Gleason has downloaded a file from the folder 'Processing'
1398. QGA0003038 - QGA0003038, Ed Gleason has downloaded files from the folder 'Correspondence'
1399. QGA0003039 - QGA0003039, Joe Lothschutz has downloaded a file from the folder 'Monthly Reports'
1400. QGA0003040 - QGA0003040, Joe Lothschutz has downloaded a file from the folder 'Correspondence'
1401. QGA0003041 - QGA0003041, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1402. QGA0003042 - QGA0003042, Joe Lothschutz has downloaded a file from the folder 'Financials'
1403. QGA0003047 - QGA0003047, Bell Aquaculture
1404. QGA0003048 - QGA0003051, RE: Bell Aquaculture WES: 0001576948 HSB: 000435743 My File: WES-1146 August 19, 2015
1405. QGA0003053 - QGA0003056, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1406. QGA0003057 - QGA0003059, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1407. QGA0003064 - QGA0003066, Fwd: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1408. QGA0003074 - QGA0003075, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)



Exhibit C

1409. QGA0003079 - QGA0003080, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1410. QGA0003081 - QGA0003083, Bell Aquaculture - Outstanding Items
1411. QGA0003125 - QGA0003126, RE: Bell Aquaculture Request
1412. QGA0003147 - QGA0003151, RE: Bell Aquaculture, LLC - HSB Claim No. 000435743
1413. QGA0003168 - QGA0003172, FW: Bell Aquaculture, LLC - HSB Claim No. 000435743
1414. QGA0006842 - QGA0006847, RE: Bell Aquaculture - Telephone Conference
1415. QGA0006848 - QGA0006848, Joe Lothschutz has downloaded a file from the folder 'BI Claim'
1416. QGA0006849 - QGA0006849, Joe Lothschutz has downloaded a file from the folder 'Processing'
1417. QGA0006850 - QGA0006850, Joe Lothschutz has downloaded files from the folder 'BI Claim'
1418. QGA0006851 - QGA0006851, Joe Lothschutz has downloaded files from the folder 'Utilities'
1419. QGA0006852 - QGA0006852, Joe Lothschutz has downloaded files from the folder 'Income Statements'
1420. QGA0006853 - QGA0006853, Steve Smith has downloaded a file from the folder 'BPP Claim'
1421. QGA0006854 - QGA0006854, Steve Smith has downloaded a file from the folder 'Processing'
1422. QGA0006855 - QGA0006855, Joe Lothschutz has downloaded a file from the folder 'Processing'
1423. QGA0006856 - QGA0006856, FW: Bell Aquaculture - 6/1/16 Follow-up letter
1424. QGA0006863 - QGA0006863, Steve Smith has downloaded a file from the folder 'Fish Farm'
1425. QGA0006867 - QGA0006868, FW: Bell Aquaculture - HSB Consultant Reports
1426. QGA0006878 - QGA0006878, Letter Attached- Bell Aquaculture
1427. QGA0006895 - QGA0006895, Ed Gleason has downloaded files from the folder 'EG Letter'
1428. QGA0006896 - QGA0006896, Joe Lothschutz has downloaded a file from the folder 'EG Letter'
1429. QGA0006897 - QGA0006897, Joe Lothschutz has downloaded files from the folder 'EG Letter'
1430. QGA0006898 - QGA0006898, Steve Smith has downloaded a file from the folder 'EG Letter'
1431. QGA0006899 - QGA0006899, Steve Smith has downloaded a file from the folder 'EG Letter'
1432. QGA0006900 - QGA0006900, Steve Smith has downloaded a file from the folder 'EG Letter'
1433. QGA0006901 - QGA0006901, Ed Gleason has downloaded files from the folder 'EG Letter'
1434. QGA0006902 - QGA0006902, Joe Lothschutz has downloaded files from the folder 'EG Letter'
1435. QGA0006903 - QGA0006903, Joe Lothschutz has downloaded files from the folder 'EG Letter'
1436. QGA0006904 - QGA0006905, FW: Bell Aquaculture, LLC
1437. QGA0006907 - QGA0006907, Joe Lothschutz has downloaded a file from the folder 'Reports'
1438. QGA0006908 - QGA0006909, FW: Bell Proof of Loss
1439. QGA0006913 - QGA0006914, RE: Bell Proof of Loss
1440. QGA0006915 - QGA0006915, FW: GSP cutting yields data
1441. QGA0006919 - QGA0006920, Fwd: Foley cutting results
1442. QGA0006921 - QGA0006921, FW: TROUT PRODUCTION REPORT 2/17/17
1443. QGA0006923 - QGA0006923, Mark Stephanic has downloaded a file from the folder 'Damages Schedule Support'
1444. QGA0006924 - QGA0006924, Joe Lothschutz has downloaded files from the folder 'Insurer Exchange'
1445. QGA0006925 - QGA0006925, Steve Smith has downloaded a file from the folder '2017_02_28 Damages Measurement'
1446. QGA0006926 - QGA0006926, Steve Smith has downloaded a file from the folder '2017_02_28 Damages Measurement'
1447. QGA0006927 - QGA0006928, Steve Smith has downloaded files from the folder '2017_02_28 Damages Measurement'
1448. QGA0006929 - QGA0006931, FW: [EXT] Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1449. QGA0006932 - QGA0006935, RE: [EXT] Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1450. QGA0006936 - QGA0006936, Joe Lothschutz has downloaded a file from the folder '2017_02_28 Damages Measurement'



Exhibit C

1451. QGA0006937 - QGA0006938, Joe Lothschutz has downloaded files from the folder 'BI Supporting Documentation'
1452. QGA0006939 - QGA0006939, Mark Stephanic has downloaded a file from the folder 'BI Supporting Documentation'
1453. QGA0006940 - QGA0006941, Steve Smith has downloaded files from the folder 'BI Supporting Documentation'
1454. QGA0006942 - QGA0006943, Steve Smith has downloaded files from the folder 'BI Supporting Documentation'
1455. QGA0006944 - QGA0006944, Michael Brown has downloaded files from the folder 'Insurer Exchange'
1456. QGA0006945 - QGA0006947, Re: [EXT] RE: Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1457. QGA0006948 - QGA0006948, Fwd: [EXT] RE: Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1458. QGA0006952 - QGA0006953, FW: Westfield v. Bell - Quantum narrative/rebuttal
1459. QGA0006962 - QGA0006963, RE: Westfield v. Bell - Quantum narrative/rebuttal
1460. QGA0006964 - QGA0006965, Joe Lothschutz has downloaded files from the folder 'BI Supporting Documentation'
1461. QGA0006966 - QGA0006967, RE: Matt Larson Has Created a New Item in ShareFile
1462. QGA0006968 - QGA0006968, Joe Lothschutz has downloaded a file from the folder 'BI Supporting Documentation'
1463. QGA0006969 - QGA0006971, RE: [EXT] FW: Matt Larson Has Created a New Item in ShareFile
1464. QGA0006972 - QGA0006974, RE: [EXT] FW: Matt Larson Has Created a New Item in ShareFile
1465. QGA0006975 - QGA0006975, Michael Brown has downloaded a file from the folder 'BI Supporting Documentation'
1466. QGA0006976 - QGA0006976, Michael Brown has downloaded a file from the folder 'BI Supporting Documentation'
1467. QGA0006977 - QGA0006977, Carol Hibler has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1468. QGA0006978 - QGA0006978, Carol Hibler has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1469. QGA0006979 - QGA0006979, Carol Hibler has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1470. QGA0006980 - QGA0006980, Anne Roebel has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1471. QGA0006981 - QGA0006981, Carol Hibler has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1472. QGA0006982 - QGA0006982, FW: [EXT] Westfield Ins. Co. v. Bell Aquaculture, LLC, etc. - Re-Service of Westfield Non-Party Subpoena to Quantum
1473. QGA0007003 - QGA0007003, Carol Hibler has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1474. QGA0007004 - QGA0007004, Carol Hibler has shared the folder '32620.0029 Westfield V Bell Aqua' with you.
1475. QGA0007005 - QGA0007005, Joe Lothschutz has downloaded a file from the folder 'Financials'
1476. QGA0007006 - QGA0007006, Steve Smith has downloaded a file from the folder 'Fish Farm'
1477. QGA0007007 - QGA0007007, Steve Smith has downloaded a file from the folder 'BI Claim'
1478. QGA0007008 - QGA0007008, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1479. QGA0007009 - QGA0007009, Steve Smith has downloaded a file from the folder 'Property Claim Schedule'
1480. QGA0007010 - QGA0007010, Steve Smith has downloaded a file from the folder 'BPP Claim'



Exhibit C

1481. QGA0007011 - QGA0007011, Timothy Call has downloaded a file from the folder 'BI Supporting Documentation'
1482. QGA0007012 - QGA0007012, Timothy Call has downloaded a file from the folder 'Damages Schedule Support'
1483. QGA0007013 - QGA0007013, Timothy Call has downloaded a file from the folder 'Feed Ingredient Support'
1484. QGA0007014 - QGA0007014, Timothy Call has downloaded a file from the folder 'Feed Ingredient Support'
1485. QGA0007015 - QGA0007015, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1486. QGA0007016 - QGA0007016, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1487. QGA0007017 - QGA0007017, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1488. QGA0007018 - QGA0007018, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1489. QGA0007019 - QGA0007019, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1490. QGA0007020 - QGA0007020, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1491. QGA0007021 - QGA0007021, Timothy Call has downloaded a file from the folder '2017_02_28 Damages Measurement'
1492. QGA0007022 - QGA0007022, Joe Lothschutz has downloaded a file from the folder 'Insurer Exchange'
1493. QGA0007023 - QGA0007027, RE: Bell Aquaculture, LLC - HSB Claim No. 000435743
1494. QGA0007038 - QGA0007042, FW: Bell Aquaculture, LLC - HSB Claim No. 000435743
1495. QGA0007050 - QGA0007053, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15
1496. QGA0007077 - QGA0007079, Fwd: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1497. QGA0007083 - QGA0007084, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1498. QGA0007085 - QGA0007086, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1499. QGA0007091 - QGA0007091, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1500. QGA0007092 - QGA0007092, FW: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1501. QGA0007095 - QGA0007096, FW: Bell Aquaculture - 6/1/16 Follow-up letter
1502. QGA0007103 - QGA0007103, Bell Aquaculture
1503. QGA0007104 - QGA0007105, FW: Letter Attached- Bell Aquaculture
1504. QGA0007120 - QGA0007121, RE: Bell Proof of Loss
1505. QGA0007122 - QGA0007124, RE: [EXT] Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1506. QGA0007125 - QGA0007126, FW: [EXT] RE: Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1507. QGA0007130 - QGA0007131, FW: Matt Larson Has Created a New Item in ShareFile
1508. QGA0007132 - QGA0007134, RE: [EXT] Fwd: 000435743/ Work at Bell Aquaculture, Invoice 16LA60472
1509. QGA0007296 - QGA0007296, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1510. QGA0007297 - QGA0007298, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1511. QGA0007299 - QGA0007300, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1512. QGA0007301 - QGA0007302, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1513. QGA0007303 - QGA0007304, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1514. QGA0007305 - QGA0007306, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1515. QGA0007307 - QGA0007308, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1516. QGA0007309 - QGA0007311, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1517. QGA0007312 - QGA0007312, You have a new message from WIRELESS CALLER ,9522507771.



Exhibit C

1518. QGA0007315 - QGA0007315, Re: Bell
1519. QGA0007316 - QGA0007316, Bell Aquaculture, LLC - HSB Claim No. 000435743
1520. QGA0007324 - QGA0007325, RE: Introduction
1521. QGA0007329 - QGA0007329, Re: Call Please
1522. QGA0007330 - QGA0007330, RE: Call Please
1523. QGA0007331 - QGA0007331, Bell
1524. QGA0007332 - QGA0007332, Bell Aqua - Sharefile update
1525. QGA0007333 - QGA0007335, Bell Aquaculture - Outstanding Items
1526. QGA0007354 - QGA0007356, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1527. QGA0007613 - QGA0007613, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1528. QGA0007614 - QGA0007615, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1529. QGA0007616 - QGA0007617, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1530. QGA0007618 - QGA0007619, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1531. QGA0007620 - QGA0007621, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1532. QGA0007622 - QGA0007623, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1533. QGA0007624 - QGA0007625, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1534. QGA0007626 - QGA0007628, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1535. QGA0007632 - QGA0007632, Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1536. QGA0007639 - QGA0007639, You have a new message from WIRELESS CALLER ,9522507771.
1537. QGA0007647 - QGA0007647, You have a new message from WIRELESS CALLER ,9522507771.
1538. QGA0007649 - QGA0007654, Fwd: [EXT] Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1539. QGA0007655 - QGA0007656, FW: [EXT] Fwd: 000435743/ Work at Bell Aquaculture, Invoice 16LA60472
1540. QGA0007663 - QGA0007665, RE: Bell Aquaculture - Albany, IN (Loss of 7/21/15)
1541. QGA0007678 - QGA0007678, Fwd: You have a new message from WIRELESS CALLER ,9522507771.
1542. QGA0007680 - QGA0007686, RE: [EXT] Westfield Insurance Company v. Bell Aquaculture, LLC, et. al.
1543. QGA0007687 - QGA0007688, FW: Joe Lothschutz has downloaded files from the folder 'BI Supporting Documentation'
1544. 30(b)(6) Deposition of Timothy Call, Vol. I March 14, 2018
1545. 30(b)(6) Deposition of Timothy Call, Vol. II March 15, 2018
1546. 30(b)(6) Deposition of Robert Davis March 15, 2018
1547. 30(b)(6) Deposition of Robert Davis, Vol. II March 16, 2018
1548. 30(b)(6) Deposition of Robert Davis, Vol. III March 28, 2018
1549. 30(b)(6) Deposition of Steven Smith, Vol. I March 07, 2018
1550. 30(b)(6) Deposition of Steven Smith, Vol. II March 09, 2018
1551. salmon-processing-2015-low.pdf
1552. Salmon Seafood Yields - Chefs Resources.pdf
1553. Bell Aquaculture to Open New Mill in Albany, Indiana, in Spring of 2014.pdf

Measure of damages

Date of Loss: July 21, 2015

**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 21, 2015

**Measured Costs as of May 17, 2018**

| Item No. | Vendor Name | Description | Category | Service Dates | Invoice Date | Invoice No. | Invoice Amount | Claim Amount | Preliminary Claim Allocation | | | Insurer Measurement | Difference [K-L] | Payment Confirmation | | | Page Reference | Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Emergency Services & Debris Removal | Building Reconstruction | Total | | | Amount | Document No. | Date | | |
| 1 | Petsmart | Water treatment supplies | Clean-up | 08/14/15 | 08/14/15 | 82420506102 | $ 14.43 | $ 14.43 | $ 14.43 | $ - | $ 14.43 | $ 14.43 | $ - | N/A | N/A | N/A | 1 | |
| 2 | Walmart | Meas cup | Clean-up | 08/14/15 | 08/14/15 | 26353953523886 622366 | 16.86 | 16.86 | 16.86 | - | 16.86 | 16.86 | - | N/A | N/A | N/A | 1 | |
| 3 | G&M Pet and Garden Center | Pet supply | Clean-up | 08/14/15 | 08/14/15 | 212334 | 64.16 | 64.16 | 64.16 | - | 64.16 | 64.16 | - | N/A | N/A | N/A | 1 | |
| 4 | Aquacenter, Inc. | Sodium thiosulfate | Clean-up | N/A | 08/11/15 | 119489 | 7,287.00 | 7,287.00 | 7,287.00 | - | 7,287.00 | 7,287.00 | - | N/A | N/A | N/A | 2 | |
| 5 | Western Chemical, Inc. | Sodium thiosulfate and virkon aquatic 10lb tub | Clean-up | N/A | 09/18/15 | WC-INV0019616 | 10,400.00 | 10,400.00 | 10,400.00 | - | 10,400.00 | 10,400.00 | - | N/A | N/A | N/A | 3 | |
| 6 | ADS Services | Ammonia and nitrate test kits | Clean-up | N/A | 08/14/15 | 1362 | 545.28 | 545.28 | 545.28 | - | 545.28 | 545.28 | - | N/A | N/A | N/A | 4 | |
| 7 | E&S Leasing Trucking, Inc. | Duracube | Clean-up | N/A | 08/05/15 | 92648 | 294.98 | 294.98 | 294.98 | - | 294.98 | 294.98 | - | N/A | N/A | N/A | 5 | |
| 8 | E&S Leasing Trucking, Inc. | Solar salt | Clean-up | N/A | 08/10/15 | 92664 | 742.35 | 742.35 | 742.35 | - | 742.35 | 742.35 | - | N/A | N/A | N/A | 6 | |
| 9 | Gordon Food Service Store | Vegetable salad oil | Clean-up | 08/19/15 | 08/19/15 | 80010600400311 508191312 | 839.60 | 839.60 | 839.60 | - | 839.60 | 839.60 | - | N/A | N/A | N/A | 7 | |
| 10 | Harbor Freight Tools | Rainsuits and masks | Clean-up | 07/23/15 | 07/23/15 | 106278 | 149.08 | 149.08 | 149.08 | - | 149.08 | 149.08 | - | N/A | N/A | N/A | 8 | |
| 11 | Lesie's Swimming Pool Supplies | Granular chlorine | Clean-up | N/A | 08/12/15 | 669-104455 | 7,404.40 | 7,404.40 | 7,404.40 | - | 7,404.40 | 7,404.40 | - | N/A | N/A | N/A | 9 | |
| 12 | McSports | Frog toggs - waders | Clean-up | 07/23/15 | 07/23/15 | 106279 | 564.90 | 564.90 | 564.90 | - | 564.90 | 564.90 | - | N/A | N/A | N/A | 10 | |
| 13 | Memphis Net & Twine Co., Inc. | 10'x10' with rings in corners & midway points on all sides | Clean-up | N/A | 07/23/15 | 150891 | 918.10 | 918.10 | 918.10 | - | 918.10 | 918.10 | - | N/A | N/A | N/A | 11 | |
| 14 | Minars | Vegetable oil | Clean-up | 07/23/15 | 07/23/15 | 94 | 33.96 | 33.96 | 33.96 | - | 33.96 | 33.96 | - | N/A | N/A | N/A | 12 | |
| 15 | Minars | Cleaning supplies | Clean-up | 07/24/15 | 07/24/15 | 4 | 44.81 | 44.81 | 44.81 | - | 44.81 | 44.81 | - | N/A | N/A | N/A | 12 | |
| 16 | US Standard Products | Safety glasses, latex gloves and sana wipes | Clean-up | N/A | 07/27/15 | NJ0000066158 | 1,010.74 | 1,010.74 | 1,010.74 | - | 1,010.74 | 1,010.74 | - | N/A | N/A | N/A | 13 | |
| 17 | National Oil & Gas, Inc. | Diesel | Diesel | 09/18/15 | 09/18/15 | 546780 | 1,295.12 | 1,295.12 | 1,295.12 | - | 1,295.12 | - | 1,295.12 | N/A | N/A | N/A | 14 | |
| 18 | National Oil & Gas, Inc. | Diesel | Diesel | 09/19/15 | 09/19/15 | 546782 | 1,456.52 | 1,456.52 | 1,456.52 | - | 1,456.52 | - | 1,456.52 | N/A | N/A | N/A | 15 | |
| 19 | National Oil & Gas, Inc. | Diesel | Diesel | 09/21/15 | 09/21/15 | 546797 | 579.54 | 579.54 | 579.54 | - | 579.54 | - | 579.54 | N/A | N/A | N/A | 16 | |
| 20 | National Oil & Gas, Inc. | Diesel | Diesel | 09/22/15 | 09/22/15 | 546803 | 1,558.23 | 1,558.23 | 1,558.23 | - | 1,558.23 | - | 1,558.23 | N/A | N/A | N/A | 17 | |
| 21 | National Oil & Gas, Inc. | Diesel | Diesel | 09/22/15 | 09/22/15 | 546804 | 1,389.36 | 1,389.36 | 1,389.36 | - | 1,389.36 | - | 1,389.36 | N/A | N/A | N/A | 18 | |
| 22 | National Oil & Gas, Inc. | Diesel | Diesel | 09/24/15 | 09/24/15 | 546813 | 1,769.32 | 1,769.32 | 1,769.32 | - | 1,769.32 | - | 1,769.32 | N/A | N/A | N/A | 19 | |
| 23 | National Oil & Gas, Inc. | Diesel | Diesel | 09/25/15 | 09/25/15 | 546818 | 1,072.72 | 1,072.72 | 1,072.72 | - | 1,072.72 | - | 1,072.72 | N/A | N/A | N/A | 20 | |
| 24 | National Oil & Gas, Inc. | Diesel | Diesel | 09/25/15 | 09/25/15 | 546819 | 1,656.42 | 1,656.42 | 1,656.42 | - | 1,656.42 | - | 1,656.42 | N/A | N/A | N/A | 21 | |
| 25 | Village Pantry | Pressure washer fuel | Diesel | 09/11/15 | 09/11/15 | 87380 | 11.00 | 11.00 | 11.00 | - | 11.00 | - | 11.00 | N/A | N/A | N/A | 22 | |
| 26 | Village Pantry | Pressure washer fuel | Diesel | 09/10/15 | 09/10/15 | 37377 | 25.00 | 25.00 | 25.00 | - | 25.00 | - | 25.00 | N/A | N/A | N/A | 22 | |
| 27 | Village Pantry | Pressure washer fuel | Diesel | 09/11/15 | 09/11/15 | 38112 | 20.00 | 20.00 | 20.00 | - | 20.00 | - | 20.00 | N/A | N/A | N/A | 22 | |
| 28 | Phillips 66 | Diesel | Diesel | 09/16/15 | 09/16/15 | 24796 | 22.00 | 22.00 | 22.00 | - | 22.00 | - | 22.00 | N/A | N/A | N/A | 23 | |
| 29 | Phillips 66 | Diesel | Diesel | 09/15/15 | 09/15/15 | N/A | 10.00 | 10.00 | 10.00 | - | 10.00 | - | 10.00 | N/A | N/A | N/A | 23 | |
| 30 | Phillips 66 | Diesel | Diesel | 09/14/15 | 09/14/15 | 23796 | 10.85 | 10.85 | 10.85 | - | 10.85 | - | 10.85 | N/A | N/A | N/A | 23 | |
| 31 | Petty Cash | Pressure washer fuel | Diesel | 09/18/15 | 09/18/15 | N/A | 23.00 | 23.00 | 23.00 | - | 23.00 | - | 23.00 | N/A | N/A | N/A | 23 | |
| 32 | Village Pantry | Pressure washer fuel | Diesel | N/A | N/A | 32567 | 22.00 | 22.00 | 22.00 | - | 22.00 | - | 22.00 | N/A | N/A | N/A | 24 | |
| 33 | Village Pantry | Pressure washer fuel | Diesel | N/A | N/A | N/A | 23.00 | 23.00 | 23.00 | - | 23.00 | - | 23.00 | N/A | N/A | N/A | 24 | |
| 34 | Village Pantry | Pressure washer fuel | Diesel | 09/28/15 | 09/28/15 | 34350 | 18.00 | 18.00 | 18.00 | - | 18.00 | - | 18.00 | N/A | N/A | N/A | 25 | |
| 35 | Phillips 66 | Pressure washer fuel | Diesel | 09/23/15 | 09/23/15 | 28712 | 23.00 | 23.00 | 23.00 | - | 23.00 | - | 23.00 | N/A | N/A | N/A | 25 | |
| 36 | National Oil & Gas, Inc. | Diesel | Diesel | 09/28/15 | 09/28/15 | 546825 | 1,701.94 | 1,701.94 | 1,701.94 | - | 1,701.94 | - | 1,701.94 | N/A | N/A | N/A | 26 | |
| 37 | National Oil & Gas, Inc. | Diesel | Diesel | 09/28/15 | 09/28/15 | 546826 | 629.32 | 629.32 | 629.32 | - | 629.32 | - | 629.32 | N/A | N/A | N/A | 27 | |
| 38 | National Oil & Gas, Inc. | Diesel | Diesel | 09/30/15 | 09/30/15 | 546834 | 1,979.00 | 1,979.00 | 1,979.00 | - | 1,979.00 | - | 1,979.00 | N/A | N/A | N/A | 28 | |
| 39 | National Oil & Gas, Inc. | Diesel | Diesel | 10/01/15 | 10/01/15 | 546847 | 1,226.98 | 1,226.98 | 1,226.98 | - | 1,226.98 | - | 1,226.98 | N/A | N/A | N/A | 29 | |
| 40 | National Oil & Gas, Inc. | Diesel | Diesel | 10/02/15 | 10/02/15 | 546853 | 1,226.98 | 1,226.98 | 1,226.98 | - | 1,226.98 | - | 1,226.98 | N/A | N/A | N/A | 30 | |
| 41 | National Oil & Gas, Inc. | Diesel | Diesel | 10/02/15 | 10/02/15 | 546854 | 524.54 | 524.54 | 524.54 | - | 524.54 | - | 524.54 | N/A | N/A | N/A | 31 | |
| 42 | National Oil & Gas, Inc. | Diesel | Diesel | 10/03/15 | 10/03/15 | 546857 | 1,184.32 | 1,184.32 | 1,184.32 | - | 1,184.32 | - | 1,184.32 | N/A | N/A | N/A | 32 | |
| 43 | National Oil & Gas, Inc. | Diesel | Diesel | 10/05/15 | 10/05/15 | 546859 | 2,036.71 | 2,036.71 | 2,036.71 | - | 2,036.71 | - | 2,036.71 | N/A | N/A | N/A | 33 | |
| 44 | National Oil & Gas, Inc. | Diesel | Diesel | 10/06/15 | 10/06/15 | 546875 | 877.13 | 877.13 | 877.13 | - | 877.13 | - | 877.13 | N/A | N/A | N/A | 34 | |
| 45 | National Oil & Gas, Inc. | Diesel | Diesel | 10/07/15 | 10/07/15 | 546879 | 1,183.53 | 1,183.53 | 1,183.53 | - | 1,183.53 | - | 1,183.53 | N/A | N/A | N/A | 35 | |
| 46 | National Oil & Gas, Inc. | Diesel | Diesel | 10/08/15 | 10/08/15 | 546887 | 1,181.20 | 1,181.20 | 1,181.20 | - | 1,181.20 | - | 1,181.20 | N/A | N/A | N/A | 36 | |
| 47 | National Oil & Gas, Inc. | Diesel | Diesel | 10/09/15 | 10/09/15 | 546893 | 1,287.04 | 1,287.04 | 1,287.04 | - | 1,287.04 | - | 1,287.04 | N/A | N/A | N/A | 37 | |
| 48 | National Oil & Gas, Inc. | Diesel | Diesel | 10/10/15 | 10/10/15 | 546899 | 573.34 | 573.34 | 573.34 | - | 573.34 | - | 573.34 | N/A | N/A | N/A | 38 | |
| 49 | National Oil & Gas, Inc. | Diesel | Diesel | 10/12/15 | 10/12/15 | 546910 | 3,033.23 | 3,033.23 | 3,033.23 | - | 3,033.23 | - | 3,033.23 | N/A | N/A | N/A | 39 | |
| 50 | National Oil & Gas, Inc. | Diesel | Diesel | 10/14/15 | 10/14/15 | 546920 | 2,241.02 | 2,241.02 | 2,241.02 | - | 2,241.02 | - | 2,241.02 | N/A | N/A | N/A | 40 | |
| 51 | National Oil & Gas, Inc. | Diesel | Diesel | 10/16/15 | 10/16/15 | 546933 | 3,202.13 | 3,202.13 | 3,202.13 | - | 3,202.13 | - | 3,202.13 | N/A | N/A | N/A | 41 | |
| 52 | National Oil & Gas, Inc. | Diesel | Diesel | 10/17/15 | 10/17/15 | 546937 | 1,001.56 | 1,001.56 | 1,001.56 | - | 1,001.56 | - | 1,001.56 | N/A | N/A | N/A | 42 | |
| 53 | National Oil & Gas, Inc. | Diesel | Diesel | 10/19/15 | 10/19/15 | 546942 | 2,502.34 | 2,502.34 | 2,502.34 | - | 2,502.34 | - | 2,502.34 | N/A | N/A | N/A | 43 | |
| 54 | National Oil & Gas, Inc. | Diesel | Diesel | 10/21/15 | 10/21/15 | 546959 | 2,768.99 | 2,768.99 | 2,768.99 | - | 2,768.99 | - | 2,768.99 | N/A | N/A | N/A | 44 | |
| 55 | National Oil & Gas, Inc. | Diesel | Diesel | 10/23/15 | 10/23/15 | 546969 | 2,781.79 | 2,781.79 | 2,781.79 | - | 2,781.79 | - | 2,781.79 | N/A | N/A | N/A | 45 | |
| 56 | National Oil & Gas, Inc. | Diesel | Diesel | 10/24/15 | 10/24/15 | 546976 | 731.11 | 731.11 | 731.11 | - | 731.11 | - | 731.11 | N/A | N/A | N/A | 46 | |
| 57 | National Oil & Gas, Inc. | Diesel | Diesel | 10/26/15 | 10/26/15 | 546983 | 2,957.18 | 2,957.18 | 2,957.18 | - | 2,957.18 | - | 2,957.18 | N/A | N/A | N/A | 47 | |
| 58 | National Oil & Gas, Inc. | Diesel | Diesel | 10/28/15 | 10/28/15 | 546988 | 2,735.77 | 2,735.77 | 2,735.77 | - | 2,735.77 | - | 2,735.77 | N/A | N/A | N/A | 48 | |
| 59 | National Oil & Gas, Inc. | Diesel | Diesel | 10/30/15 | 10/30/15 | 546994 | 2,565.45 | 2,565.45 | 2,565.45 | - | 2,565.45 | - | 2,565.45 | N/A | N/A | N/A | 49 | |
| 60 | National Oil & Gas, Inc. | Diesel | Diesel | 10/31/15 | 10/31/15 | 546996 | 653.60 | 653.60 | 653.60 | - | 653.60 | - | 653.60 | N/A | N/A | N/A | 50 | |
| 61 | National Oil & Gas, Inc. | Diesel | Diesel | 11/02/15 | 11/02/15 | 547004 | 3,444.72 | 3,444.72 | 3,444.72 | - | 3,444.72 | - | 3,444.72 | N/A | N/A | N/A | 51 | |
| 62 | National Oil & Gas, Inc. | Diesel | Diesel | 11/04/15 | 11/04/15 | 547019 | 2,776.22 | 2,776.22 | 2,776.22 | - | 2,776.22 | - | 2,776.22 | N/A | N/A | N/A | 52 | |
| 63 | National Oil & Gas, Inc. | Diesel | Diesel | 11/05/15 | 11/05/15 | 547020 | 966.57 | 966.57 | 966.57 | - | 966.57 | - | 966.57 | N/A | N/A | N/A | 53 | |
| 64 | National Oil & Gas, Inc. | Diesel | Diesel | 11/09/15 | 11/09/15 | 547028 | 3,691.89 | 3,691.89 | 3,691.89 | - | 3,691.89 | - | 3,691.89 | N/A | N/A | N/A | 54 | |

Preliminary
Subject to Amendment

Measured Loss & Damages — Date of Loss: July 22, 2015

**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 21, 2015

**Measured Costs as of May 17, 2018**

| Item No. | Vendor Name | Description | Category | Service Dates | Invoice Date | Invoice No. | Invoice Amount | Claim Amount | Emergency Services & Debris Removal | Building Reconstruction | Total | Insurer Measurement | Difference [K-L] | Amount | Document No. | Date | Page Reference | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | National Oil & Gas, Inc. | Diesel | Diesel | 11/11/15 | 11/11/15 | 547038 | 3,057.70 | 3,057.70 | 3,057.70 | - | 3,057.70 | - | 3,057.70 | N/A | N/A | N/A | 55 | |
| 66 | National Oil & Gas, Inc. | Diesel | Diesel | 11/13/15 | 11/13/15 | 547049 | 2,790.50 | 2,790.50 | 2,790.50 | - | 2,790.50 | - | 2,790.50 | N/A | N/A | N/A | 56 | |
| 67 | National Oil & Gas, Inc. | Diesel | Diesel | 11/14/15 | 11/14/15 | 547051 | 847.80 | 847.80 | 847.80 | - | 847.80 | - | 847.80 | N/A | N/A | N/A | 57 | |
| 68 | National Oil & Gas, Inc. | Diesel | Diesel | 11/16/15 | 11/16/15 | 547053 | 2,626.65 | 2,626.65 | 2,626.65 | - | 2,626.65 | - | 2,626.65 | N/A | N/A | N/A | 58 | |
| 69 | National Oil & Gas, Inc. | Diesel | Diesel | 11/18/15 | 11/18/15 | 547070 | 2,472.81 | 2,472.81 | 2,472.81 | - | 2,472.81 | - | 2,472.81 | N/A | N/A | N/A | 59 | |
| 70 | National Oil & Gas, Inc. | Diesel | Diesel | 11/20/15 | 11/20/15 | 547081 | 2,578.89 | 2,578.89 | 2,578.89 | - | 2,578.89 | - | 2,578.89 | N/A | N/A | N/A | 60 | |
| 71 | National Oil & Gas, Inc. | Diesel | Diesel | 11/21/15 | 11/21/15 | 547082 | 779.15 | 779.15 | 779.15 | - | 779.15 | - | 779.15 | N/A | N/A | N/A | 61 | |
| 72 | National Oil & Gas, Inc. | Diesel | Diesel | 11/23/15 | 11/23/15 | 547085 | 2,754.08 | 2,754.08 | 2,754.08 | - | 2,754.08 | - | 2,754.08 | N/A | N/A | N/A | 62 | |
| 73 | National Oil & Gas, Inc. | Diesel | Diesel | 11/25/15 | 11/25/15 | 547102 | 2,500.93 | 2,500.93 | 2,500.93 | - | 2,500.93 | - | 2,500.93 | N/A | N/A | N/A | 63 | |
| 74 | National Oil & Gas, Inc. | Diesel | Diesel | 11/27/15 | 11/27/15 | 547104 | 2,018.41 | 2,018.41 | 2,018.41 | - | 2,018.41 | - | 2,018.41 | N/A | N/A | N/A | 64 | |
| 75 | National Oil & Gas, Inc. | Diesel | Diesel | 11/29/15 | 11/29/15 | 547106 | 1,355.80 | 1,355.80 | 1,355.80 | - | 1,355.80 | - | 1,355.80 | N/A | N/A | N/A | 65 | |
| 76 | National Oil & Gas, Inc. | Diesel | Diesel | 11/30/15 | 11/30/15 | 547109 | 1,800.94 | 1,800.94 | 1,800.94 | - | 1,800.94 | - | 1,800.94 | N/A | N/A | N/A | 66 | |
| 77 | National Oil & Gas, Inc. | Diesel | Diesel | 12/02/15 | 12/02/15 | 547116 | 2,660.63 | 2,660.63 | 2,660.63 | - | 2,660.63 | - | 2,660.63 | N/A | N/A | N/A | 67 | |
| 78 | National Oil & Gas, Inc. | Diesel | Diesel | 12/04/15 | 12/04/15 | 547140 | 2,150.37 | 2,150.37 | 2,150.37 | - | 2,150.37 | - | 2,150.37 | N/A | N/A | N/A | 68 | |
| 79 | National Oil & Gas, Inc. | Diesel | Diesel | 12/05/15 | 12/05/15 | 547142 | 624.46 | 624.46 | 624.46 | - | 624.46 | - | 624.46 | N/A | N/A | N/A | 69 | |
| 80 | National Oil & Gas, Inc. | Diesel | Diesel | 12/07/15 | 12/07/15 | 547143 | 1,855.35 | 1,855.35 | 1,855.35 | - | 1,855.35 | - | 1,855.35 | N/A | N/A | N/A | 70 | |
| 81 | National Oil & Gas, Inc. | Diesel | Diesel | 12/09/15 | 12/09/15 | 547199 | 2,786.30 | 2,786.30 | 2,786.30 | - | 2,786.30 | - | 2,786.30 | N/A | N/A | N/A | 71 | |
| 82 | National Oil & Gas, Inc. | Diesel | Diesel | 12/11/15 | 12/11/15 | 547156 | 2,035.64 | 2,035.64 | 2,035.64 | - | 2,035.64 | - | 2,035.64 | N/A | N/A | N/A | 72 | |
| 83 | National Oil & Gas, Inc. | Diesel | Diesel | 12/12/15 | 12/12/15 | 547158 | 505.30 | 505.30 | 505.30 | - | 505.30 | - | 505.30 | N/A | N/A | N/A | 73 | |
| 84 | National Oil & Gas, Inc. | Diesel | Diesel | 12/14/15 | 12/14/15 | 547163 | 1,870.25 | 1,870.25 | 1,870.25 | - | 1,870.25 | - | 1,870.25 | N/A | N/A | N/A | 74 | |
| 85 | National Oil & Gas, Inc. | Diesel | Diesel | 12/16/15 | 12/16/15 | 547167 | 1,987.84 | 1,987.84 | 1,987.84 | - | 1,987.84 | - | 1,987.84 | N/A | N/A | N/A | 75 | |
| 86 | National Oil & Gas, Inc. | Diesel | Diesel | 12/18/15 | 12/18/15 | 547179 | 1,917.92 | 1,917.92 | 1,917.92 | - | 1,917.92 | - | 1,917.92 | N/A | N/A | N/A | 76 | |
| 87 | National Oil & Gas, Inc. | Diesel | Diesel | 12/19/15 | 12/19/15 | 547182 | 561.14 | 561.14 | 561.14 | - | 561.14 | - | 561.14 | N/A | N/A | N/A | 77 | |
| 88 | National Oil & Gas, Inc. | Diesel | Diesel | 12/22/15 | 12/22/15 | 547186 | 2,952.50 | 2,952.50 | 2,952.50 | - | 2,952.50 | - | 2,952.50 | N/A | N/A | N/A | 78 | |
| 89 | National Oil & Gas, Inc. | Diesel | Diesel | 12/24/15 | 12/24/15 | 547197 | 2,259.86 | 2,259.86 | 2,259.86 | - | 2,259.86 | - | 2,259.86 | N/A | N/A | N/A | 79 | |
| 90 | National Oil & Gas, Inc. | Diesel | Diesel | 12/26/15 | 12/26/15 | 547199 | 1,509.85 | 1,509.85 | 1,509.85 | - | 1,509.85 | - | 1,509.85 | N/A | N/A | N/A | 80 | |
| 91 | National Oil & Gas, Inc. | Diesel | Diesel | 12/28/15 | 12/28/15 | 557556 | 1,846.36 | 1,846.36 | 1,846.36 | - | 1,846.36 | - | 1,846.36 | N/A | N/A | N/A | 81 | |
| 92 | National Oil & Gas, Inc. | Diesel | Diesel | 12/30/15 | 12/30/15 | 557559 | 1,649.81 | 1,649.81 | 1,649.81 | - | 1,649.81 | - | 1,649.81 | N/A | N/A | N/A | 82 | |
| 93 | National Oil & Gas, Inc. | Diesel | Diesel | 01/01/16 | 01/01/16 | 557568 | 1,594.72 | 1,594.72 | 1,594.72 | - | 1,594.72 | - | 1,594.72 | N/A | N/A | N/A | 83 | |
| 94 | Johnson Oil Company | Diesel | Diesel | N/A | 07/22/15 | 83643 | 2,842.23 | 2,842.23 | 2,842.23 | - | 2,842.23 | 1,169.21 | 1,673.02 | N/A | N/A | N/A | 84 | |
| 95 | Johnson Oil Company | Diesel | Diesel | N/A | 07/23/15 | 83658 | 3,361.26 | 3,361.26 | 3,361.26 | - | 3,361.26 | - | 3,361.26 | N/A | N/A | N/A | 85 | |
| 96 | Johnson Oil Company | Diesel | Diesel | N/A | 07/24/15 | 83663 | 2,970.63 | 2,970.63 | 2,970.63 | - | 2,970.63 | - | 2,970.63 | N/A | N/A | N/A | 86 | |
| 97 | Johnson Oil Company | Diesel | Diesel | N/A | 07/25/15 | 83792 | 3,817.14 | 3,817.14 | 3,817.14 | - | 3,817.14 | - | 3,817.14 | N/A | N/A | N/A | 87 | |
| 98 | Johnson Oil Company | Diesel | Diesel | N/A | 07/26/15 | 83793 | 2,566.29 | 2,566.29 | 2,566.29 | - | 2,566.29 | - | 2,566.29 | N/A | N/A | N/A | 88 | |
| 99 | Johnson Oil Company | Diesel | Diesel | N/A | 07/27/15 | 83681 | 2,263.03 | 2,263.03 | 2,263.03 | - | 2,263.03 | - | 2,263.03 | N/A | N/A | N/A | 89 | |
| 100 | Johnson Oil Company | Diesel | Diesel | N/A | 07/28/15 | 83693 | 1,488.88 | 1,488.88 | 1,488.88 | - | 1,488.88 | - | 1,488.88 | N/A | N/A | N/A | 90 | |
| 101 | Johnson Oil Company | Diesel | Diesel | N/A | 07/29/15 | 83700 | 1,566.34 | 1,566.34 | 1,566.34 | - | 1,566.34 | - | 1,566.34 | N/A | N/A | N/A | 91 | |
| 102 | Johnson Oil Company | Diesel | Diesel | N/A | 07/30/15 | 83805 | 3,321.98 | 3,321.98 | 3,321.98 | - | 3,321.98 | - | 3,321.98 | N/A | N/A | N/A | 92 | |
| 103 | Johnson Oil Company | Diesel | Diesel | N/A | 07/31/15 | 83717 | 1,154.99 | 1,154.99 | 1,154.99 | - | 1,154.99 | - | 1,154.99 | N/A | N/A | N/A | 93 | |
| 104 | Johnson Oil Company | Diesel | Diesel | N/A | 08/01/15 | 83722 | 1,936.51 | 1,936.51 | 1,936.51 | - | 1,936.51 | - | 1,936.51 | N/A | N/A | N/A | 94 | |
| 105 | Johnson Oil Company | Diesel | Diesel | N/A | 08/02/15 | 83723 | 1,297.61 | 1,297.61 | 1,297.61 | - | 1,297.61 | - | 1,297.61 | N/A | N/A | N/A | 95 | |
| 106 | Johnson Oil Company | Diesel | Diesel | N/A | 08/03/15 | 83736 | 2,888.85 | 2,888.85 | 2,888.85 | - | 2,888.85 | - | 2,888.85 | N/A | N/A | N/A | 96 | |
| 107 | Johnson Oil Company | Diesel | Diesel | N/A | 08/04/15 | 83749 | 2,143.68 | 2,143.68 | 2,143.68 | - | 2,143.68 | - | 2,143.68 | N/A | N/A | N/A | 97 | |
| 108 | Johnson Oil Company | Diesel | Diesel | N/A | 08/05/15 | 83878 | 1,460.38 | 1,460.38 | 1,460.38 | - | 1,460.38 | - | 1,460.38 | N/A | N/A | N/A | 98 | |
| 109 | Johnson Oil Company | Diesel | Diesel | N/A | 08/06/15 | 83886 | 1,955.41 | 1,955.41 | 1,955.41 | - | 1,955.41 | - | 1,955.41 | N/A | N/A | N/A | 99 | |
| 110 | Johnson Oil Company | Diesel | Diesel | N/A | 08/07/15 | 83899 | 1,252.68 | 1,252.68 | 1,252.68 | - | 1,252.68 | - | 1,252.68 | N/A | N/A | N/A | 100 | |
| 111 | Johnson Oil Company | Diesel | Diesel | N/A | 08/08/15 | 83900 | 1,750.05 | 1,750.05 | 1,750.05 | - | 1,750.05 | - | 1,750.05 | N/A | N/A | N/A | 101 | |
| 112 | Johnson Oil Company | Diesel | Diesel | N/A | 08/09/15 | 83809 | 1,771.76 | 1,771.76 | 1,771.76 | - | 1,771.76 | - | 1,771.76 | N/A | N/A | N/A | 102 | |
| 113 | Johnson Oil Company | Diesel | Diesel | N/A | 08/10/15 | 84004 | 1,969.71 | 1,969.71 | 1,969.71 | - | 1,969.71 | - | 1,969.71 | N/A | N/A | N/A | 103 | |
| 114 | Johnson Oil Company | Diesel | Diesel | N/A | 08/11/15 | 84013 | 1,306.42 | 1,306.42 | 1,306.42 | - | 1,306.42 | - | 1,306.42 | N/A | N/A | N/A | 104 | |
| 115 | Johnson Oil Company | Diesel | Diesel | N/A | 08/12/15 | 84032 | 2,014.30 | 2,014.30 | 2,014.30 | - | 2,014.30 | - | 2,014.30 | N/A | N/A | N/A | 105 | |
| 116 | Johnson Oil Company | Diesel | Diesel | N/A | 08/13/15 | 84017 | 1,006.08 | 1,006.08 | 1,006.08 | - | 1,006.08 | - | 1,006.08 | N/A | N/A | N/A | 106 | |
| 117 | Johnson Oil Company | Diesel | Diesel | N/A | 08/14/15 | 84050 | 2,405.25 | 2,405.25 | 2,405.25 | - | 2,405.25 | - | 2,405.25 | N/A | N/A | N/A | 107 | |
| 118 | Johnson Oil Company | Diesel | Diesel | N/A | 08/15/15 | 84051 | 1,508.63 | 1,508.63 | 1,508.63 | - | 1,508.63 | - | 1,508.63 | N/A | N/A | N/A | 108 | |
| 119 | Johnson Oil Company | Diesel | Diesel | N/A | 08/16/15 | 83914 | 2,064.97 | 2,064.97 | 2,064.97 | - | 2,064.97 | - | 2,064.97 | N/A | N/A | N/A | 109 | |
| 120 | Johnson Oil Company | Diesel | Diesel | N/A | 08/17/15 | 84052 | 1,424.87 | 1,424.87 | 1,424.87 | - | 1,424.87 | - | 1,424.87 | N/A | N/A | N/A | 110 | |
| 121 | Johnson Oil Company | Diesel | Diesel | N/A | 08/18/15 | 83916 | 1,745.17 | 1,745.17 | 1,745.17 | - | 1,745.17 | - | 1,745.17 | N/A | N/A | N/A | 111 | |
| 122 | Johnson Oil Company | Diesel | Diesel | N/A | 08/19/15 | 884070 | 1,760.52 | 1,760.52 | 1,760.52 | - | 1,760.52 | - | 1,760.52 | N/A | N/A | N/A | 112 | |
| 123 | Johnson Oil Company | Diesel | Diesel | N/A | 08/20/15 | 84081 | 2,222.96 | 2,222.96 | 2,222.96 | - | 2,222.96 | - | 2,222.96 | N/A | N/A | N/A | 113 | |
| 124 | Norrick Petroleum Products, Inc. | Diesel | Diesel | 08/24/16 | 08/24/15 | 167815 | 1,882.34 | 1,882.34 | 1,882.34 | - | 1,882.34 | - | 1,882.34 | N/A | N/A | N/A | 114 | |
| 125 | Norrick Petroleum Products, Inc. | Diesel | Diesel | 08/25/16 | 08/25/15 | 167817 | 4,470.57 | 4,470.57 | 4,470.57 | - | 4,470.57 | - | 4,470.57 | N/A | N/A | N/A | 115 | |
| 126 | National Oil & Gas, Inc. | Diesel | Diesel | 08/27/15 | 08/27/15 | 546667 | 2,300.00 | 2,300.00 | 2,300.00 | - | 2,300.00 | - | 2,300.00 | N/A | N/A | N/A | 116 | |
| 127 | National Oil & Gas, Inc. | Diesel | Diesel | 08/28/15 | 08/28/15 | 546670 | 3,147.88 | 3,147.88 | 3,147.88 | - | 3,147.88 | - | 3,147.88 | N/A | N/A | N/A | 117 | |
| 128 | National Oil & Gas, Inc. | Diesel | Diesel | 08/28/15 | 08/28/15 | 546669 | 3,509.76 | 3,509.76 | 3,509.76 | - | 3,509.76 | - | 3,509.76 | N/A | N/A | N/A | 118 | |
| 129 | National Oil & Gas, Inc. | Diesel | Diesel | 08/30/15 | 08/30/15 | 546672 | 4,085.91 | 4,085.91 | 4,085.91 | - | 4,085.91 | - | 4,085.91 | N/A | N/A | N/A | 119 | |
| 130 | National Oil & Gas, Inc. | Diesel | Diesel | 08/31/15 | 08/31/15 | 546680 | 3,993.35 | 3,993.35 | 3,993.35 | - | 3,993.35 | - | 3,993.35 | N/A | N/A | N/A | 120 | |
| 131 | Village Pantry | Pressure washer fuel | Diesel | 08/27/15 | 08/27/15 | 74023 | 66.26 | 66.26 | 66.26 | - | 66.26 | - | 66.26 | N/A | N/A | N/A | 121 | |
| 132 | Village Pantry | Pressure washer fuel | Diesel | 08/21/15 | 08/21/15 | 25020 | 27.81 | 27.81 | 27.81 | - | 27.81 | - | 27.81 | N/A | N/A | N/A | 121 | |
| 133 | Village Pantry | Pressure washer fuel | Diesel | 08/19/15 | 08/19/15 | 7028 | 29.51 | 29.51 | 29.51 | - | 29.51 | - | 29.51 | N/A | N/A | N/A | 122 | |
| 134 | Phillips 66 | Pressure washer fuel | Diesel | 08/24/15 | 08/24/15 | 75904 | 26.72 | 26.72 | 26.72 | - | 26.72 | - | 26.72 | N/A | N/A | N/A | 122 | |
| 135 | Village Pantry | Pressure washer fuel | Diesel | 08/17/15 | 08/17/15 | 94002 | 29.51 | 29.51 | 29.51 | - | 29.51 | - | 29.51 | N/A | N/A | N/A | 122 | |
| 136 | Village Pantry | Pressure washer fuel | Diesel | 08/14/15 | 08/14/15 | 69017 | 15.54 | 15.54 | 15.54 | - | 15.54 | - | 15.54 | N/A | N/A | N/A | 123 | |

Preliminary
Subject to Amendment

Measured Damages

Date of Loss: July 22, 2015
1155 E Gregory Rd, Albany IN
Date of Loss: July 21, 2015

**Measured Costs as of May 17, 2018**

| Item No. | Vendor Name | Description | Category | Service Dates | Invoice Date | Invoice No. | Invoice Amount | Claim Amount | Preliminary Claim Allocation | | | Insurer Measurement | Difference [K-L] | Payment Confirmation | | | Page Reference | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Emergency Services & Debris Removal | Building Reconstruction | Total | | | Amount | Document No. | Date | | |
| 137 | Village Pantry | Pressure washer fuel | Diesel | 09/06/15 | 09/06/15 | 63015 | 51.90 | 51.90 | 51.90 | - | 51.90 | - | 51.90 | N/A | N/A | N/A | 123 | |
| 138 | Village Pantry | Pressure washer fuel | Diesel | 08/13/15 | 08/13/15 | 61008 | 15.02 | 15.02 | 15.02 | - | 15.02 | - | 15.02 | N/A | N/A | N/A | 123 | |
| 139 | Village Pantry | Pressure washer fuel | Diesel | 08/26/15 | 08/26/15 | 64028 | 26.05 | 26.05 | 26.05 | - | 26.05 | - | 26.05 | N/A | N/A | N/A | 124 | |
| 140 | Village Pantry | Pressure washer fuel | Diesel | 09/01/15 | 09/01/15 | 19003 | 69.31 | 69.31 | 69.31 | - | 69.31 | - | 69.31 | N/A | N/A | N/A | 124 | |
| 141 | Village Pantry | Pressure washer fuel | Diesel | 09/04/15 | 09/04/15 | 41030 | 24.11 | 24.11 | 24.11 | - | 24.11 | - | 24.11 | N/A | N/A | N/A | 124 | |
| 142 | Village Pantry | Pressure washer fuel | Diesel | 08/21/15 | 08/21/15 | 25019 | 46.51 | 46.51 | 46.51 | - | 46.51 | - | 46.51 | N/A | N/A | N/A | 125 | |
| 143 | Best Way Disposal | Disposal | Disposal | 07/01/15 - 07/31/15 | 08/01/15 | 41414 | 5,760.00 | 5,760.00 | 5,760.00 | - | 5,760.00 | - | 5,760.00 | N/A | N/A | N/A | 126-127 | |
| 144 | Best Way Disposal | Disposal | Disposal | 08/01/15 - 08/31/15 | 09/01/15 | 42416 | 1,334.30 | 1,334.30 | 1,334.30 | - | 1,334.30 | - | 1,334.30 | N/A | N/A | N/A | 128 | |
| 145 | Indiana Michigan Power | Electricity service | Electric | 07/17/15 - 08/06/15 | 08/14/15 | 048-832-147-0-4 | 51,921.20 | 11,874.65 | 11,874.65 | - | 11,874.65 | - | 11,874.65 | N/A | N/A | N/A | 129 | |
| 146 | Indiana Michigan Power | Electricity service | Electric | 07/17/15 - 08/17/15 | 08/17/15 | 042-345-611-0-0 | 5,916.46 | 1,608.05 | 1,608.05 | - | 1,608.05 | - | 1,608.05 | N/A | N/A | N/A | 130 | |
| 147 | Indiana Michigan Power | Electricity service | Electric | 07/17/15 - 08/17/15 | 08/17/15 | 044-667-244-0-0 | 17,053.79 | 3,437.00 | 3,437.00 | - | 3,437.00 | - | 3,437.00 | N/A | N/A | N/A | 131 | |
| 148 | Indiana Michigan Power | Electricity service | Electric | 07/17/15 - 08/17/15 | 08/17/15 | 048-833-392-3-8 | 9,557.89 | 3,275.97 | 3,275.97 | - | 3,275.97 | - | 3,275.97 | N/A | N/A | N/A | 132 | |
| 149 | Indiana Michigan Power | Electricity service | Electric | 07/17/15 - 08/17/15 | 08/18/15 | 044-740-100-0-8 | 68,150.32 | 5,242.41 | 5,242.41 | - | 5,242.41 | - | 5,242.41 | N/A | N/A | N/A | 133 | |
| 150 | Indiana Michigan Power | Electricity service | Electric | 07/17/15 - 08/17/15 | 08/21/15 | 044-648-054-0-9 | 11,835.57 | 3,666.34 | 3,666.34 | - | 3,666.34 | - | 3,666.34 | N/A | N/A | N/A | 134-135 | |
| 151 | Aqua Blast | Pressure washer rental | Equipment | N/A | 09/25/15 | 117979 | 5,850.00 | 5,850.00 | 5,850.00 | - | 5,850.00 | 5,850.00 | - | N/A | N/A | N/A | 136 | |
| 152 | Hudson Tool Rental | Pressure washer rental | Equipment | 09/10/15 - 10/08/15 | 09/10/15 | 622817A-1 | 1,059.30 | 1,059.30 | 1,059.30 | - | 1,059.30 | 1,059.30 | - | N/A | N/A | N/A | 137 | |
| 153 | Anderson Rent All | Pressure washer rental | Equipment | 08/13/15 - 09/03/15 | 08/13/15 | 622804-3 | 1,059.30 | 1,059.30 | 1,059.30 | - | 1,059.30 | 1,059.30 | - | N/A | N/A | N/A | 138 | |
| 154 | Hudson Tool Rental | Pressure washer rental | Equipment | 08/13/15 - 09/10/15 | 08/13/15 | 622817-1 | 1,059.30 | 1,059.30 | 1,059.30 | - | 1,059.30 | 1,059.30 | - | N/A | N/A | N/A | 139 | |
| 155 | Vectren Energy Delivery | Natural gas service | Gas | 07/22/15 - 08/21/15 | 08/26/15 | 02-620525992-58790125 | 32,076.62 | 10,050.59 | 10,050.59 | - | 10,050.59 | - | 10,050.59 | N/A | N/A | N/A | 140 | |
| 156 | Vectren Energy Delivery | Natural gas service | Gas | 08/21/15 - 08/27/15 | 08/28/15 | 02-620525992-58790125 | 34,059.08 | 1,982.46 | 1,982.46 | - | 1,982.46 | - | 1,982.46 | N/A | N/A | N/A | 141 | |
| 157 | J&J Electric of Indiana, Inc. | Temporarily bypass transfer switch | J&J Electric | N/A | 07/28/15 | 10596 | 2,010.25 | 2,010.25 | 2,010.25 | - | 2,010.25 | 2,010.25 | - | N/A | N/A | N/A | 142 | |
| 158 | Ridge NAPA | Fuel filter and oil filter | Maintenance | N/A | 09/14/15 | 275477 | 168.15 | 168.15 | - | 168.15 | 168.15 | 168.15 | - | N/A | N/A | N/A | 143 | |
| 159 | Autozone | Motor oil | Maintenance | N/A | N/A | 9782 | 17.08 | 17.08 | - | 17.08 | 17.08 | 17.08 | - | N/A | N/A | N/A | 144 | |
| 160 | Lowe's Home Centers, LLC | Respirators | Maintenance | 08/21/15 | 08/21/15 | 93181919 | 119.74 | 119.74 | - | 119.74 | 119.74 | 119.74 | - | N/A | N/A | N/A | 145 | |
| 161 | Lowe's Home Centers, LLC | Tape, reacher, tank sprayers, shop vacs and tools | Maintenance | 08/13/15 | 08/13/15 | 13479692 | 317.36 | 317.36 | - | 317.36 | 317.36 | 317.36 | - | N/A | N/A | N/A | 146 | |
| 162 | US Aggregates | Lime | Maintenance | 07/30/15 | 07/31/15 | 1009892 | 350.23 | 350.23 | - | 350.23 | 350.23 | 350.23 | - | N/A | N/A | N/A | 147 | |
| 163 | Select Equipment | 80 AMP Trap form | Maintenance | N/A | 07/22/15 | 34739 | 658.00 | 658.00 | - | 658.00 | 658.00 | 658.00 | - | N/A | N/A | N/A | 148 | |
| 164 | HP Products | Bleach, gloves and aprons | Maintenance | N/A | 08/18/15 | I2398877 | 1,276.88 | 630.50 | - | 630.50 | 630.50 | 630.50 | - | N/A | N/A | N/A | 149-150 | |
| 165 | HP Products | QC Sleeves, siphon pumps and labels | Maintenance | N/A | 08/18/15 | I2398876 | 940.02 | 940.02 | - | 940.02 | 940.02 | 940.02 | - | N/A | N/A | N/A | 151 | |
| 166 | Wiese USA | Removed old tire and pressed new tire | Maintenance | N/A | 07/23/15 | 63088910 | 219.10 | 219.10 | - | 219.10 | 219.10 | 219.10 | - | N/A | N/A | N/A | 152 | |
| 167 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 07/22/15 | 52455618 | 1,275.93 | 1,275.93 | 1,275.93 | - | 1,275.93 | - | 1,275.93 | N/A | N/A | N/A | 153 | |
| 168 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 07/24/15 | 52463105 | 1,656.10 | 1,656.10 | 1,656.10 | - | 1,656.10 | - | 1,656.10 | N/A | N/A | N/A | 154 | |
| 169 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 07/25/15 | 52479790 | 1,981.62 | 1,981.62 | 1,981.62 | - | 1,981.62 | - | 1,981.62 | N/A | N/A | N/A | 155 | |
| 170 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 07/27/15 | 52468317 | 1,729.10 | 1,729.10 | 1,729.10 | - | 1,729.10 | - | 1,729.10 | N/A | N/A | N/A | 156 | |
| 171 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 07/29/15 | 52479791 | 1,115.69 | 1,115.69 | 1,115.69 | - | 1,115.69 | - | 1,115.69 | N/A | N/A | N/A | 157 | |
| 172 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 08/01/15 | 52536582 | 2,008.71 | 2,008.71 | 2,008.71 | - | 2,008.71 | - | 2,008.71 | N/A | N/A | N/A | 158 | |
| 173 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 08/01/15 | 52527856 | 822.30 | 822.30 | 822.30 | - | 822.30 | - | 822.30 | N/A | N/A | N/A | 159 | |
| 174 | Linde LLC | Modular tunnel freezer | Oxygen | N/A | 08/01/15 | 52527341 | 623.81 | 623.81 | 623.81 | - | 623.81 | - | 623.81 | N/A | N/A | N/A | 160 | |
| 175 | Linde LLC | Bulk liquid oxygen | Oxygen | N/A | 08/05/15 | 52560793 | 1,700.17 | 1,700.17 | 1,700.17 | - | 1,700.17 | - | 1,700.17 | N/A | N/A | N/A | 161 | |
| 176 | National Oil & Gas, Inc. | Diesel | Diesel | N/A | 09/15/15 | CK#103547 | 2,576.66 | 2,576.66 | 2,576.66 | - | 2,576.66 | - | 2,576.66 | 2,576.66 | 103547 | 09/15/15 | 162 | |
| 177 | National Oil & Gas, Inc. | Diesel | Diesel | N/A | 09/15/15 | CK#103549 | 1,537.68 | 1,537.68 | 1,537.68 | - | 1,537.68 | - | 1,537.68 | 1,537.68 | 103549 | 09/15/15 | 163 | |
| 178 | National Oil & Gas, Inc. | Diesel | Diesel | N/A | 09/17/15 | CK#103553 | 1,806.83 | 1,806.83 | 1,806.83 | - | 1,806.83 | - | 1,806.83 | 1,806.83 | 103553 | 09/17/15 | 164 | |
| 179 | Battery Express | Aquatic supplies | Maintenance | N/A | 09/22/15 | CK#103564 | 821.76 | 821.76 | - | 821.76 | 821.76 | 821.76 | - | 821.76 | 103564 | 09/22/15 | 165 | |
| 180 | ADS Services | Other half of nitrate and ammonia from 8th month | Maintenance | N/A | 10/01/15 | N/A | 1,090.56 | 545.28 | - | 545.28 | 545.28 | 545.28 | - | N/A | N/A | N/A | 166 | |
| 181 | Hach Company | Aquatic supply special project | Maintenance | N/A | 09/21/15 | 349726 | 747.57 | 747.57 | - | 747.57 | 747.57 | 747.57 | - | N/A | N/A | N/A | 167-168 | |
| 182 | McAllister | Filters | Maintenance | N/A | 10/13/15 | R66155218401 | 223.18 | 223.18 | - | 223.18 | 223.18 | 223.18 | - | N/A | N/A | N/A | 169 | |
| 183 | Cummins Crosspoint | Unit having intermittent problems | Maintenance | N/A | 10/05/15 | 011-21132 | 768.19 | 768.19 | - | 768.19 | 768.19 | 768.19 | - | N/A | N/A | N/A | 170-171 | |
| 184 | Huston Electric Inc. | Electrical work including ATS | N/A | N/A | 06/24/16 | 16LA60472 | 114,900.00 | 52,971.00 | - | 52,971.00 | 52,971.00 | - | 52,971.00 | 116,454.74 | N/A | 06/24/16 | 172-186 | |
| 185 | Xylem | Electrode kits | N/A | N/A | 05/20/16 | 645804 | 168.66 | 168.66 | - | 168.66 | 168.66 | - | 168.66 | N/A | N/A | N/A | 187-189 | |
| 186 | Xylem | Test thermistor, test ODO membrane cap and replace, probe assy / labor and sensor cap kit / labor | N/A | N/A | 07/20/16 | 653214 | 4,288.96 | 4,288.96 | - | 4,288.96 | 4,288.96 | - | 4,288.96 | N/A | N/A | N/A | 190-194 | |
| 187 | Pranger Enterprises | Materials and workmanship for startup | N/A | N/A | 03/31/16 | 2654 | 20,000.00 | 20,000.00 | - | 20,000.00 | 20,000.00 | - | 20,000.00 | N/A | N/A | N/A | 195 | |

Measured Damages

Date of Loss: July 22, 2015
Date of Loss: July 21, 2015

**Measured Costs as of May 17, 2018**

| | | | | | | | | | Preliminary Claim Allocation | | | | | Payment Confirmation | | | | |
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
| Item No. | Vendor Name | Description | Category | Service Dates | Invoice Date | Invoice No. | Invoice Amount | Claim Amount | Emergency Services & Debris Removal | Building Reconstruction | Total | Insurer Measurement | Difference [K-L] | Amount | Document No. | Date | Page Reference | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 188 | Pranger Enterprise | Emergency repair to drum filter back wash pit | N/A | N/A | 05/11/16 | 2757 | 3,834.00 | 3,834.00 | - | 3,834.00 | 3,834.00 | - | 3,834.00 | 3,834.00 | N/A | 05/25/16 | 196-197 | |
| 189 | Pranger Enterprises | Repair drum filter weir walls | N/A | N/A | 04/29/16 | 2720 | 4,048.00 | 4,048.00 | - | 4,048.00 | 4,048.00 | - | 4,048.00 | 4,048.00 | N/A | 05/25/16 | 198-199 | |
| 190 | Pranger Enterprises | Sand in biofilters | N/A | N/A | 04/29/16 | 2722 | 51,000.00 | 51,000.00 | - | 51,000.00 | 51,000.00 | - | 51,000.00 | 51,000.00 | N/A | 05/25/16 | 200-202 | |
| 191 | Pranger Enterprises | Materials and workmanship for startup | N/A | N/A | 07/29/16 | 3121 | 41,410.00 | 41,410.00 | - | 41,410.00 | 41,410.00 | - | 41,410.00 | 41,410.00 | N/A | 08/11/16 | 203-206 | |
| 192 | Pranger Enterprises | Repair chiller controls and network | N/A | N/A | 07/20/16 | 3074 | 19,868.00 | 19,868.00 | - | 19,868.00 | 19,868.00 | - | 19,868.00 | 19,868.00 | N/A | 08/11/16 | 207-210 | |
| 193 | Pranger Enterprises | RAS vertical turbine pump | N/A | N/A | 07/29/16 | 3118 | 2,500.00 | 2,500.00 | - | 2,500.00 | 2,500.00 | - | 2,500.00 | N/A | N/A | N/A | 211 | |
| 194 | Pranger Enterprises | Service repairs for AAON MUA units | N/A | N/A | 08/12/16 | 3156 | 3,500.00 | 3,500.00 | - | 3,500.00 | 3,500.00 | - | 3,500.00 | N/A | N/A | N/A | 212 | |
| 195 | Pranger Enterprises | Service repairs for AAON MUA units | N/A | N/A | 08/31/16 | 3277 | 7,300.00 | 7,300.00 | - | 7,300.00 | 7,300.00 | - | 7,300.00 | N/A | N/A | N/A | 213 | |
| 196 | Pranger Enterprises | Service repairs for AAON MUA units | N/A | N/A | 09/30/16 | 3395 | 10,255.00 | 10,255.00 | - | 10,255.00 | 10,255.00 | - | 10,255.00 | N/A | N/A | N/A | 214 | |
| 197 | Primozone | Self regulating power TR | N/A | N/A | 05/13/16 | 50035 | 24,047.00 | 24,047.00 | - | 24,047.00 | 24,047.00 | - | 24,047.00 | 24,047.00 | WIRE2016516-2 | 05/16/16 | 215-216 | |
| 198 | Leslie's Swimming Pool Supplies | 100 LB Powder granular clorine | N/A | N/A | 04/22/16 | 56-309275 | 584.20 | 584.20 | - | 584.20 | 584.20 | - | 584.20 | 584.22 | DC20160422-02 | 04/22/16 | 217-218 | |
| 199 | Leslie's Swimming Pool Supplies | 100 LB Powder granular clorine | N/A | N/A | 04/22/16 | 171-425179 | 778.96 | 778.96 | - | 778.96 | 778.96 | - | 778.96 | 778.96 | DC20160422-01 | 04/22/16 | 219-220 | |
| 200 | YSI Incorporated | Cover enclosures | N/A | N/A | 07/13/16 | BA0114 | 76,035.00 | 76,035.00 | - | 76,035.00 | 76,035.00 | - | 76,035.00 | 38,017.50 | N/A | 07/18/16 | 221-223 | |
| 201 | YSI Incorporated | Equipment recommissioning | N/A | N/A | 07/13/16 | BA113 | 138,111.20 | 138,111.20 | - | 138,111.20 | 138,111.20 | - | 138,111.20 | 69,055.60 | N/A | 07/15/16 | 224-226 | |
| 202 | L.H Controls | Service call pump panels | N/A | 08/05/16 | 08/04/16 | 11895 | 949.80 | 949.80 | - | 949.80 | 949.80 | - | 949.80 | 949.80 | 1013 | 11/08/16 | 227-228 | |
| 203 | L.H Controls | Service call pump panels | N/A | 08/11/16 | 08/18/16 | 11910 | 1,074.30 | 1,074.30 | - | 1,074.30 | 1,074.30 | - | 1,074.30 | 1,074.30 | 1013 | 11/08/16 | 229-230 | |
| 204 | Process Logic Corporation | Fingering system operator | N/A | N/A | 04/23/16 | 49422 | 1,039.31 | 1,039.31 | - | 1,039.31 | 1,039.31 | - | 1,039.31 | 1,039.31 | 106503 | 05/04/16 | 231-232 | |
| 205 | A Rental Service Co. | Pressure washer rental | Equipment | Through 09/13/15 | N/A | N/A | 1,646.76 | 1,646.76 | 1,646.76 | - | 1,646.76 | 1,646.76 | - | N/A | N/A | N/A | 233-235 | |
| 206 | A Rental Service Co. | Pressure washer rental | N/A | N/A | 01/04/16 | N/A | 6,599.78 | 6,599.78 | 6,599.78 | - | 6,599.78 | - | 6,599.78 | N/A | N/A | N/A | 236-236 | |
| 207 | Aqua Blast | Pressure washer rental | N/A | 09/25/15 - 12/24/15 | 09/25/15 | 118561 | 26,089.50 | 26,089.50 | 26,089.50 | - | 26,089.50 | - | 26,089.50 | N/A | N/A | N/A | 237-239 | |
| 208 | Leslie's Swimming Pool Supplies | Granular chlorine | Clean-up | N/A | 09/24/15 | 669-106495 | 10,314.80 | 10,314.80 | 10,314.80 | - | 10,314.80 | 10,314.80 | - | N/A | N/A | N/A | 240-244 | |
| 209 | National Oil & Gas, Inc. | Diesel | Diesel | 09/12/15 | 09/12/15 | 546743 | 1,992.85 | 1,992.85 | 1,992.85 | - | 1,992.85 | - | 1,992.85 | 1,992.85 | 106313 | 09/14/15 | 245-246 | |
| 210 | National Oil & Gas, Inc. | Diesel | Diesel | 09/11/15 | 09/11/15 | 546739 | 2,655.82 | 2,655.82 | 2,655.82 | - | 2,655.82 | - | 2,655.82 | 2,655.82 | 106311 | 09/11/15 | 247-249 | |
| 211 | National Oil & Gas, Inc. | Diesel | Diesel | 09/09/15 | 09/09/15 | 546729 | 3,860.07 | 3,860.07 | 3,860.07 | - | 3,860.07 | - | 3,860.07 | 3,860.07 | 106310 | 09/10/15 | 250-252 | |
| 212 | National Oil & Gas, Inc. | Diesel | Diesel | 09/07/15 | 09/07/15 | 546718 | 1,907.05 | 1,907.05 | 1,907.05 | - | 1,907.05 | - | 1,907.05 | 1,907.05 | 103539 | 09/08/15 | 253-255 | |
| 213 | National Oil & Gas, Inc. | Diesel | Diesel | 09/05/15 | 09/05/15 | 546716 | 1,087.46 | 1,087.46 | 1,087.46 | - | 1,087.46 | - | 1,087.46 | 1,087.46 | 103538 | 09/07/15 | 256-258 | |
| 214 | National Oil & Gas, Inc. | Diesel | Diesel | 09/03/15 | 09/03/15 | 546700 | 619.50 | 619.50 | 619.50 | - | 619.50 | - | 619.50 | 619.50 | 103537 | 09/05/15 | 259-260 | |
| 215 | National Oil & Gas, Inc. | Diesel | Diesel | 09/04/15 | 09/04/15 | 546714 | 835.58 | 835.58 | 835.58 | - | 835.58 | - | 835.58 | 835.58 | 103536 | 09/05/15 | 261-263 | |
| 216 | National Oil & Gas, Inc. | Diesel | Diesel | 09/03/15 | 09/03/15 | 546702 | 3,400.20 | 3,400.20 | 3,400.20 | - | 3,400.20 | - | 3,400.20 | 3,400.20 | 103535 | 09/04/15 | 264-266 | |
| 217 | National Oil & Gas, Inc. | Diesel | Diesel | 09/02/15 | 09/02/15 | 546691 | 4,082.13 | 4,082.13 | 4,082.13 | - | 4,082.13 | - | 4,082.13 | 4,082.13 | 103534 | 09/03/15 | 267-269 | |
| 218 | National Oil & Gas, Inc. | Diesel | Diesel | 09/01/15 | 09/01/15 | 546689 | 948.28 | 948.28 | 948.28 | - | 948.28 | - | 948.28 | 948.28 | 103531 | 09/02/15 | 270-272 | |

Total   $ 1,103,377.90   $ 850,823.78   $ 380,534.23   $ 470,289.55   $ 850,823.78   $ 73,939.16   $ 776,884.62

**Notes:**
1- From file "Bell Aquaculture LLC Insurance Claim - Expense Reconciliation Schedule.xlsx"
2- From file "Stock Claim.xlsx"
3- From file "Bell Aquaculture  Feed Ingredient Inventory.xlsx"
4- From file "Bell Aquaculture  BI Claim.xlsx"



**Bell Aquaculture LLC**
**Balance Sheet**



**Bell Aquaculture LLC**
**Balance Sheet**



**Bell Aquaculture**

11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

**Calculated Value of Damaged Stock as of May 17, 2018**

| Description | Calculated Amount | Comments |
|---|---|---|
| Calculated Lost Stock (in kilograms) | 198,828 | From Schedule 1 |
| Estimated Actual Cash Value per Kilogram | $ 7.53 | From Schedule 2 |
| **Calculated Value of Damaged Stock** | **$ 1,496,755** | |

**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

**Computation of Damaged Stock Quantity**



**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

**Stock Per KG Actual Cash Value Calculation**



**Bell Aquaculture**

Summary

11550 E Gregory Rd, Albany IN

Date of Loss: July 22, 2015

**Summary of Feed Ingredient Inventory**



**Bell Aquaculture**                                                                                                                                1
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

**Summary of Amount Scapped/Disposed**



**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

1A

**Summary of Inventory Pounds**





**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

1B

**Summary of Feed Ingredients**





**Bell Aquaculture**
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

**Summary of Cost per Pound Calculation**



**Bell Aquaculture**                                                                                                                     3
11550 E Gregory Rd, Albany IN
Date of Loss: July 22, 2015

**Summary of Credit & Disposal Charges**

| Item No. | Vendor Name | Description | Service Dates | Invoice Date | Invoice No. | Invoice Amount | Claim Amount | Page Reference | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ███ | ███ | ██ | ██ | ██ | █ ███ | ███ | █ | |
| 2 | Best Way Disposal | Disposal services | 04/01/16 - 04/30/16 | 05/01/16 | 50373 | 1,152.00 | 1,152.00 | 2-5 | |
| 3 | Best Way Disposal | Disposal services | 05/01/16 - 05/31/16 | 06/01/16 | 51621 | 1,437.00 | 1,437.00 | 6-9 | |

**Total**                                                                                    $    9,589.00   $   (4,411.00) **To Summary**

Note:
1- Source file "Bell Aquaculture_Credit and Disposal Support.pdf"



1

**STRAIGHT BILL OF LADING -SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

RECEIVED at Empire subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading

BOL #: **E     9725**

BOL Date: **Nov 28, 2014**

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route. Otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or

Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification or tariff of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIPPER**

| | |
|---|---|
| Release#:  **0020495** | Arrival#:  **N/A** |
| Contract#:  **1405474** | Lot #:  **E-14** |
| Customer#:  **0001011** | GPASS #:  **32124** |
| Buyer's #:  **BA111414** | Bin #:  **14** |

**CONSIGNEE (SHIP TO)**

**BELL AQUACULTURE**

**ALBANY IN**

Special Instructions:   Not For Human Consumption

*12-1-14*

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████

I certify that I have loaded the goods listed above in good condition                    *Shannon Aller*              Shipper Signature

I certify that I have received the goods listed above                    *[signature]*              Truck Driver Signature

In Compliance with FDA Regulation 21 C.F.R. §. 589.2000. For the Purpose of this form, "Restricted Use Protein Products" means prohibited mammalian protein products used as feed ingredients within the meaning of 21 C.F.R. §. 589.2000.

*O.B.*  I certify that this truck has been cleaned, and is therefore free of Restricted Use Protein Products, or any product that contains Restricted Use Protein Product

OR

*O.B.*  I certify that this truck has not hauled Restricted Use Protein Products.

I certify that _____ product was hauled in this truck before "Current" product was loaded

Truck Driver Signature   *[signature]*              Date  *11-28-14*

I certify that I have visually inspected this truck. Based on that visual inspection and information provided above by the truck driver about the prior load hauled in that truck I certify that this truck appears to be free from Restricted Use Protein Products or any product containing Restricted Use Protein Products.

Shipper Signature   *Shannon Aller*              Date  *11/28/14*

**DAYBROOK**

Permanent Post Office address of Shipper: DAYBROOK FISHERIES, INC., P.O. Box 128, Empire, LA 70050

SHIPPER:  Phone (504) 657-8400 ext. 225 FAX (504) 564-0290
Daybrook Fisheries Inc.
136 Daybrook Lane
Empire, LA 70050

Carrier:  **MCDONALD TRUCKING**

Truck:  **552**

Trailer:  **1419**

**3**

Adaptive Bio-Resources LLC
26420 Lone Tree Road
Escalon, CA 95320

**Adaptive Bio-Resources, Llc**
high-value agricultural products

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2014 | 14.9.02 |

| Bill To | Ship To |
|---------|---------|
| Bell Aquaculture<br>Attn: Steve Craig<br>PO Box 85<br>Redkey, IN.  47373 | Bell Aquaculture<br>Attn: Steve Craig<br>11550 East Gregory Road<br>Albany, IN 47320 |

| P.O. Number | Terms | Ship | Via | F.O.B. |
|-------------|-------|------|-----|--------|
| | Due on receipt | 10/6/2014 | Intermodal | Escalon |

out to 28%

**Adaptive Bio-Resources, Llc**
high-value agricultural products

**26420 Lone Tree Road**
**Escalon, CA 95320**
**USA**

| SHIPPING/WEIGH TICKET SUMMARY | | ABR Contact: John Hamilton (970) 396-7258 |
|---|---|---|

**Consignee Name:**
Bell Aquaculture

**Company Contact:**
Steve Craig

**Contact Phone:**
(276) 451-8917

**Shipping Address:**
11550 East Gregory Road
Albany, Indiana 47320

REVISED WEIGH SUMMARY
Ordered revised as per phone instructions from Steve Craig, Bell Aquaculture, 9/30/2014

**Freight Carrier/Ship Date:**
Fairgrounds Transportation
10/6/2014

**Date of Summary:**
September 26, 2014

**Gross Weight:**
43,294 lbs.

The weights shown below are separate weights.
The GROSS WEIGHT is the CERTIFIED WEIGHT and was weighed on a Fairbanks platform scale.
The described product[s] was weighed, counted or measured by a Deputy Weighmaster at ABR, Escalon, CA

| Product/ Weight Ticket # | Product Wt. | IBC Tote Wt./ Tote # | Drum Wt. | Pallet Wt./ Bulk Bag Wt. | GROSS WT. |
|---|---|---|---|---|---|

Driver Signature: _____

**5**

```
LOWE'S PELLETS & GRAIN            ===========      PAGE   1
2372 W SR 46                       INVOICE         INVOICE NO.  00209238
GREENSBURG IN 47240               ===========      ORDER DATE  01/07/15
812-663-7863                                       ACCOUNT NO. BELL
                                                   BATCH 107 AL

                                                   ORDER NO.   00008521
```



```
         BELL AQUACULTURE, LLC
         PO BOX 85
         REDKEY IN 47373
```

```
===============================================================================
    P.O.#     SHIP DATE    TERMS        SLS LOC
-------------------------------------------------------------------------------
             01/07/15  Net 30 DAYS      010 001
===============================================================================
   ITEM NO        DESCRIPTION           UNITS SOLD    UNIT PRICE   EXTENDED
-------------------------------------------------------------------------------
```



Posted 1-14-15 to account #
12600

5B

**6**

ADM Alliance Nutrition, Inc.

# INVOICE

For questions, comments or name/address changes, please contact our customer service representative at 800-775-3295.

| Customer Number | Invoice Date | Invoice Number | Order Number | Customer P.O./Ticket # | Customer Contract Numbers | | |
|---|---|---|---|---|---|---|---|
| 366511 | 09-SEP-14 | 7624722 | 3554846 | BA090814 | | | |

| Terms | Due Date | Ship Date | Sales Representative | Delivered From | Ship Via |
|---|---|---|---|---|---|
| NET 30 | 09-OCT-14 | 09-SEP-14 | UNASSIGNED - NATIONAL ACCOUN | 81:EFFINGHAM, IL | |

| Product Number | Product Description | Quantity Ordered | Quantity Shipped | Unit Size | Price Per Unit | Price Per Pound | Extended Price |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Posted 9-16-14 to account #

126.00

LM

RECEIVED
SEP 15 REC'D

| PAYMENT INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDL | TOTAL DUE |
|---|---|---|---|---|
| Please ensure that your payment for 10,110.00 is received in our office by 10/09/14. | | | | |

Past Due items are subject to a Finance Charge of 1.5% per month, which is an annual rate of 18%.
See reverse side for additional terms and conditions that apply to your account.

C8789J-10/06

O-9-14

**7**

```
LOWE'S PELLETS & GRAIN                    ==========    PAGE    1
2372 W SR 46                               INVOICE      INVOICE NO. 00206541
GREENSBURG IN 47240                       ==========    ORDER DATE  10/27/14
812-663-7863                                            ACCOUNT NO. BELL
                                                        BATCH 130 RB

                                                        ORDER NO.   00007936
```



```
          BELL AQUACULTURE, LLC
          PO BOX 85
          REDKEY IN 47373
```

```
================================================================================
      P.O.#     SHIP DATE    TERMS        SLS LOC
--------------------------------------------------------------------------------
BA102714FM     10/30/14  SPECIAL         010 001
================================================================================
   ITEM NO         DESCRIPTION            UNITS SOLD    UNIT PRICE    EXTENDED
--------------------------------------------------------------------------------
```





**8**

Page:    1

## Invoice

Daybrook Fisheries, Inc.
P.O. Box 1931
Morristown, NJ 07962
(973) 538-6766

**INVOICE NUMBER:** 0026760-IN
**INVOICE DATE:** 1/19/2015
**B/L NO:** 9898
**BUYER'S REF NO:** 201500005
**ORDER DATE** 1/9/2015
**CONTRACT NO:** 1405493
**RELEASE NUMBER:** 0020666
**SHIP DATE:** 1/19/2015

**Customer Number:**    00-0001011

**Sold To:**

BELL AQUACULTURE, LLC.
PO BOX 85
REDKEY, IN 47373

**Ship To:**

BELL AQUACULTURE
11550 E.GREGORY RD
ALBANY, IN 47320

### COUNTRY OF ORIGIN OF GOODS
**FOB:** EMPIRE, LA

| Routing | Shipped To | Ship VIA | Carrier No. | Terms |
|---|---|---|---|---|
| GLORYLAND TRANS | ALBANY, IN | TRUCK | 454 | NET CASH ON RECEIPT OF INVOICE |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|





Postm 1/29/15
2600

_Vm_



**9**



# Invoice

U.S. Employer Identification No 27-4083144

Page 1 of 1

| | |
|---|---|
| **D.U.N.S. NO.** | 16-014-7252 |

**ACH/EFT Instructions**

DSM Nutritional Products LLC
ABA# 071000039
Acct# 5800395773
Bank of America
100 W 33rd Street
New York NY 10001

**Remit To Address**

DSM Nutritional Products LLC
3927 Collection Center Drive
Chicago, IL 60693

| DOCUMENT NO. | DOCUMENT DATE | DISCOUNT DATE | DUE DATE |
|---|---|---|---|
| 2931777655 | 06/29/2015 | | 07/29/2015 |

| BILL TO: | SOLD TO: | SHIP TO: |
|---|---|---|
| BELL AQUACULTURE<br>PO Box 85<br>REDKEY IN 47373 | BELL AQUACULTURE LLC<br>9885 WEST STATE RD 67<br>REDKEY IN 47373 | BELL AQUACULTURE<br>11550 E GREGORY RD<br>ALBANY IN 47320 |

PLEASE NOTIFY US IF THE ABOVE INFORMATION IS INCORRECT: DSM Nutritional Products ; 45 Waterview Boulevard, Parsippany, NJ 07054-1298    Telephone (800) 526-0189    testFax (973) 257-8420

| PURCHASE ORDER NO. | REFERENCE DOC. | SHIPPED DATE | CUST.NO. | CARRIER | ORDER NO. |
|---|---|---|---|---|---|
| 20154000107 | 2922736857 | 06/29/2015 | VUS0918219 | Con-Way Ce | 1114690790 |

| PRODUCT CODE/<br>PRODUCT DESCRIPTION | LOT QUANTITY<br>& U/W | PACKAGE SIZE<br>& U/W | NO.OF<br>PKGS. | PRICING<br>QUANTITY | UNIT PRICE<br>& U/W | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

*12600 Sephmi*
*Shuan*

Issued By:
DSM Nutritional Products
616 Dayton Avenue
Ames
IA
50010-6532

SEE PROVISIONS ON REVERSE SIDE

**10**

 **DSM**

# Invoice

U.S. Employer Identification No. 27-4085144

Page 1 of 1

| D.U.N.S. NO. | 16-014-7252 |
|---|---|

| ACH/EFT Instructions | Remit To Address | | | | |
|---|---|---|---|---|---|
| DSM Nutritional Products LLC<br>ABA# 071000039<br>Acct# 5800395773<br>Bank of America<br>100 W 33rd Street<br>New York NY 10001 | DSM Nutritional Products LLC<br>3927 Collection Center Drive<br>Chicago, IL 60693 | | | | |

| DOCUMENT NO. | DOCUMENT DATE | DISCOUNT DATE | DUE DATE |
|---|---|---|---|
| 2931768235 | 04/10/2015 | | 05/10/2015 |

| BILL TO: | SOLD TO: | SHIP TO: |
|---|---|---|
| BELL AQUACULTURE<br>PO Box 85<br>REDKEY IN 47373 | BELL AQUACULTURE LLC<br>9885 WEST STATE RD 67<br>REDKEY IN 47373 | BELL AQUACULTURE<br>11550 E GREGORY RD<br>ALBANY IN 47320 |

PLEASE NOTIFY US IF THE ABOVE INFORMATION IS INCORRECT: DSM Nutritional Products ; 45 Waterview Boulevard, Parsippany, NJ 07054-1298    Telephone (800) 526-0189  testFax (973) 257-8420

| PURCHASE ORDER NO. | REFERENCE DOC. | SHIPPED DATE | CUST.NO. | CARRIER | ORDER NO. |
|---|---|---|---|---|---|
| 20100076 | 2922728350 | 04/10/2015 | VUS0918219 | Estes Expr | 1114682661 |

| PRODUCT CODE/<br>PRODUCT DESCRIPTION | LOT QUANTITY<br>& U/W | PACKAGE SIZE<br>& U/W | NO.OF<br>PKGS. | PRICING<br>QUANTITY | UNIT PRICE<br>& U/W | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

Posted _____ to account #

Ingredients

Issued By:
DSM Nutritional Products
616 Dayton Avenue
Ames
IA
50010-6532

SEE PROVISIONS ON REVERSE SIDE

**11**

ADM Alliance Nutrition, Inc.

**INVOICE**

For questions, comments or name/address changes, please contact our customer service representative at 800-775-3295.

| Customer Number | Invoice Date | Invoice Number | Order Number | Customer P.O./Ticket # | Customer Contract Numbers | | |
|---|---|---|---|---|---|---|---|
| 366511 | 12-JAN-15 | 7681549 | 3607579 | 201500007 | | | |

| Terms | Due Date | Ship Date | Sales Representative | Delivered From | | Ship Via |
|---|---|---|---|---|---|---|
| NET 30 | 11-FEB-15 | 12-JAN-15 | HARTMAN, RAY | 72:DES MOINES, IA | | |

| Product Number | Product Description | | Quantity | | Unit Size | Price Per Unit | Price Per Pound | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | | | Ordered | Shipped | | | | |

| | PAYMENT INSTRUCTIONS | SUBTOTAL | TAX | SHIP/HANDL | TOTAL DUE |
|---|---|---|---|---|---|
| | Please ensure that your payment for 12,608.00 is received in our office by 02/11/15. | | | | |

Past Due items are subject to a Finance Charge of 1.5% per month, which is an annual rate of 18%.
See reverse side for additional terms and conditions that apply to your account.

C8789J-10/06

**12**



# Tyson Foods, Inc.

**Remit To:**
PO Box 533002
Charlotte NC  28290-3002

Include Invoice # Below on Remittance
**Invoice #: 10755226**

P/O #:  **BA1113142**

Invoice Date: 11/17/2014

Terms:  Net 14 Receipt of Product

BILL TO:  1000017927

SHIP TO:

BELL AQUACULTURE
11550 E GREGORY ROAD
ALBANY IN 47320

BELL AQUACULTURE
PO BOX 85
REDKEY IN  47373-0085

Any claim against this invoice must by processed within one year.        SHIP DATE:11/17/2014        ORDER DATE: 11/13/2014

| LOC/BL # | CARRIER | SALES ORDER # | SALESMAN # | BROKERS | SELLING GROUP | CUSTOMER SERVICE REPRESENTATIVE | | |
|---|---|---|---|---|---|---|---|---|
| PHK/01663943 | SOUTHLAND TRANSP | 9485223 | 481 | 999/999 | 138 | 602 / SHELLIE WALKER #1083 | | |
| PRODUCT CODE | CASES | WEIGHT | DESCRIPTION | COOL | PRICE PER UNIT | UNIT OF MEASURE | FREIGHT PER UNIT | NET PRICE PER UNIT | TOTAL AMOUNT |

Posted  11-18-14
12600   to account #

/Bn

PAGE NO.  1        **INVOICE AMOUNT:**

THIS SALE MAY BE SUBJECT TO APPLICABLE DISCOUNTS, ALLOWANCES, OR REBATES WHICH ARE NOT REFLECTED IN THE PRICES SHOWN.
SALES SUBJECT TO TYSON TERMS AND CONDITIONS OF SALE AT www.tysonfoods.com/business-to-business/forms-and-references/terms-and-conditions-of-sale.aspx.
(800)643-3410

13

**ORIGINAL INVOICE**

TCFI Bell
PO Box 85
Redkey, IN 47373

**Invoice Date:** November 17, 2016
**Invoice Number:** 20161117-AFS
**Terms:** DUE UPON RECEIPT
**Invoice Total:** $7,000.00

Jason Hoffman c/o
Alternative Fuel Solutions, LLC
8380 North 200 West
Huntington, IN 46750
Cell: (260) 224.1965
Email: alternativefuelsolutions@hotmail.com

**SHIP TO:**
Jason Hoffman c/o
Alternative Fuel Solutions, LLC
8380 North 200 West
Huntington, IN 46750
Cell: (260) 224.1965
Email: alternativefuelsolutions@hotmail.com

**PLEASE MAKE CHECK PAYABLE AND MAIL TO:**
TCFI Bell
PO Box 85
Redkey, IN 47373

To make a payment electronically, please send wire or ACH:
BMO 50 S 6th St, Suite #200, Minneapolis, MN 55402
Routing #: 071025661 Account #: 4818218669



Page 1 of 1

THE TOTAL AMUONT DUE FROM THE CUSTOMER MAY INCLUDE VARIOUS ITEMIZED CHARGES, INCLUDING: CHARGES FOR HANDLING, DELIVERY, AND SHIPPING. NONE OF THE CHARGES REPRESENT A TAX OR FEE PAID TO OR IMPOSED BY ANY GOVERNMENTAL AUTHORITY, AND ALL OF THE CHARGES ARE RETAINED BY THE COMPANY.

LATE PAYMENT MAY BE SUBJECT TO FINANCE CHARGE

**1**



**Residential · Commercial · Industrial**

7256 W. County Road, 600 S.
Modoc, IN 47358
Phone: (765) 853-5714
Toll Free: (800) 745-5714
Fax: (765) 853-5145
www.bestway-disposal.com

- Return Check Fee: $25.00
- A 1.5% Service Charge, 18% Annually ($1.00 Minimum
  Will Be Charged Monthly On All Unpaid Balances.

| Account Number | Total Due |
|---|---|
| R-319399 | 1,152.00 |

| Invoice Number | Due Date |
|---|---|
| 050373 | 05/25/16 |

11  BELL AQUA CULTURE       R
PO BOX 85
REDKEY IN 47373-0085

**Purchase Order Number**

| Invoice Date | Service From: | Service To: | Current | 30 Days | 60 Days | 90 Days | Total |
|---|---|---|---|---|---|---|---|
| 05/01/16 | 04/01/16 | 04/30/16 | 1,152.00 | .00 | .00 | .00 | 1,152.00 |

| Quantity | Date Of Service | Transaction Number | Description Of Services | | Total |
|---|---|---|---|---|---|
| | | | PREVIOUS BALANCE | | .00 |
| 001 | 04/26/16 | 186951 | ENERGY/ENVIRONMENTAL | SURCHARGE | 14.00 |
| 001 | 04/26/16 | 186621 | 11550 E GREGORY RD | DEL TICKET #186621 | .00 |
| 001 | 04/26/16 | 186621 | 11550 E GREGORY RD | SO 3000 | .00 |
| 001 | 04/26/16 | 186951 | 11550 E GREGORY RD | TRIP CHARGE | 323.00 |
| 001 | 04/26/16 | 186951 | 11550 E GREGORY RD | SO 3000 | .00 |
| 001 | 04/29/16 | 188017 | ENERGY/ENVIRONMENTAL | SURCHARGE | 14.00 |
| 001 | 04/29/16 | 188017 | 11550 E GREGORY RD | SERVICE & REMOVE | 323.00 |
| 001 | 04/29/16 | 188017 | 11550 E GREGORY RD | SO 3000 | .00 |
| 001 | 04/29/16 | 188219 | ENERGY/ENVIRONMENTAL | SURCHARGE | 14.00 |
| 001 | 04/29/16 | 188017 | 11550 E GREGORY RD | DEL TICKET #188017 | .00 |
| 001 | 04/29/16 | 188017 | 11550 E GREGORY RD | SO 3001 | .00 |
| 001 | 04/29/16 | 188219 | 11550 E GREGORY RD | EXCHANGE | 464.00 |
| 001 | 04/29/16 | 188219 | 11550 E GREGORY RD | SO 3001 | .00 |

RECEIVED
MAY 0 5 2016

Posted 5/5/16
70200-17 to account #
1152
JM

| | Please Pay This Amount: | 1,152.00 |
|---|---|---|

**2**

## BEST WAY DISPOSAL — BEST IN SERVICE

| | |
|---|---|
| Account #: 319399/NEW | Order #: **186621** |
| PO #: | Service Date: **04/26/16** |
| Contact: DAVID | Terms: **Bill to Account** |
| Phone: (765) 729-9849 | |

Order Date: 4/25/2016 3:37:01 PM       Order Taken by: Stef Cope

**Billing**

Name: BELL AQUA CULTURE
Address:
City, State Zip: , IN
E-Mail

**Service**

Name: BELL AQUA CULTURE
Address: 11550 E GREGORY RD
City, State Zip: ALBANY , IN 47320
Phone: (765) 729-9849

| Qty | Type | Product | Rate | Container Type | Trip | Tonnage |
|---|---|---|---|---|---|---|
| 1 | Delivery | 20yd  R/O | $323.00 | Trash | | |

**OtherCharges:**

| | |
|---|---|
| FUEL | $14.00 |

PROPERTY DAMAGE: Best Way shall not be responsible for damage to Customer's pavement or other surface resulting from the weight of Best Way's vehicles servicing the equipment location designated by Customer.

| | |
|---|---|
| Order Total: | $323.00 |
| Other Charges: | $14.00 |
| Tax: | $0.00 |
| Delivery: | $0.00 |
| **Amount Due:** | **$337.00** |

**Driver Notes:**                                      x _____

[P/U DATE: ] CALL DAVID FOR PLACEMENT 765-729-9849 / $3.00 AFTER 20 DAYS / $37 TON OVER 8 TONS

Amount paid _____   Cash ☐  Check _____   Driver _____   Truck # _____

MJ/20

FOR FEED MILL

CLEAN-UP

5/3 pmt $222.02 - March

- Roll Off Account.



**3**

Bell Aquaculture LLC

106504

Best Way Disposal

Check Date:   May 5, 2016
Check Amount:  $1,152.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| 050373 | | 1,152.00 |

GRAPHICS

**4**

Check Date:   May 5, 2016
Check Amount: $1,152.00

Best Way Disposal

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| 050373 | | 1,152.00 |

May 5, 2016

One Thousand One Hundred Fifty-Two and 00/100 Dollars

Best Way Disposal
PO Box 421669
Indianapolis, IN  46242-1669

1,152.00

Memo:

Check Date:   May 5, 2016
Check Amount: $1,152.00

Best Way Disposal

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| 050373 | | 1,152.00 |

**5**



**Residential · Commercial · Industrial**

7256 W. County Road, 600 S.
Modoc, IN 47358
Phone: (765) 853-5714
Toll Free: (800) 745-5714
Fax: (765) 853-5145
www.bestway-disposal.com

- Return Check Fee: $25.00
- A 1.5% Service Charge, 18% Annually ($1.00 Minimum Will Be Charged Monthly On All Unpaid Balances.

| Account Number | Total Due |
|---|---|
| R-319399 | 1,437.00 |

| Invoice Number | Due Date |
|---|---|
| 051621 | 06/25/16 |

**Purchase Order Number**

11  BELL AQUA CULTURE
PO BOX 85
REDKEY IN 47373-0085

R

| Invoice Date | Service From: | Service To: | Current | 30 Days | 60 Days | 90 Days | Total |
|---|---|---|---|---|---|---|---|
| 06/01/16 | 05/01/16 | 05/31/16 | 1,437.00 | .00 | .00 | .00 | 1,437.00 |

| Quantity | Date Of Service | Transaction Number | Description Of Services | | Total |
|---|---|---|---|---|---|
| 000 | 05/09/16 | | PREVIOUS BALANCE | | 1,152.00 |
| 001 | 05/03/16 | | CHECK NO. - 106504 | PAYMENT - THANK YOU | -1,152.00 |
| 001 | 05/03/16 | 188741 | ENERGY/ENVIRONMENTAL | SURCHARGE | 15.00 |
| 001 | 05/03/16 | 189120 | ENERGY/ENVIRONMENTAL | SURCHARGE | 15.00 |
| 001 | 05/03/16 | 188741 | 11550 E GREGORY RD | EXCHANGE | 464.00 |
| 001 | 05/03/16 | 188741 | 11550 E GREGORY RD | SO 3001 | .00 |
| 001 | 05/03/16 | 189120 | 11550 E GREGORY RD | EXCHANGE | 464.00 |
| 001 | 05/03/16 | 189120 | 11550 E GREGORY RD | SO 3001 | .00 |
| 001 | 05/13/16 | 192436 | ENERGY/ENVIRONMENTAL | SURCHARGE | 15.00 |
| 001 | 05/13/16 | 192436 | 11550 E GREGORY RD | SERVICE & REMOVE | 464.00 |
| 001 | 05/13/16 | 192436 | 11550 E GREGORY RD | SO 3001 | .00 |

Posted 6/10/16 to account # 70200-07
EMB

| | Please Pay This Amount: | 1,437.00 |
|---|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Please Return This Portion With Payment

Please Make Check Payable To:

**Best Way Disposal**

☐ Please Check This Box To Pay With A Credit Card

Mastercard - Visa - Discover

You Must Complete The Authorization On Reverse Side

BELL AQUA CULTURE

| Account Number | Total Due |
|---|---|
| R-319399 | 1,437.00 |

| Invoice Number | Due Date |
|---|---|
| 051621 | 06/25/16 |

7256 W. County Road, 600 S.
Modoc, IN 47358
(765) 853-5714
(800) 745-5714
www.bestway-disposal.com

Best Way Disposal
PO BOX 421669
Indianapolis, IN 46242-1669

R

00000516210000R319399000000143700

**6**

```
07/00/10  19.21.09  ** Customer Container/Customer Master **      (X.00)0R
Cust#: 319399  BELL AQUA CULTURE              Sort Name:
                                              BELL AQUA CULTURE
               PO BOX 85
               REDKEY            IN  47373-0000
Service Start: 11/19/2010  Billing Cycle: M  Next Billing Month: 00
     Slsmn: MC  PO#:                 Expiration Date:
                                  CHARGE CUSTOMER
     Phone: 765) 369-2718 ext. 0101  Contact: SHELLI BRUNSON
     Fax :               R/O BiMth Bill: N  FuelSurchg- Y  Past Due Msg- N
     Price Cd:    Retain:       Inv.Sort: O  StopOV:    Late Charge: N
     Credit Amt:           .00                 Auto Temp Stop: Y
Balances:    Total       Current        Over 30     Over 60      Over 90
 Current    1,437.00    1,437.00          .00         .00          .00
 Invoice    1,437.00    1,437.00          .00         .00          .00
  Last Payment:  5/09/2016  106504          1,152.00
  Prev Payment: 12/24/2015  PT ACH           100.00


Comments                                    FollowUp DatePaid
 5/11/16 CLN FOR NO RETURN                    5/11/16 99/99/99
  Fnc: 1-SrvMst 4-Invoices 5-Maint 8-PendSrv 10-Add Cmts 13-Tickets 14-Comments
                                              21-Add Ser-FS9
```

**7**

☑ Email

Email Address

BEST WAY DISPOSAL OF INDIANA

5300 MILLER ROAD
KALAMAZOO, MI 49048
269-488-3000

6/14/2016 2:18:43 PM

| | |
|---|---|
| Reference Number: | 1083108 |
| Total: | $1,437.00 |
| Transaction Type: | Check |
| Transaction Status: | Pending Settlement |
| Checking Account: | xxxx2683 |
| Routing Number: | xxxxx1578 |
| Customer Name: | Bell Aqua Cul |
| Invoice: | 051621 |

Acc# 319399

**8**

Check Date:   Jun 16, 2016
Check Amount: $1,437.00

Best Way Disposal

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| 051621 | | 1,437.00 |

Jun 16, 2016

One Thousand Four Hundred Thirty-Seven and 00/100 Dollars

Best Way Disposal
PO Box 421669
Indianapolis, IN  46242-1669

1,437.00

Memo:

Check Date:   Jun 16, 2016
Check Amount: $1,437.00

Best Way Disposal

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| 051621 | | 1,437.00 |

**9**